# EXHIBIT 4

5G - 84094001 - 2    Page 1

| | |
|---|---|
| **U.S. ENVIRONMENTAL PROTECTION AGENCY** — Assistance Amendment | GRANT NUMBER (FAIN): 84094001<br>MODIFICATION NUMBER: 2<br>PROGRAM CODE: 5G<br>TYPE OF ACTION: No Cost Amendment<br>PAYMENT METHOD: ASAP<br>DATE OF AWARD: 01/16/2025<br>MAILING DATE: 01/16/2025<br>ACH# |

| RECIPIENT TYPE: Not for Profit | Send Payment Request to: Contact EPA RTPFC at: [redacted] |
|---|---|
| **RECIPIENT:**<br>Climate United Fund<br>7550 WISCONSIN AVE<br>Fl 8<br>BETHESDA, MD 20814-3559<br>EIN: [redacted] | **PAYEE:**<br>Stephanie Horner<br>7550 WISCONSIN AVE<br>3rd Floor<br>BETHESDA, MD 20814-3559 |

| PROJECT MANAGER | EPA PROJECT OFFICER | EPA GRANT SPECIALIST |
|---|---|---|
| Elizabeth Bafford<br>7550 Wisconsin Ave<br>3rd Floor<br>Bethesda, MD 20814<br>Email: [redacted]<br>Phone: [redacted] | Michelle Tucker<br>1200 Pennsylvania Ave, NW, 19-H16<br>Washington, DC 20460<br>Email: [redacted]<br>Phone: [redacted] | Walker Oneil<br>OGD- GMBOD, 3093R<br>1200 Pennsylvania Ave, NW<br>Washington, DC 20460-0001<br>Email: [redacted]<br>Phone: [redacted] |

**PROJECT TITLE AND EXPLANATION OF CHANGES**

GGRF NCIF: Climate United

This agreement provides funding under the Inflation Reduction Act (IRA) to Climate United (CU). The recipient will utilize the funding to reduce emissions of greenhouse gases and other air pollutants; deliver benefits of greenhouse gas- and air pollution-reducing projects to American communities, particularly low-income and disadvantaged communities; and mobilize financing and private capital to stimulate additional deployment of greenhouse gas- and air pollution-reducing projects. Specifically, the recipient will endeavor to accomplish this by working with community groups, technical assistance providers, financial institutions, and workforce development entities to reduce the barriers and limit the inefficiencies that have prevented broad adoption and financing of clean technologies. To ensure clean energy acceleration and market transformation beyond the National Clean Investment Fund (NCIF), Climate United will integrate this capital resource into existing lending products and processes so that all lenders, (i.e., beyond just the community, green and nonprofit sectors) learn to address decarbonization in their routine lending practices. Greening existing lending with NCIF support will have the broadest transformative impact on the capital markets nationwide.

This amendment approves the sole-source procurement request, changes to the workplan and detailed budget, and updates to the key contacts.

| BUDGET PERIOD | PROJECT PERIOD | TOTAL BUDGET PERIOD COST | TOTAL PROJECT PERIOD COST |
|---|---|---|---|
| 04/01/2024 - 06/30/2029 | 04/01/2024 - 06/30/2029 | $ 6,970,000,000.00 | $ 6,970,000,000.00 |

## NOTICE OF AWARD

Based on your Application dated 10/12/2023 including all modifications and amendments, the United States acting by and through the US Environmental Protection Agency (EPA) hereby awards $ 0.00. EPA agrees to cost-share 100.00% of all approved budget period costs incurred, up to and not exceeding total federal funding of $ 6,970,000,000.00. Recipient's signature is not required on this agreement. The recipient demonstrates its commitment to carry out this award by either: 1) drawing down funds within 21 days after the EPA award or amendment mailing date; or 2) not filing a notice of disagreement with the award terms and conditions within 21 days after the EPA award or amendment mailing date. If the recipient disagrees with the terms and conditions specified in this award, the authorized representative of the recipient must furnish a notice of disagreement to the EPA Award Official within 21 days after the EPA award or amendment mailing date. In case of disagreement, and until the disagreement is resolved, the recipient should not draw down on the funds provided by this award/amendment, and any costs incurred by the recipient are at its own risk. This agreement is subject to applicable EPA regulatory and statutory provisions, all terms and conditions of this agreement and any attachments.

| ISSUING OFFICE (GRANTS MANAGEMENT OFFICE) | AWARD APPROVAL OFFICE |
|---|---|
| **ORGANIZATION / ADDRESS**<br>Environmental Protection Agency, Grants Management & Business Operations Division<br>1200 Pennsylvania Ave, NW Mail code 3903R<br>Washington, DC 20460 | **ORGANIZATION / ADDRESS**<br>Environmental Protection Agency, OGGRF<br>OA - Office of the Administrator<br>1200 Pennsylvania Ave, NW<br>Washington, DC 20460 |

**THE UNITED STATES OF AMERICA BY THE U.S. ENVIRONMENTAL PROTECTION AGENCY**

| | DATE |
|---|---|
| Digital signature applied by EPA Award Official Katherine Tsing-Choy - Associate Award Official | 01/16/2025 |

5G - 84094001 - 2    Page 2

# EPA Funding Information

| FUNDS | FORMER AWARD | THIS ACTION | AMENDED TOTAL |
|---|---:|---:|---:|
| EPA Amount This Action | $ 6,970,000,000 | $ 0 | $ 6,970,000,000 |
| EPA In-Kind Amount | $ 0 | $ 0 | $ 0 |
| Unexpended Prior Year Balance | $ 0 | $ 0 | $ 0 |
| Other Federal Funds | $ 0 | $ 0 | $ 0 |
| Recipient Contribution | $ 0 | $ 0 | $ 0 |
| State Contribution | $ 0 | $ 0 | $ 0 |
| Local Contribution | $ 0 | $ 0 | $ 0 |
| Other Contribution | $ 0 | $ 0 | $ 0 |
| Allowable Project Cost | $ 6,970,000,000 | $ 0 | $ 6,970,000,000 |

| Assistance Program (CFDA) | Statutory Authority | Regulatory Authority |
|---|---|---|
| 66.957 - Greenhouse Gas Reduction Fund: National Clean Investment Fund | Clean Air Act: Sec. 134(a)(2) and (3) | 2 CFR 200, 2 CFR 1500 and 40 CFR 33 |

5G - 84094001 - 2    Page 3

Budget Summary Page

| Table A - Object Class Category (Non-Construction) | Total Approved Allowable Budget Period Cost |
|---|---|
| 1. Personnel | $ 84,722,869 |
| 2. Fringe Benefits | $ 31,347,462 |
| 3. Travel | $ 7,181,082 |
| 4. Equipment | $ 0 |
| 5. Supplies | $ 1,471,330 |
| 6. Contractual | $ 768,783,830 |
| 7. Construction | $ 0 |
| 8. Other | $ 6,037,162,925 |
| 9. Total Direct Charges | $ 6,930,669,498 |
| 10. Indirect Costs: 15.00 % Base de minimis MTDC | $ 39,330,502 |
| 11. Total (Share: Recipient ___0.00 % Federal __100.00 %) | $ 6,970,000,000 |
| 12. Total Approved Assistance Amount | $ 6,970,000,000 |
| 13. Program Income | $ 315,000,000 |
| 14. Total EPA Amount Awarded This Action | $ 0 |
| 15. Total EPA Amount Awarded To Date | $ 6,970,000,000 |

## Administrative Conditions

All Administrative Conditions Remain the Same.

5G - 84094001 - 2    Page 5

## Programmatic Conditions

All Programmatic Conditions Remain the Same.