# EXHIBIT 6

**To:**       Bafford, Beth
**Subject:**  RE: National Clean Investment Fund Sub-Account

---

**From:** Rubin, Jesse
**Sent:** Monday, March 3, 2025 5:53 PM
**To:** Bafford, Beth
**Subject:** RE: National Clean Investment Fund Sub-Account

Hi Beth,

We are awaiting further guidance.

Thanks,
Jesse

---

**From:** [climateunited.org] Bafford, Beth
**Sent:** Monday, March 3, 2025 4:40 PM
**To:** Rubin, Jesse [SVCS]
**Subject:** RE: National Clean Investment Fund Sub-Account

Thanks so much Jesse – appreciate it. Can I infer from this that you're only able to take direction from the US EPA at this point?

Beth Bafford

---

**From:** Rubin, Jesse
**Sent:** Monday, March 3, 2025 4:33 PM
**To:** Bafford, Beth
**Subject:** RE: National Clean Investment Fund Sub-Account

Hi Beth,

Apologies if you didn't receive a response. We have received your correspondence and have forwarded it to the United States Environmental Protection Agency and other federal officials for an appropriate response. This is the same message that has been provided to CPC. Once we have further information available regarding the program we can provide at that time.

Regards,
Jesse

---

**From:** [climateunited.org] Bafford, Beth
**Sent:** Monday, March 3, 2025 2:03 PM
**To:** Rubin, Jesse [SVCS]
**Subject:** FW: National Clean Investment Fund Sub-Account

1

Hi Jesse,

I wanted to check in to see if you have a moment to connect. We have struggled to get any response from you all, despite the fact that you seem to be able to respond to our sub-grantees. Can you give me some window into what is happening and the process? My cell is ▇▇▇▇▇▇▇▇ if it is helpful to connect directly.

Best,
Beth

Beth Bafford

---

**From:** Rubin, Jesse ▇▇▇▇▇▇▇▇
**Sent:** Friday, February 28, 2025 8:23 AM
**To:** Andrea Gladstone ▇▇▇▇▇▇▇▇
**Cc:** Mcintosh, Brent ▇▇▇▇▇▇▇▇; Rafael Cestero ▇▇▇▇▇▇▇▇; ▇▇▇▇▇▇▇▇
**Subject:** RE: National Clean Investment Fund Sub-Account

Dear Andrea:

We are in receipt of your correspondence and have forwarded it to the United States Environmental Protection Agency and other federal officials for an appropriate response.

Best regards,
Jesse

---

**From:** [communityp.com] Andrea Gladstone
**Sent:** Monday, February 24, 2025 7:52 PM
**To:** ▇▇▇▇▇▇▇▇; Rubin, Jesse [SVCS]
**Cc:** Mcintosh, Brent [GLAC]; Rafael Cestero; ▇▇▇▇▇▇▇▇
**Subject:** National Clean Investment Fund Sub-Account

Please see attached correspondence from CPC Climate Capital with respect to the Account Control Agreement referenced therein.

Thank you,
Andrea Gladstone

**Andrea Gladstone**
Senior Vice President & General Counsel
The Community Preservation Corporation

220 East 42nd Street, 16th Floor
New York, NY 10017
Dir: ███████████ | Tel: ███████████
Fax: ███████████

This electronic message from The Community Preservation Corporation or one of its affiliates ("CPC") is intended for one or more specific recipients and may contain confidential and/or privileged information. If you are not the intended recipient, any use of this message is prohibited and you should please notify the sender by reply e-mail and delete the message and any attachments. CPC accepts no responsibility for any loss or damage from the use of this message and/or any attachments, including damage from viruses.

This email message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by replying to this email, and destroy all copies of the original message.
This email message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by replying to this email, and destroy all copies of the original message.

This email message and any attachments are for the sole use of the intended recipient(s) and may contain confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by replying to this email, and destroy all copies of the original message.