UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLIMATE UNITED FUND**<br>7550 Wisconsin Avenue 8th Floor<br>Bethesda, Maryland 20814<br><br>      Plaintiff,<br><br> v.<br><br>**CITIBANK, N.A.,**<br>5800 South Corporate Place<br>Sioux Falls, South Dakota 57108,<br><br> and<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460,<br><br> and<br><br>**LEE ZELDIN, in his official capacity as ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460<br><br>      Defendants. | ECF CASE<br><br>No. 1:25-cv-00698 |

## [PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER

 Upon consideration of Plaintiff's Motion for a temporary restraining order and accompanying brief, it is hereby

 **ORDERED** that the Motion is **GRANTED**; it is further

 **ORDERED** that Defendant Citibank, N.A. must comply with its contractual obligations under the Account Control Agreement, including by disbursing grant funds to which Climate

1

United is entitled at Climate United's request in accordance with the Account Control Agreement, both with respect to requests Climate United has already submitted and future requests; it is further

**ORDERED** that the Environmental Protection Agency, Administrator Lee Zeldin in his official capacity as Administrator of EPA, and others in active concert or participation therewith, are **ENJOINED** from impeding Citibank from complying with its contractual obligations, or otherwise causing Citibank to deny, obstruct, delay, or otherwise prevent Climate United from accessing its funds as provided for under the terms of the Account Control Agreement and the grant award; further

Defendants the Environmental Protection Agency, Administrator Zeldin in his official capacity as Administrator of EPA, and others in active concert or participation therewith, are **ENJOINED** from unlawfully suspending or terminating Climate United's grant award except as is permitted in accordance with the Account Control Agreement, the grant award, and applicable law.

**SO ORDERED**.


Dated: March ___, 2025                                    _____

                                                          THE HON. _____
                                                          UNITED STATES DISTRICT JUDGE

NAMES OF PERSONS TO BE SERVED
WITH PROPOSED ORDER UPON ENTRY

Pursuant to Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above Proposed Order:

Winn Allen
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.,
Washington, D.C. 20004

ENVIRONMENTAL PROTECTION AGENCY
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

LEE ZELDIN, in his official capacity as Administrator
Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460.

PAMELA BONDI, in her official capacity as Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

EDWARD MARTIN, in his official capacity as U.S. Attorney for the District of Columbia
c/o Civil Process Clerk
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530

Adam Unikowsky (DC Bar No. 989053)
David Robbins (DC Bar No. 493976)
JENNER & BLOCK LLP
1099 New York Avenue N.W.
Washington, D.C. 20001