CO-386
10/2018

# United States District Court
# For the District of Columbia

|   |   |   |   |
|---|---|---|---|
|   |   | ) |   |
|   |   | ) |   |
|   |   | ) |   |
|   |   | ) |   |
|   | Plaintiff | ) |   |
| VS |   | ) | Civil Action No._____ |
|   |   | ) |   |
|   |   | ) |   |
|   |   | ) |   |
|   |   | ) |   |
|   | Defendant | ) |   |

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for _____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of _____ which have

any outstanding securities in the hands of the public:




These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

   /s/ Adam G. Unikowsky_____
Signature

_____          _____
BAR IDENTIFICATION NO.                  Print Name

                                        _____
                                        Address

                                        _____
                                        City        State        Zip Code

                                        _____
                                        Phone Number