CO-386
10/2018

# United States District Court
# For the District of Columbia

CLIMATE UNITED FUND    )
)
)
)
)
                Plaintiff    )    Civil Action No. __1:25-cv-00698__
vs    )
CITIBANK, N.A.; UNITED STATES ENVIRONMENTAL    )
PROTECTION AGENCY;  LEE ZELDIN, in his official capacity    )
as ADMINISTRATOR, UNITED STATES ENVIRONMENTAL    )
PROTECTION    )
)
                Defendant    )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Climate United Fund__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Climate United Fund__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

__/s/ Adam G. Unikowsky__
Signature

__989053__
BAR IDENTIFICATION NO.

__Adam G. Unikowsky__
Print Name

__1099 New York Ave. NW, Suite 900__
Address

__Washington, DC  20001__
City      State      Zip Code

__(202) 639-6000__
Phone Number