# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLIMATE UNITED FUND,<br><br>   *Plaintiff*,<br><br>v.<br><br>CITIBANK, N.A.; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>   *Defendants.* | Case No. 1:25-cv-00698-TSC |

**[PROPOSED] ORDER FOR ADMISSION OF GABRIEL K. GILLETT *PRO HAC VICE***

Upon consideration of Plaintiffs' motion for the admission of Gabriel K. Gillett *pro hac vice*, the motion is granted.

Dated: March __, 2025

                                                   The Honorable
                                                 United States District Judge
                                                 Judge Tanya S. Chutkan