UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CLIMATE UNITED FUND,<br><br>*Plaintiff*,<br><br>v.<br><br>CITIBANK, N.A.; UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; and LEE ZELDIN, in his official capacity as ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>*Defendants.* | Case No. 1:25-cv-00698-TSC |

### MOTION FOR ADMISSION OF ALLISON N. DOUGLIS *PRO HAC VICE*

Pursuant to Civil Local Rule 83.2(c), Plaintiff moves for the admission of Allison N. Douglis, *pro hac vice*, in the above-entitled action. Ms. Douglis is employed by Jenner & Block LLP and is a member of the New York Bar. Ms. Douglis practices in New York.

Her declaration in support of this motion is filed herewith.

Dated: March 11, 2025                                                           Respectfully submitted,

                                                                                 /s/ Adam G. Unikowsky
                                                                                  Adam G. Unikowsky (989053)
                                                                                  JENNER & BLOCK LLP
                                                                                  1099 New York Avenue
                                                                                  Suite 900
                                                                                  Washington, D.C. 20001
                                                                                  Tel.: (202) 639-6000
                                                                                  Fax: (202) 639-6066
                                                                                  aunikowsky@jenner.com