# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CLIMATE UNITED FUND,

     *Plaintiff,*

     v.

CITIBANK, N.A.; UNITED STATES
ENVIRONMENTAL PROTECTION AGENCY;
and LEE ZELDIN, in his official capacity as
ADMINISTRATOR, UNITED STATES
ENVIRONMENTAL PROTECTION AGENCY,

     *Defendants.*

Case No. 1:25-cv-00698-TSC

## [PROPOSED] ORDER FOR ADMISSION OF ALLISON N. DOUGLIS *PRO HAC VICE*

     Upon consideration of Plaintiff's motion for the admission of Allison N. Douglis *pro hac vice*, the motion is granted.

Dated: March __, 2025

_____
The Honorable
United States District Judge
Tanya S. Chutkan