CO-386
10/2018

# United States District Court
# For the District of Columbia

Climate United Fund )
)
)
)
)
                           Plaintiff )    Civil Action No. __1:25-cv-00698__
vs )
Citibank, N.A.; Environmental Protection Agency; )
Lee Zeldin, in his official capacity as )
administrator, Environmental Protection Agency )
)
                         Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Defendant Citibank, N.A.__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Citibank, N.A.__ which have any outstanding securities in the hands of the public:

Citibank, N.A. is a wholly-owned subsidiary of Citicorp LLC, which in turn is a wholly-owned subsidiary of Citigroup Inc., a publicly traded corporation. No publicly-held company owns 10% or more of Citigroup Inc.'s stock.

These representations are made in order that judges of this court may determine the need for recusal.

                                    Attorney of Record

                                      */s/ Saunders McElroy*
                                      Signature

D.D.C. Bar No. 1644763                   Saunders McElroy
BAR IDENTIFICATION NO.               Print Name

                                      1301 Pennsylvania Ave. N.W.
                                      Address

                                      Washington, DC 20004
                                      City        State        Zip Code

                                      202-389-3081
                                      Phone Number