UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLIMATE UNITED FUND**<br><br>　　　　Plaintiff,<br><br>v.<br><br>**CITIBANK, N.A., et al.,**<br><br>　　　　Defendants. | Civil Action No. 1:25-cv-00698 |

## NOTICE OF GRANT TERMINATION

Defendants the United States Environmental Protection Agency ("EPA") and Lee Zeldin, in his official capacity as EPA Administrator, notify the Court that on March 11, 2025, at approximately 6:22 p.m., the EPA notified Plaintiff, Climate United Fund, that EPA has terminated Grant No. 84094001, for which Climate United Fund is the recipient, along with other National Clean Investment Fund grants. A copy of the letter sent to Climate United Fund is attached as Exhibit 1.

Dated: March 11, 2025                             Respectfully submitted,

                                                  YAAKOV ROTH
                                                  Acting Assistant Attorney General

                                                  KIRK T. MANHARDT
                                                  Director

                                                  */s/ Marc S. Sacks*
                                                  MARC S. SACKS (Ga. Bar No. 621931)
                                                  *Deputy Director*
                                                  KEVIN P. VANLANDINGHAM (NY Reg No. 4741799)
                                                  *Assistant Director*
                                                  U.S. Department of Justice
                                                  Civil Division
                                                  Corporate/Financial Section
                                                  P.O. Box 875
                                                  Ben Franklin Stations
                                                  Washington D.C. 20044-0875
                                                  Tel: (202) 307-1104
                                                  Email: marcus.s.sacks@usdoj.gov
                                                  *Attorneys for the United States Environmental Protection Agency*