# Exhibit 2

**From:** "Amidon, Eric" <█████████████>
**Date:** March 10, 2025 at 12:28:29 AM EDT
**To:** "Byrnes, John Thomas" <john.byrnes@kirkland.com>, "Corlett, Thomas" <█████████████>, "Payne, James (Jim)" <█████████████>, "McIntosh, Chad" <█████████████>, █████████████, █████████████, █████████████, "Brown, Reg" <reginald.brown@kirkland.com>, "Dresner, Jeremy" <jeremy.dresner@kirkland.com>
**Subject: RE: Confidential:  Account Control Agreements under Greenhouse Gas Reduction Fund**

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Dear Mr. Brown,

As you know, and consistent with the Agency's letter of March 8, 2025, the U.S. Environmental Protection Agency (EPA) is working to review and develop additional account controls to address concerns regarding potential fraud and/or conflicts of interest related to the Greenhouse Gas Reduction Fund (GGRF), including based on incoming responses to oversight questions EPA issued to grant recipients on March 4, 2025. The GGRF is also the subject of an ongoing criminal investigation by the U.S. Department of Justice and an investigation by the EPA Office of Inspector General (OIG). Until those additional account controls are developed and implemented in collaboration with Citibank or any future financial agent (the Bank), and given the ongoing investigations into the GGRF, it is critical that the Bank not resume processing payment instructions for the GGRF accounts.

In its communication to the Bank this week, the U.S. Department of the Treasury (Treasury) directed the Bank to cooperate with EPA on account controls.  To prevent the misuse of funds in the interim, EPA instructs the Bank, pursuant to this Treasury directive, the grant agreements, and Section I.B of Exhibit A to the Financial Agency Agreement (FAA) between the Bank and Treasury dated September 19, 2024, to pause the processing of payment instructions for the GGRF accounts until further notice. This interim account control will be rescinded as soon as reasonably practicable once EPA completes its review and implements additional account controls through additional instructions as necessary.

EPA's instruction here does not supplant, conflict with, or supersede any instructions the Bank has or may receive from Treasury, and EPA will continue to work with the Bank to address the implementation of account controls.

Sincerely,

Eric Amidon
Chief of Staff
US EPA

cc:
• Citibank, N.A.
• Chad McIntosh, Acting Deputy Administrator, US EPA
• Jim Payne, Acting General Counsel, US EPA
• Chris Pilkerton, Acting General Counsel, US Department of the Treasury
• Eric Froman, Assistant General Counsel (Banking & Finance), US Department of the Treasury
• US Department of Justice


**Eric Amidon**
Chief of Staff
Environmental Protection Agency

**From:** Byrnes, John Thomas <john.byrnes@kirkland.com>
**Sent:** Sunday, March 9, 2025 8:06 PM
**To:** Zeldin, Lee <​>; Corlett, Thomas <​>; Payne, James (Jim) <​>; Amidon, Eric <​>; McIntosh, Chad <​>; ; ;
**Cc:** Brown, Reg <reginald.brown@kirkland.com>; Dresner, Jeremy <jeremy.dresner@kirkland.com>
**Subject:** Confidential: Account Control Agreements under Greenhouse Gas Reduction Fund

> **Caution:** This email originated from outside EPA, please exercise additional caution when deciding whether to open attachments or click on provided links.

Please see attached on behalf of Citibank, N.A.


**John Byrnes**

**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Avenue, N.W., Washington, D.C. 20004
**T** +1 202 389 3029  **M** +1 202 227 6678
**F** +1 202 389 5200

john.byrnes@kirkland.com


The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.