# Exhibit 3

**From:** █████████

**Date:** March 10, 2025 at 1:13:39 AM EDT

**To:** "Brown, Reg" <reginald.brown@kirkland.com>, "Dresner, Jeremy" <jeremy.dresner@kirkland.com>, "Byrnes, John Thomas" <john.byrnes@kirkland.com>

**Cc:** ████████, ████████, ████████, ████████,  ████████

**Subject:** GGRF

---

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

---

The U.S. Environmental Protection Agency (EPA) has informed the U.S. Department of the Treasury (Treasury) that they are instructing Citibank to impose certain account controls on accounts at Citibank related to the Greenhouse Gas Reduction Fund (GGRF), pursuant to Section I.B of Exhibit A to the Financial Agency Agreement (FAA), dated September 19, 2024, between Treasury and Citibank. In accordance with Treasury's authorities under the FAA, Treasury is instructing Citibank, in its capacity as fiduciary, to comply with EPA's instructions to Citibank pursuant to the FAA.

Thank you.

Eric Froman
Office of the General Counsel
U.S. Department of the Treasury