# Exhibit 5



U. S. Department of Justice

Federal Bureau of Investigation

9325 Discovery Blvd,
Manassas, Virginia 20109

**SUBMITTED VIA EMAIL**

February 17, 2025

Citibank, N.A.
Attention: Rachel Goldberg, Head, U.S. Government Affairs
       Andy Taylor, Managing Director, Head of Federal, State & Local Government Segment
       Frank Leung, Vice President, Securities Services Legal – Issuer Services
5800 S. Corporate Place, MC451
Sioux Falls, South Dakota 57108

Re: Account Control Agreements, all held at Citibank

To Whom It May Concern:

Please accept this letter as a recommendation to place an administrative freeze on the account(s) associated with the "Account Control Agreements" listed below for 30 days from the date of receipt of this letter:

Account Control Agreement
Native CDFI Network, Inc., as Pledgor
United States Environmental Protection Agency, as Secured Party
and
Citibank, N.A., as Bank
Dated as of November 1, 2024

Account Control Agreement
Appalachian Community Capital Corporation, as Pledgor
United States Environmental Protection Agency, as Secured Party
and
Citibank, N.A., as Bank
Dated as of November 1, 2024

Account Control Agreement
Coalition for Green Capital, as Pledgor
United States Environmental Protection Agency, as Secured Party
and

Citibank, N.A., as Bank
Dated as of November 1, 2024

Account Control Agreement
Climate United Fund, as Pledgor
United States Environmental Protection Agency, as Secured Party
and
Citibank, N.A., as Bank
Dated as of November 1, 2024

Account Control Agreement
Justice Climate Fund, as Pledgor
United States Environmental Protection Agency, as Secured Party
and
Citibank, N.A., as Bank
Dated as of November 1, 2024

Account Control Agreement
Opportunity Finance Network, as Pledgor
United States Environmental Protection Agency, as Secured Party
and
Citibank, N.A., as Bank
Dated as of November 1, 2024

Account Control Agreement
Power Forward Communities, Inc., as Pledgor
United States Environmental Protection Agency, as Secured Party
and
Citibank, N.A., as Bank
Dated as of November 1, 2024

Account Control Agreement
Inclusiv, Inc., as Pledgor
United States Environmental Protection Agency, as Secured Party
and
Citibank, N.A., as Bank
Dated as of November 1, 2024

This recommendation is being made following credible information received by the Federal Bureau of Investigation that the above account(s) has been involved in possible criminal violations, including 18 § U.S.C. 371 (Conspiracy to defraud the United States) and 18 § U.S.C. 1343 (Wire fraud).

If you have questions regarding this request, please contact the undersigned at ▮▮▮▮▮▮▮▮▮▮▮▮ .

Sincerely,

Sean Thomas Ryan
Special Agent in Charge

By *Steven T. Dunn*

Steven T. Dunn
Supervisory Special Agent



U. S. Department of Justice

Federal Bureau of Investigation

9325 Discovery Blvd,
Manassas, Virginia 20109

**SUBMITTED VIA EMAIL**

February 17, 2025

Citibank, N.A.
Attention: Rachel Goldberg, Head, U.S. Government Affairs
        Andy Taylor, Managing Director, Head of Federal, State & Local Government Segment
        Frank Leung, Vice President, Securities Services Legal – Issuer Services
5800 S. Corporate Place, MC451
Sioux Falls, South Dakota 57108

Re: Entities and Associated Accounts, all held at Citibank

To Whom It May Concern:

As an addendum to the letter previously provided on this same date, please accept this supplemental letter as an additional recommendation to place an administrative freeze on the account(s) associated with the below-listed entity names for 30 days from the date of receipt of this letter:

| Entity Name |
| --- |
| Appalachia, Coal and Energy Communities, and Underserved America LLC (d/b/a Green Bank for Rural America) |
| Mountain BizCapital |
| CPC Climate Capital |
| Colorado Clean Energy Fund |
| Michigan Saves, Inc. |
| Montgomery County Green Bank Corporation |
| Solar and Energy Loan Fund |
| California Infrastructure & Economic Development Bank |
| DC Green Bank |
| Efficiency Maine Trust |
| Illinois Finance Authority |
| Minnesota Climate Innovation Finance Authority |
| State Environmental Improvement and Energy Resources Authority – Missouri |
| State of New York Dept of Taxation and Finance |
| City First Enterprises, Inc. |
| New York City Energy Efficiency Corporation |
| Connecticut Green Bank |
| Community Development Venture Capital Alliance |
| Ohio Air Quality Development Authority |
| ICLEI Local Governments for Sustainability USA Inc. |

| Entity Name |
| --- |
| Elemental GG LLC |
| New Jersey Green Bank |
| Enterprise Green Accelerator, Inc./Enterprise Communities |
| Habitat Capital LLC |
| Habitat for Humanity International, Inc. |
| LISC Green LLC |
| Rewiring America Community Investment Fund |
| United Way Worldwide |

This recommendation is being made following credible information received by the Federal Bureau of Investigation that the above account(s) has been involved in possible criminal violations, including 18 § U.S.C. 371 (Conspiracy to defraud the United States) and 18 § U.S.C. 1343 (Wire fraud).

If you have questions regarding this request, please contact the undersigned at ███████ .

Sincerely,

Sean Thomas Ryan
Special Agent in Charge

By *Steven T. Dunn*

Steven T. Dunn
Supervisory Special Agent