IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Climate United Fund,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Citibank, N.A., United States Environmental Protection Agency, and Lee Zeldin, in his official capacity as Administrator, United States Environmental Protection Agency,<br><br>　　　　　Defendants. | CIVIL ACTION<br>1:25-cv-00698-TSC |

**[PROPOSED] ORDER DENYING PLAINTIFF CLIMATE UNITED FUND'S MOTION FOR TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiff Climate United Fund's Motion for a Temporary Restraining Order, Dkt. No. 2, and the parties' responses thereto, it is hereby **ORDERED** that Plaintiff Climate United Fund's Motion is **DENIED.**

It is so **ORDERED.**


Dated: March _____, 2025

　　　　　　　　　　　　　　　　　　　　**HONORABLE TANYA S. CHUTKAN**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**