AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Climate United Fund | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-00698 |
| Citibank, N.A.; Environmental Protection Agency | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Climate United Fund                                                .

Date:   03/12/2025

/s/ Allison Douglis
*Attorney's signature*

Allison Douglis (N.Y. Bar No. 5711015)
*Printed name and bar number*

1155 Avenue of the Americas
New York, N.Y. 10036

*Address*

adouglis@jenner.com
*E-mail address*

(212) 891-1600
*Telephone number*

(212) 891-1699
*FAX number*