AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Connecticut

| | | |
|---|---|---|
| Climate United Fund | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-00698 |
| Citibank, N.A.; Environmental Protection Agency | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Climate United Fund                                                                                          .

Date:      03/12/2025                                    /s/ Gabriel Gillett
                                                                    *Attorney's signature*

                                                          Gabriel Gillett (N.Y. 5011705)
                                                             *Printed name and bar number*

                                                                353 Clark Street
                                                                Chicago, IL 60654

                                                                    *Address*

                                                          ggillett@jenner.com
                                                                *E-mail address*

                                                              (312) 222-9350
                                                              *Telephone number*

                                                              (312) 527-0484
                                                                *FAX number*