## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**CLIMATE UNITED FUND**
7550 Wisconsin Avenue 8th Floor
Bethesda, Maryland 20814

                Plaintiff,

   v.

**CITIBANK, N.A.,**
5800 South Corporate Place
Sioux Falls, South Dakota 57108,

    **and**

**UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY**
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460,

    **and**

**LEE ZELDIN, in his official capacity as
ADMINISTRATOR, UNITED STATES
ENVIRONMENTAL PROTECTION
AGENCY**
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

                Defendants.

**ECF CASE**

No. 1:25-cv-00698

## NOTICE OF PROPOSED ORDER

Pursuant to this Court's request at the March 17, 2025 motions hearing, Plaintiff Climate United Fund respectfully submits a revised proposed temporary restraining order. A copy of the proposed order is attached.

Dated: March 17, 2025          Respectfully submitted:

                    /s/  Adam G. Unikowsky

Gabriel K. Gillett (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel.: (312) 222-9350

Adam G. Unikowsky (989053)
Kathryn L. Wynbrandt* (1602446)
David B. Robbins (493976)
Tanner J. Lockhead* (90011928)
JENNER & BLOCK LLP
1099 New York Avenue
Suite 900
Washington, D.C. 20001
Tel.: (202) 639-6000
Fax: (202) 639-6066
aunikowsky@jenner.com

* Application to Court pending.

Allison N. Douglis (admitted *pro hac vice*)
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, N.Y. 10036
Tel.: (212) 891-1600
Fax: (212) 891-1699
adouglis@jenner.com

*Attorneys for Plaintiff Climate United Fund*

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2025, I filed the foregoing document with the Clerk of

Court for the United States District Court for the District of Columbia using the court's CM/ECF

filing system.

/s/  Adam G. Unikowsky
Adam G. Unikowsky
JENNER & BLOCK LLP
1099 New York Avenue
Washington, D.C. 20001
Tel.: (202) 639-6000
Fax: (202) 639-6066
aunikowsky@jenner.com