UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLIMATE UNITED FUND**<br>7550 Wisconsin Avenue 8th Floor<br>Bethesda, Maryland 20814<br><br>                Plaintiff,<br><br>v.<br><br>**CITIBANK, N.A.,**<br>5800 South Corporate Place<br>Sioux Falls, South Dakota 57108,<br><br>  and<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460,<br><br>  and<br><br>**LEE ZELDIN, in his official capacity as ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460<br><br>                Defendants. | ECF CASE<br><br>No. 1:25-cv-00698 |

## **[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiff's Motion for a temporary restraining order and accompanying brief, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that Defendant Citibank, N.A. must process, disburse, and release all funds related to requests submitted under the Account Control Agreement for program administration

(operating expenses) but not with respect to financial assistance (making of investments or loans) and where such requests were submitted to Citibank in accordance with the terms of the award prior to March 11, 2025 at 6:22 PM eastern time, when the Environmental Protection Agency ("EPA") served the "Notice of Termination"[1]; and

**ORDERED** that Defendant Citibank, N.A. may not transfer, disburse, or otherwise move funds it is holding in accounts established in connection with Climate United's grant without further order from this Court; and

**ORDERED** that Defendant EPA may not transmit or otherwise attempt to give effect to a Notice of Exclusive Control under the ACA as related to Climate United's accounts; and

**ORDERED** that Defendants EPA and Citibank, N.A. may not implement, take action pursuant to, or otherwise attempt to give effect to EPA's "Notice of Termination."

**SO ORDERED**.

Dated: March ___, 2025

_____
THE HON. TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE

---

[1] For the purpose of clarity, the Court understands that this amount should not exceed $3 million.

NAMES OF PERSONS TO BE SERVED
WITH PROPOSED ORDER UPON ENTRY

Pursuant to Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above Proposed Order:

K. Winn Allen
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.,
Washington, D.C. 20004

ENVIRONMENTAL PROTECTION AGENCY
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460

LEE ZELDIN, in his official capacity as Administrator
Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
Washington, D.C. 20460.

PAMELA BONDI, in her official capacity as Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

EDWARD MARTIN, in his official capacity as U.S. Attorney for the District of Columbia
c/o Civil Process Clerk
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530

Adam Unikowsky (DC Bar No. 989053)
David Robbins (DC Bar No. 493976)
JENNER & BLOCK LLP
1099 New York Avenue N.W.
Washington, D.C. 20001