**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CLIMATE UNITED FUND<br><br>        Plaintiff,<br><br>    v.<br><br>CITIBANK, N.A., UNITED STATES<br>ENVIRONMENTAL PROTECTION AGENCY,<br>and LEE ZELDIN, in his official capacity as<br>ADMINISTRATOR, UNITED STATES<br>ENVIRONMENTAL PROTECTION AGENCY<br><br>        Defendants. | Case Nos. 1:25-cv-00698 (TSC) |

## NOTICE OF FILING OF DECLARATION
## IN RESPONSE TO COURT ORDER

Pursuant to this Court's instructions at the March 12, 2025 hearing and in the March 14, 2025 minute order, the United States, on behalf of the Defendants the U.S. Environmental Protection Agency ("EPA") and its Administrator, respectfully submits this Notice and the attached Declaration of Eric Amidon ("Decl."). The declaration was assembled solely to respond to the Court's order and does not purport to be EPA's administrative record of decision.

Dated: March 17, 2025

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

KIRK T. MANHARDT
Director

*/s/ Kevin P. VanLandingham*
MARC S. SACKS (Ga. Bar No. 621931)
*Deputy Director*
KEVIN P. VANLANDINGHAM (NY Reg
No. 4741799)
*Assistant Director*
U.S. Department of Justice
Civil Division, Commercial Litigation
Branch
P.O. Box 875
Ben Franklin Station
Washington D.C. 20044-0875
Tel: (202) 307-1134
Email: kevin.p.vanlandingham@usdoj.gov

*Attorneys for Defendants Environmental*
*Protection Agency and its Administrator*

2