UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLIMATE UNITED FUND**<br>7550 Wisconsin Avenue 8th Floor<br>Bethesda, Maryland 20814<br><br>      Plaintiff,<br><br> v.<br><br>**CITIBANK, N.A.,**<br>5800 South Corporate Place<br>Sioux Falls, South Dakota 57108,<br><br> and<br><br>**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460,<br><br> and<br><br>**LEE ZELDIN, in his official capacity as ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**<br>1200 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20460<br><br>      Defendants. | ECF CASE<br><br>No. 1:25-cv-00698 |

## NOTICE

Plaintiff Climate United Fund writes to notify the Court regarding developments since the hearing on March 12, 2025.

At the hearing on Wednesday, March 12, 2025, counsel stated that Climate United would furlough employees if a temporary restraining order was not entered by Friday, March 14. In the evening of March 14, Climate United notified staff who would be affected by a furlough that would

1

take effect as of 9 AM on Monday, March 17, unless the Court entered a temporary restraining order or Climate United was able to secure additional philanthropic support for operations.

Over the weekend Climate United was notified that a source that Climate United had been in discussions with since its funds were frozen may be willing to provide emergency charitable recoverable grants to support operations while NCIF funds are unavailable. Climate United would be required to pay back this recoverable grant if Climate United's access to NCIF grant funding were restored.

Although the recoverable grant funding is not yet in hand, Climate United has temporarily postponed the furlough it announced on March 14, in the hope that such funding will be obtained in the near future.

Climate United has searched, and continues to search, for emergency financial assistance to remain in business long enough to litigate this matter. Despite receiving the emergency charitable grant, Climate United has already been compelled to defer compensation for certain employees, slash staff salaries, terminate multiple vendors, cancel travel, and instruct non-essential lawyers, accountants, and consultants to cease work.

Dated: March 17, 2025

Gabriel K. Gillett (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel.: (312) 222-9350
ggillett@jenner.com

Respectfully submitted:

/s/  Adam G. Unikowsky

Adam G. Unikowsky (989053)
Kathryn L. Wynbrandt* (1602446)
David B. Robbins (493976)
Tanner J. Lockhead* (90011928)
JENNER & BLOCK LLP
1099 New York Avenue, Suite 900
Washington, D.C. 20001
Tel.: (202) 639-6000
Fax: (202) 639-6066
aunikowsky@jenner.com

\* Application to Court pending.

Allison N. Douglis (admitted *pro hac vice*)
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, N.Y. 10036
Tel.: (212) 891-1600
Fax: (212) 891-1699
adouglis@jenner.com

*Attorneys for Plaintiff Climate United Fund*