**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CLIMATE UNITED FUND**<br><br>Plaintiff,<br><br>v.<br><br>**CITIBANK, N.A.**, *et al.*<br><br>Defendants. | Civil Action No. 25-cv-698 |
| **COALITION FOR GREEN CAPITAL**<br><br>Plaintiff,<br><br>v.<br><br>**CITIBANK, N.A.**, *et al.*<br><br>Defendants. | Civil Action No. 25-cv-735 |
| **POWER FORWARD COMMUNITIES, INC.**<br><br>Plaintiff,<br><br>v.<br><br>**CITIBANK, N.A.**, *et al.*<br><br>Defendants. | Civil Action No. 25-cv-762 |

**JOINT STATUS REPORT**

The parties agree to the following schedule:

- Plaintiffs to file their motions for preliminary injunctions by Friday, March 21.
- Defendants to answer the motions by Wednesday, March 26.
- Plaintiffs to reply by Friday, March 28.
- The Court to hold a hearing on Plaintiffs' motions on April 1 or April 2. Plaintiffs note that counsel for one of the plaintiffs is unavailable on April 3, 4, or 7.

Plaintiffs propose that they file a single consolidated opening brief with a 60-page limit and a single consolidated reply brief with a 30-page limit. Plaintiffs make this proposal because each Plaintiff has distinct facts and will raise distinct arguments on issues such as irreparable harm. EPA states that the page limits set forth in the Local Rules should apply. Citibank does not take a position.

Dated: March 19, 2025

Respectfully submitted:

Gabriel K. Gillett
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel.: (312) 222-9350

Adam G. Unikowsky (989053)
JENNER & BLOCK LLP
1099 New York Avenue, Suite 900
Washington, DC 20001
Tel.: (202) 639-6000
Fax: (202) 639-6066
aunikowsky@jenner.com
Kathryn L. Wynbrandt* (1602446)
David B. Robbins (493976)
Tanner J. Lockhead* (90011928)
JENNER & BLOCK LLP
1099 New York Avenue, Suite 900
Washington, DC 20001
Tel.: (202) 639-6000
*Application for admission pending.

Allison N. Douglis
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Tel.: (212) 891-1600
Fax: (212) 891-1699
adouglis@jenner.com

*Attorneys for Plaintiff Climate United Fund*

Vincent Levy (NY 0487)
Kevin D. Benish (NY0495)
HOWELL SHUSTER & GOLDBERG LLP
Patrick J. Woods (Admission Application Forthcoming)
Daniel Fahrenthold (NY0603)
425 Lexington Avenue
14th Floor New York, N.Y. 10017
Tel.: (646) 837-5151
vlevy@hsgllp.com

*Attorneys for Plaintiff Coalition for Green Capital*

Beth C. Neitzel (103611)
Jack C. Smith (1725229)
Kevin Y. Chen
FOLEY HOAG LLP
155 Seaport Boulevard Suite
1600 Boston, MA 02210
Tel. (617) 832-1000 bneitzel@foleyhoag.com
jcsmith@foleyhoag.com
kchen@foleyhoag.com Counsel for Power Forward Communities, Inc.

Noah C. Shaw
James M. Gross
FOLEY HOAG LLP
1301 Ave. of the Americas
25th Floor New York, NY 10019
Tel. (212) 812-0400
ncshaw@foleyhoag.com
jgross@foleyhoag.com

*Attorneys for Plaintiff Power Forward Communities*

K. Winn Allen, P.C.
Saunders McElroy

KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: (202) 389-5078
winn.allen@kirkland.com
saunders.mcelroy@kirkland.com

*Counsel for Defendant Citibank, N.A.*

Kevin P. VanLandingham
MARC S. SACKS (Ga. Bar No. 621931)
*Deputy Director*
KEVIN P. VANLANDINGHAM (NY Reg No. 4741799)
*Assistant Director*
U.S. Department of Justice
Civil Division
Corporate/Financial Section
P.O. Box 875
Ben Franklin Stations
Washington D.C. 20044-0875
Tel: (202) 307-1104
Email: marcus.s.sacks@usdoj.gov
*Attorneys for the United States Environmental Protection Agency*