# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Climate United Fund,<br><br>             Plaintiff,<br><br>    v.<br><br>Citibank, N.A., et al.,<br><br>             Defendants. | **CIVIL ACTION<br>1:25-cv-00698** |
| Coalition for Green Capital,<br><br>             Plaintiff,<br><br>    v.<br><br>Citibank, N.A., et al.,<br><br>             Defendants. | **CIVIL ACTION<br>1:25-cv-00735** |
| Power Forward Communities, Inc.,<br><br>             Plaintiff,<br><br>    v.<br><br>Citibank, N.A., et al.,<br><br>             Defendants. | **CIVIL ACTION<br>1:25-cv-00762** |

## **DEFENDANT CITIBANK, N.A.'S STATUS REPORT**

Pursuant to the Court's March 18, 2025, Order granting in part and denying in part Plaintiffs' Motions for Temporary Restraining Order, ECF No. 29, Defendant Citibank, N.A. submits the following status report.

Citibank is complying with this Court's directives in its March 18 Order. Citibank understands those directives to require it to maintain the grant funds in Plaintiffs' respective accounts and to not transfer the funds to the Government or process Plaintiffs' pending or future payment instructions. *See* Memorandum Opinion, ECF No. 28, at 22 ("The court merely orders the parties to preserve the status quo—that is, for Citibank to maintain the grant funds in Plaintiffs' respective accounts."); *id.* at 23 ("By preserving the status quo, the court is not … allowing grantees to access billions of dollars in grant funds…. Preserving the status quo does not make these funds unrecoverable.") (quotations omitted); *id.* at 3 (granting a temporary restraining order that is "more limited in scope than Plaintiffs' proposed orders."). In complying with the Court's directives that it "preserve the status quo," *id*. at 22, Citibank will—absent further order from the Court—not give effect to EPA's Termination Letter but will continue to comply with EPA's and Treasury's directives from March 10, 2025, that it "pause the processing of payment instructions for the GGRF accounts until further notice," ECF No. 14-2; *see* ECF No. 14-3.

Dated:  March 20, 2025                                                Respectfully submitted,

By:  */s/ K. Winn Allen*
K. Winn Allen, P.C.
Saunders McElroy
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: 202-389-5000
winn.allen@kirkland.com
saunders.mcelroy@kirkland.com

**Counsel for Defendant Citibank, N.A.**

## CERTIFICATE OF SERVICE

    The undersigned certifies that on this 20th day of March 2025, I caused copies of the foregoing to be served via the CM/ECF system:

*/s/ K. Winn Allen*
K. Winn Allen, P.C.
