# EXHIBIT 10


GREENHOUSE GAS
REDUCTION FUND
NCIF & CCIA TERMS AND CONDITIONS BRIEFING
APRIL 11, 2024
DRAFT // PRELIMINARY // DELIBERATIVE

EPA

# AGENDA

**1. Goals and Process** *Next section*

**2. Architecture**

**3. Update Definitions from the Notices of Funding Opportunity**

**4. Deep-Dive on Key Terms and Conditions**

**5. Questions**

*Note: This briefing will be recorded and shared with selected applicants*

DRAFT // PRELIMINARY // DELIBERATIVE



02:03



EPA

# THE TERMS AND CONDITIONS ARE THE FINAL AGENCY TERMS AND CONDITIONS FOR REVIEW BY SELECTED APPLICANTS



**Terms and conditions have already gone through extensive review and approval...**

- EPA's Office of General Counsel
- EPA's Office of Grants and Debarment
- EPA's Office of the Greenhouse Gas Reduction Fund
- U.S. Department of the Treasury
- Consumer Financial Protection Bureau
- ...



**...but we want feedback from selected applicants to achieve two key goals**

- *Clarity:* Ensure that selected applicants know how to comply with the terms and conditions
- *Viability:* Ensure that selected applicants can execute the activities proposed in the workplan







04:34




# FIVE-STEP PROCESS FOR INCLUSION OF TERMS AND CONDITIONS IN AWARD AGREEMENTS...

| (A) **Intro Briefing** *(Early April)* | (B) **Selected Applicant Review Period** *(Mid to Late April)* | (C) **EPA Review Period** *(Early May)* | (D) **FR Process** *(May-June)* | (E) **Notice of Award** *(Late June)* |
|---|---|---|---|---|
| *EPA holds introductory briefing and follows up from initial briefing with "Agency Finalized Terms and Conditions" – cleared with broad reviews across the agency and interagency*<br><br>*EPA collates initial set of clarifying questions received **by Tuesday 4/16** and provides responses to all selected applicants **by Thursday 4/18*** | *Selected applicants review the terms and conditions for requested clarifications to language or red flags related to program viability*<br><br>*EPA receives feedback from all selected applicants **by Thursday 4/25***<br><br>***Note: We encourage consolidated feedback from selectees under each program*** | *EPA incorporates feedback from selected applicants*<br><br>*EPA shares back final set of terms and conditions that will go into the funding recommendation* | *EPA submits funding recommendation (FR) with final set of terms and conditions* | *EPA Award Official signs Notice of Award to obligate funds*<br><br>*Selected applicant is then notified of award, along with final set of terms and conditions, and has an opportunity to "reject" the award* |

DRAFT // PRELIMINARY // DELIBERATIVE

4

08:51




# ...AND AFTER THAT PROCESS IS COMPLETE, LIKELY TO BE A SERIES OF AMENDMENTS

*Dates are tentative*

**Drawdown and Disbursement Procedures**
*(~September/October 2024)*

**Performance Reporting Requirements**
*(~October/November 2024)*

**Additional Amendments**
*(Period of Performance)*

*Modify terms and conditions in accordance with final drawdown and disbursement procedures (if needed)*

*Modify terms and conditions in accordance with final instruments for information collection, as approved by OMB*

*Modify terms and conditions over the remainder of the performance period*



**All amendments are done bilaterally, and there is an opportunity to continue to refine terms and conditions over the performance period**

DRAFT // PRELIMINARY // DELIBERATIVE





