UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLIMATE UNITED FUND**<br><br>      Plaintiff,<br><br>v.<br><br>**CITIBANK, N.A.**, *et al.*<br><br>      Defendants. | Civil Action No. 25-cv-698 |
| **COALITION FOR GREEN CAPITAL**<br><br>      Plaintiff,<br><br>v.<br><br>**CITIBANK, N.A.**, *et al.*<br><br>      Defendants. | Civil Action No. 25-cv-735 |
| **POWER FORWARD COMMUNITIES, INC.**<br><br>      Plaintiff,<br><br>v.<br><br>**CITIBANK, N.A.**, *et al.*<br><br>      Defendants. | Civil Action No. 25-cv-762 |

**DECLARATION OF VINCENT LEVY IN SUPPORT OF PLAINTIFF
COALITION FOR GREEN CAPITAL'S MOTION FOR PRELIMINARY INJUNCTION**

I, Vincent Levy, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am an attorney authorized to practice before this court, and a partner of the law firm Holwell Shuster & Golberg LLP, counsel to Plaintiff Coalition for Green Capital ("CGC") in

the above-captioned consolidated cases. I submit this declaration in support of CGC's Motion for Preliminary Injunction to transmit documents and provide other information relevant to CGC's motion. Certain documents appended to this declaration were previously filed on the docket in No. 25-cv-735 prior to consolidation of the cases but have been appended hereto for the Court's ease of reference, and their docket numbers in the CGC action, No. 25-cv-735, are noted.

2. Attached as **Exhibit A** hereto is a true and correct copy of the Account Control Agreement among CGC, as Pledgor, the EPA, as Secured Party, and Citibank, N.A., as Bank, dated November 1, 2024. *See* No. 25-cv-735, ECF 10-1.

3. Attached as **Exhibit B** hereto is a true and correct copy of an Amendment to Account Control Agreement among CGC, as Pledgor, the EPA, as Secured Party, and Citibank, N.A., as Bank, dated January 13, 2025. *See* No. 25-cv-735, ECF 10-2.

4. Attached as **Exhibit C** hereto is a true and correct copy of the Account Control Agreement among Ohio Air Quality Development Authority, as Pledgor; CGC, as Secured Party; and Citibank, N.A., as Bank, dated January 15, 2025 (a "Subgrantee Account Control Agreement"). *See* No. 25-cv-735, ECF 10-3.

5. I represent that the Subgrantee Account Control Agreement appended as **Exhibit C** is, in all respects relevant to the instant motion, identical to the additional eighteen (18) Subgrantee Account Control Agreements among CGC, its Subgrantees, and Citibank, under which the following Subgrantee entities are Pledgors: California Infrastructure and Economic Development Bank; Colorado Clean Energy Fund; The Community Development Venture Capital Alliance; City First Enterprises, Inc.; Connecticut Green Bank; Efficiency Maine Trust; Elemental GG LLC; Green Finance Authority; ICLEI-Local Governments for Sustainability USA; Illinois Finance Authority; Montgomery County Green Bank; Michigan Saves; Minnesota Climate Innovation

Finance Authority; Missouri State Environmental Improvement and Energy Resources Authority; New Jersey Green Bank; New York City Energy Efficiency Corporation; NY Green Bank; and Solar and Energy Loan Fund of St. Lucie County, Inc.

6. Attached as **Exhibit D** hereto is a true and correct copy of the National Clean Investment Fund's Terms and Conditions, dated December 12, 2024. *See* No. 25-cv-735, ECF 10-4.

7. Attached as **Exhibit E** hereto is a true and correct copy of the Notice of Award issued to CGC by EPA on August 8, 2024.

8. Attached as **Exhibit F** hereto is a true and correct copy of the Modification to Notice of Award issued to CGC by EPA on December 19, 2024.

9. Attached as **Exhibit G** hereto is a true and correct copy of the Modification to Notice of Award issued to CGC by EPA on January 17, 2025.

10. Attached as **Exhibit H** hereto is a true and correct copy of a letter issued to CGC by W.C. McIntosh, Acting Deputy Administrator of the EPA, on March 4, 2025, demanding that 35 categories of documents and information be provided to EPA by March 28, 2025.

11. Attached as **Exhibit I** hereto is a true and correct copy of the "Notice of Termination" issued to CGC by W.C. McIntosh, Acting Deputy Administrator of the EPA, on March 11, 2025. *See* No. 25-cv-735, ECF 6-1.

12. Attached as **Exhibit J** hereto is a true and correct copy of a memorandum entitled "Recusal Statement" dated January 3, 2023, from Jahi Wise to Michael Regan.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on March 21, 2025

                                                                */s/ Vincent Levy*
                                                                Vincent Levy