# EXHIBIT J



**UNITED STATES ENVIRONMENTAL PROTECTION AGENCY**
Washington, D.C. 20460

OFFICE OF
THE ADMINISTRATOR

## MEMORANDUM

SUBJECT:     Recusal Statement

FROM:        Jahi A. Wise
             Senior Advisor to the Administrator and
             Acting Director for the Greenhouse Gas Reduction Fund

*Wise, Jahi*
Digitally signed by Wise,
Jahi
Date: 2023.01.03
21:58:59 -05'00'

TO:          Michael S. Regan
             Administrator


     I have previously consulted with the Office of General Counsel/Ethics (OGC/Ethics) and been advised about my ethics obligations. This memorandum formally notifies you of my continuing obligation to recuse myself from participating personally and substantially in certain matters in which I have a financial interest, or a personal or business relationship.  I also understand that I have obligations pursuant to Executive Order 13989 and the Biden Ethics Pledge that I signed, as well as my own attorney bar obligations.  Further, I understand that I am also subject to the conflict-of-interest provisions in section 10 of EPA Order 5700.5A1, *Policy for Competition of Assistance Agreements* (Competition Policy).[1]

*FINANCIAL CONFLICTS OF INTEREST*

     As required by 18 U.S.C. § 208(a), I will not participate personally and substantially in any particular matter in which I know that I have a financial interest directly and predictably affected by the matter, or in which I know that a person whose interests are imputed to me has a financial interest directly and predictably affected by the matter, unless I first obtain a written waiver, pursuant to 18 U.S.C. § 208(b)(1), or qualify for a regulatory exemption, pursuant to 18 U.S.C. § 208(b)(2).  I understand that the interests of the following persons are imputed to me: any spouse or minor child of mine; any general partner of a partnership in which I am a limited or general partner; any organization in which I serve as officer, director, trustee, general partner or employee; and any person or organization with which I am negotiating or have an arrangement concerning prospective employment.

     I have consulted with OGC/Ethics and been advised that I do not currently have any financial conflicts of interest.  I will remain vigilant and notify OGC/Ethics immediately should my financial situation change.

---

[1] Any questions regarding the Competition Policy will be directed to the Office of Grants and Debarment in the Office of Mission Support, not to OGC/Ethics.

1

*OBLIGATIONS UNDER EXECUTIVE ORDER 13989*

Pursuant to Section 1, Paragraph 2 of Executive Order 13989, I understand that I am prohibited from participating in any particular matter involving specific parties in which either of my former employers, the **Coalition for Green Capital** (CGC) and **BlocPower**, is a party or represents a party.

I have been advised by OGC/Ethics that, for the purposes of this pledge obligation, the term "particular matters involving specific parties" is broadened to include any meetings or other communication relating to the performance of my official duties, unless the communication applies to a particular matter of general applicability and participation in the meeting or other event is open to all interested parties. I am further advised that the term "open to all interested parties" means that the meeting should include a multiplicity of parties. If, for example, there is "a meeting with five or more stakeholders regarding a given policy or piece of legislation, [then I] could attend such a meeting even if one of the stakeholders is a former employer or former client."[2] Should a question arise as to whether a specific forum qualifies as "open to all interested parties," then I will consult with OGC/Ethics.

My obligations under the Biden Ethics Pledge regarding my former employers end after January 21, 2023.

*ATTORNEY BAR OBLIGATIONS*

In addition to the pledge restrictions involving my former employer, I understand that I am bound by my bar rules and am obliged to protect the confidences of any former clients. I understand that I am restricted from switching sides in litigation in which I participated in or provided counsel or that is the same as or substantially related to the same specific party matter in which I previously participated personally and substantially, unless my bar provides for and I first obtain informed consent and coordinate with OGC/Ethics.

*DIRECTIVE AND CONCLUSION*

To avoid my participating in any of the matters from which I am recused, please refer those matters to the attention of Zealan Hoover, Director of Implementation, without my knowledge or involvement. I should not be sent or copied on substantive emails, attend meetings, or participate in any discussions, make recommendations, or otherwise make decisions with regard to a particular matter covered by my recusal. Official actions on such matters should be made without my recommendation, knowledge, or involvement. Any inquiries regarding the extent of my ethics or pledge recusals should be directed to OGC/Ethics. Any questions regarding my obligations under the Competition Policy will be directed to the Office of Grants and Debarment in the Office of Mission Support, not to OGC/Ethics.

---

[2] *See* Office of Government Ethics (OGE) Advisory DO-09-011 (3/26/09), which applies to Exec. Order 13989 pursuant to OGE Legal Advisories LA-21-03 (1/22/21) and LA-21-05 (2/23/21).

In the event that my circumstances change, including changes to my financial interests, my personal or business relationships, or my EPA duties, then I will consult with OGC/Ethics and update my recusal statement accordingly.

cc:     Janet McCabe, Deputy Administrator
        Dan Utech, Chief of Staff
        Zealan Hoover, Director of Implementation
        Susannah Weaver, Associate Deputy General Counsel
        Kimberly Patrick, Principal Deputy Assistant Administrator, OMS