UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLIMATE UNITED FUND,**<br><br>      Plaintiff,<br><br>v.<br><br>**CITIBANK, N.A.,** *et al.,*<br><br>      Defendants. | Civil Action No. 1:25-cv-00698-TSC |
| **COALITION FOR GREEN CAPITAL,**<br><br>      Plaintiff,<br><br>v.<br><br>**CITIBANK, N.A.,** *et al.,*<br><br>      Defendants. | Civil Action No. 1:25-cv-00735-TSC |
| **POWER FORWARD COMMUNITIES, INC.,**<br><br>      Plaintiff,<br><br>v.<br><br>**CITIBANK, N.A.,** *et al.,*<br><br>      Defendants. | Civil Action No. 1:25-cv-00762-TSC |

### DECLARATION OF SHAUN DONOVAN

I, Shaun Donovan, declare as follows:

　　　1.　　I am the President of Enterprise Green Accelerator, Inc. ("EGA"). I submit this declaration in support of Plaintiff Power Forward Communities, Inc.'s motion for a preliminary injunction in this matter. The statements made in this declaration are based on my personal knowledge, materials I have reviewed, and information made available to me pursuant to my

1

duties at EGA.

2.     Prior to my current role, I served as director of the U.S. Office of Management and Budget from 2014 to 2017, as secretary of the U.S. Department of Housing and Urban Development from 2009 to 2014, and as commissioner of the New York City Department of Housing Preservation and Development from 2004 to 2009.  I was named a senior fellow by the Ford Foundation in 2022, and I have a bachelor's degree in engineering and master's degrees in public administration and architecture from Harvard University.

3.     EGA's mission is to catalyze investment in American housing and communities to decarbonize the U.S. economy.  To achieve this goal, EGA provides capital, leverages private capital, and provides other forms of financial and technical assistance for the rapid deployment of low- and zero-emission products, technologies and services; partners with national and community organizations to aggregate demand in local communities, and promotes and facilitates the adoption of low- and zero-emission products, technologies and services; concentrates its resources and efforts to ensure that low-income and disadvantaged households and communities fully participate in and benefit from deployment and adoption of low- and zero-emission products, technologies and services; and supports workforce development and the creation of high-quality jobs in the United States in the deployment and adoption of low- and zero-emission products, technologies and services.

4.     EGA has been in operation since September 29, 2023, and is incorporated and domiciled in the State of Maryland.  Enterprise Community Partners, Inc. is the sole corporate member of EGA.

5.     As a non-profit, EGA relies exclusively on federal funding and philanthropic donations to carry out its mission and operations.

6.	Enterprise Community Partners, Inc. is one of the coalition members comprising Power Forward Communities, Inc. ("PFC"). In April 2024, PFC received a $2 billion award from the Environmental Protection Agency ("EPA") under the National Clean Investment Fund ("NCIF").

7.	PFC's award is governed by the terms of an Award Agreement between EPA and PFC. Among other terms, the Award Agreement authorizes PFC to issue subawards to designated subrecipients to carry out parts of its NCIF workplan.

8.	EGA is a designated subrecipient of approximately $600 million of the grant funds awarded to PFC. EGA is expected to utilize this subaward over the next seven years (2024-2031) to fulfill its mission. Approximately $480 million will be used for financial assistance, approximately $50 million for market building activities, roughly $30 million for predevelopment work, and approximately $40 million for program administration.

9.	The terms and conditions of EGA's subaward are set forth in a Subaward Agreement it executed with PFC on December 23, 2024. Pursuant to its Subaward Agreement, EGA's funds are to be maintained in accounts held in EGA's name at Citibank, the designated Financial Agent for the NCIF award. The Subaward Agreement requires that EGA comply with the applicable Financial Agent terms and conditions in PFC's NCIF award.

10.	EGA also entered into an Account Control Agreement ("ACA") with PFC and Citibank. That Account Control Agreement obligates Citibank to "comply with all instructions, notifications, and entitlement orders the Bank receives directing the disposition of funds and financial assets in the Accounts."

11.	Prior to February 12, 2025, Citibank satisfied that contractual obligation by complying with disbursement instructions submitted by EGA within 24 hours. If EGA submitted

a disbursement instruction prior to 11 a.m., Citibank would generally disburse the funds during the same business day. If EGA submitted a disbursement instruction after 11 a.m., Citibank would generally disburse the funds the next business day.

12. On March 11, 2025, at approximately 2:00 p.m., EGA sent a disbursement instruction to Citibank for $180,070.39.

13. As of the date of this declaration, Citibank has not disbursed funds in response to this direction. EGA understands that Citibank has not done so because Citibank has "frozen" EGA's accounts.

14. EGA understands that, on March 11, 2025, at 5:24 p.m., EPA informed PFC that it had terminated the Award Agreement, effectively immediately.

15. EGA has been and will continue to be harmed by Citibank's failure to disburse funds in violation of its obligations under the ACA and EPA's unlawful termination of the Award Agreement.

16. EGA has a pipeline of projects that is vulnerable to collapse because EGA cannot access its funds. EGA has executed term sheets to provide financial assistance using almost $100 million in NCIF funds for projects across the country, including in Michigan, Texas, Virginia, New York, Washington, and Maryland. Lack of NCIF funding puts many of these projects at imminent threat of being forced to shutter, in numerous cases due to impending financing deadlines.

17. For example, several new construction projects in EGA's pipeline will not move forward without the NCIF funding. These projects have secured as much as they can in local and state subsidies. They require additional subsidy financing from EGA or risk collapse. Without the NCIF funding, the projects will not be built and their units will not be added to the affordable

housing stock. These include a 302-unit multifamily affordable housing project in Texas and a 236-unit multifamily affordable housing project in Maryland.

18. In Detroit, Michigan, EGA agreed to provide financial assistance for the construction of a 160-home subsidized rental apartment community. EGA is expected to provide the project $24 million in financing via its NCIF grant. That financing will contribute to a Rental Assistance Demonstration (RAD) restructuring, preserving critically needed affordable housing by replacing functionally obsolete public housing with new, highly efficient affordable apartments. The project consists of three multi-story buildings and townhomes and features a mix of 1-, 2-, 3-, and 4-bedroom apartments. All units will be restricted to households earning at or below 80% of Area Median Income, and will be covered by a project-based voucher contract. The project will use cost- and time-efficient modular construction, and will help provide a model for the future of affordable housing construction. Under the RAD program, the U.S. Department of Housing and Urban Development's ("HUD"), which administers the program, may revoke its Commitment to Enter into a Housing Assistance Payment (CHAP) if certain milestones are not met, including the provision of a financing plan within 270 days of the CHAP award. The project received its CHAP award in December 2024. Continued uncertainty regarding EGA's financing jeopardizes the award.

19. EGA's renovation projects are also at immediate risk. One 192-unit renovation project in Virginia faces losing its private activity bond cap allocation if EGA's financing is not committed by the end of this month, March 2025. If EGA cannot fulfill its obligations, the project is also at risk of losing $4 million funds committed by the Department of Housing and Community Development ("DHCD"). DHCD's commitment is contingent on the execution of project documents by November 1, 2025. By the terms of its commitment, DHCD also is

entitled to a 45-day review period to approve any changes with respect to third-party capital commitments to the project, and to modify their own commitment and relevant loan documents. Given the November 1, 2025 execution deadline, the result is that any uncertainty as to the status of EGA's funding commitment beyond September 15, 2025 will deprive DHCD of the requisite review period and will allow it to recapture its $4 million in committed funds. Were that to happen, the project would lack sufficient funding to proceed.

20.     Access to state funding aside, any further delay in funding from EGA will imperil the project because of the potential for costs increases stemming from that delay. At present, EGA estimates that, taking into account inflation and interest rate projections, a 3-month delay will add approximately $460,000 in additional costs to the project. Those costs stem from contingency agreements with contractors, payment of tax credit carry over fees, and other operating costs. But if inflation and/or interest rates were to vary significantly from projections, these costs could increase significantly and jeopardize the project's feasibility.

21.     EGA has another 106-unit renovation project in Virginia that must secure its bond cap allocation from the state in June 2025. To do so, the project must identify its full capital stack that will finance the project. This project relies on NCIF funding to meet these requirements, as there are no other soft funding sources from Virginia available to ensure the project's economic viability. Thus, if the NCIF funding committed by EGA is no longer available, the project will lack the resources to proceed.

22.     Another example relates to a project to renovate an apartment complex in Vancouver, Washington providing 170 affordable senior living housing units to people aged 62 and older. EGA is expected to provide the project $11.5 million in financing via its NCIF grant. The 15-story building was built in the 1960s, and the rehabilitation has become urgent as the

absence of fire sprinklers has put the property at risk of being uninsurable. Energy and other upgrades will be needed to significantly extend the building's lifespan. The majority of the units (108) are covered under a project-based rental assistance contract, ensuring affordability in a high-cost neighborhood.

23. Due to the unavailability of the NCIF funding, these projects and others are delayed and at risk of falling through.

24. Citibank's freeze also hinders EGA's ability to employ staff necessary to fulfill its mission and obligations under the NCIF program. Six of EGA's employees are funded entirely through the NCIF award, and five employees are partially funded through the NCIF award. Moreover, EGA has paused all hiring efforts and was forced to rescind an offer to a potential employee in February due to Citibank's freezing of its accounts.

25. Additionally, Citibank's freeze is impairing EGA's ability to enter necessary contracts. Prior to Citibank's freeze, EGA was negotiating a master contract with multiple competitively pre-qualified vendors for technical assistance and predevelopment services contracts related to EGA's obligations as a subrecipient under the grant. These services are necessary for EGA to achieve its goals under the workplan. However, because of the unavailability of NCIF funds, EGA has been forced to delay finalizing those agreements.

26. EPA's purported termination of the Award Agreement exacerbates all the harms detailed above. Indeed, if the Award Agreement terminates and EGA loses access to the NCIF award by virtue of its Subaward Agreement with PFC (EGA's sole source of funding), EGA will be forced to close its doors. More importantly, EGA would be unable to carry out the important work for which its NCIF award was made—and for which Congress appropriated the funds allotted to the NCIF program and obligated to EGA via PFC: to deploy "low- and zero-emission

products, technologies, and services," 42 U.S.C. § 7434(c)(1), to lower Americans' utility bills, improve community health and safety, and help address the climate crisis.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge. Executed this 21st day of March, 2025.

_____
Shaun Donovan