UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLIMATE UNITED FUND,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**CITIBANK, N.A.,** *et al.,*<br><br>　　　　Defendants. | Civil Action No. 1:25-cv-00698-TSC |
| **COALITION FOR GREEN CAPITAL,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**CITIBANK, N.A.,** *et al.,*<br><br>　　　　Defendants. | Civil Action No. 1:25-cv-00735-TSC |
| **POWER FORWARD COMMUNITIES, INC.,**<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**CITIBANK, N.A.,** *et al.,*<br><br>　　　　Defendants. | Civil Action No. 1:25-cv-00762-TSC |

**<u>DECLARATION OF JOHN MOON</u>**

I, John Moon, declare as follows:

　1.　I am the President of LISC Green LLC. ("LISC Green"). I submit this declaration in support of Plaintiffs' motion for a preliminary injunction in this matter. The statements made in this declaration are based on my personal knowledge, materials I have reviewed, and information made available to me pursuant to my duties at LISC Green.

1

2. Prior to my current role, I served as Senior Vice President, Sustainability Philanthropy Leader at Wells Fargo Corporation from 2021 to 2024, Vice President and Community Affairs Officer at the Federal Reserve Bank of San Francisco from 2012 to 2019, and Community Development Team Leader at the Board of Governors of the Federal Reserve from 2006 to 2011. I have a bachelor's degree from the University of California Los Angeles and a master's degree in public policy from Harvard University.

3. LISC Green has been in operation since September 26, 2023 and is formed as a limited liability company in the State of Delaware. Local Initiatives Support Corporation ("LISC"), a New York not-for-profit organization and 501(c)(3) tax-exempt organization, is the sole member of LISC Green. LISC Green is organized exclusively for charitable purposes under Section 501(c)(3) of the Internal Revenue Code and is operated exclusively to further the charitable purposes of LISC. As a single-member limited liability company, LISC Green is a disregarded entity for federal income tax purposes and is not treated as a separate entity from LISC.

4. LISC formed LISC Green to serve as a subrecipient pursuant to the U.S. Environmental Protection Agency ("EPA") National Clean Investment Fund ("NCIF"). LISC Green's purpose is to provide flexible and low-cost capital to leverage other sources of funding, including private capital, to support projects that lower emissions, improve affordability, and enable job creation. By working with national and community-based organizations, LISC Green is working to aggregate demand and accelerate adoption of low-emissions and healthier solutions in communities across the country. LISC Green seeks to ensure that low-income communities are included in the transition to a clean energy economy, while also investing in workforce development to create quality jobs and supporting contractors and developers to realize the economic opportunities in the clean energy sector.

5. LISC Green relies exclusively on federal funding to carry out its purpose and operations.

6. LISC is one of the coalition members comprising Power Forward Communities, Inc. ("PFC"). In April 2024, PFC received a $2 billion award from the Environmental Protection Agency ("EPA") under the National Clean Investment Fund ("NCIF").

7. PFC's award is governed by the terms of an Award Agreement between EPA and PFC. Among other terms, the Award Agreement authorizes PFC to issue subawards to designated subrecipients as identified in PFC's application to carry out parts of its NCIF workplan.

8. LISC Green is a designated subrecipient of approximately $589 million of the grant funds awarded to PFC. LISC Green is expected to utilize this subaward over the next seven years (2024–2031) to fulfill its purpose. LISC Green will use approximately $487 million for financial assistance, approximately $37 million for market building activities, approximately $28 million for predevelopment work, and approximately $37 million for program administration.

9. The terms and conditions of LISC Green's subaward are set forth in a Subaward Agreement it executed with PFC on December 23, 2024. Pursuant to its Subaward Agreement, LISC Green's funds are to be maintained in accounts held in LISC Green's name at Citibank, the designated Financial Agent for the NCIF award. The Subaward Agreement requires that LISC Green comply with the applicable Financial Agent terms and conditions in PFC's NCIF award.

10. LISC Green also entered into an Account Control Agreement ("ACA") with PFC and Citibank. The ACA obligates Citibank to "comply with all instructions, notifications, and entitlement orders the Bank receives directing the disposition of funds and financial assets in the Accounts."

11. Prior to February 12, 2025, Citibank satisfied that contractual obligation by complying with disbursement instructions submitted by LISC Green within 24 hours. If LISC Green submitted a disbursement instruction prior to 11:00 a.m., Citibank would generally disburse the funds during the same business day. If LISC Green submitted a disbursement instruction after 11:00 a.m., Citibank would generally disburse the funds the next business day.

12. On February 14, 2025, at approximately 11:26 a.m. ET, LISC Green sent a disbursement instruction to Citibank for $187,592.63 in eligible costs incurred in furtherance of the NCIF workplan. LISC Green has since also incurred costs of $154,736.30 for the period of February 14, 2025 to February 28, 2025 and additional costs thereafter leading up to and following EPA's termination notice.

13. As of the date of this declaration, Citibank has not disbursed funds in response to the February 14 disbursement instruction. LISC Green understands that Citibank has not done so because Citibank has "frozen" LISC Green's accounts.

14. LISC Green understands that, on March 11, 2025, at 5:24 p.m., EPA informed PFC that it had terminated the Award Agreement, effectively immediately.

15. LISC Green has been and will continue to be harmed by Citibank's failure to disburse funds in violation of its obligations under the ACA and EPA's unlawful termination of the Award Agreement.

16. LISC Green has a pipeline of projects that is vulnerable to collapse because LISC Green cannot access its funds.  LISC Green has letters of interest to provide financial assistance using approximately $86.5 million in NCIF funds for projects across the country, including in Ohio, Texas, New Jersey, Massachusetts, Iowa, Florida, Michigan, Wisconsin, Illinois, Kentucky, and Georgia.  Lack of NCIF funding puts many of these projects at imminent threat of not being built, in numerous cases due to impending financing deadlines.

17. For example, several housing projects in LISC Green's pipeline will not move forward unless they receive the NCIF funding in the near future.  These projects have secured as much as they can in local and state subsidies.  They require additional subsidy financing from LISC Green or risk collapse.  Without the NCIF funding, the projects will not be built and their units will not be added to the affordable housing stock.  These include a 63-unit multifamily affordable housing project in Iowa, a 90-unit multifamily affordable housing project in Texas and a 46-unit multifamily affordable housing project in Michigan.

18. In Iowa, LISC Green has proposed to provide financial assistance for the complete rehabilitation of a historic hotel into a 63-home rental apartment community.  The hotel is located in a rural community that has historically seen limited development activity.  The apartment units would include geothermal and solar components to limit utility costs for the project owner and tenants.  All units would be restricted to households earning at or below 60% of Area Median Income ("AMI").  With the NCIF grant, LISC Green anticipated providing the project $8.5 million in financing to support the construction of this

project. The LISC Green financing was instrumental in completing the final portion of the funding sources for this project. Including the proposed $8.5 million in NCIF financial assistance from LISC Green, the total amount for the project is $23.7 million

19. This Iowa project had proposed to utilize the 4% Low Income Housing Tax Credit ("LIHTC") program and has secured an allocation of bond capacity from Iowa Finance Authority ("IFA"). To continue to reserve the bond capacity allocation, the project team will need to make a significant deposit of $90,000 by March 31, 2025. The project team has previously requested extensions to this deadline from IFA to make this deposit multiple times. The project team has expressed wariness of making this deposit in light of the continued uncertainty related to the availability of funds under the NCIF grant. Without certainty on the availability of funds, we expect that the project team will be forced to not make the deposit, let the bond capacity allocation lapse, and not move forward with the project, leaving this rural community with a vacant hotel building and without 63 affordable rental homes.

20. In Texas, LISC Green has proposed to provide financial assistance for the complete rehabilitation of a historic parochial school into 53 housing units alongside the new construction of 37 housing units. The project will include a 90-home rental community with an integrated on-site preschool. This will be a mixed-income community with 20 units affordable to households at 30% AMI, 26 units affordable at 50% AMI, 28 units affordable at 60% AMI, and 16 market rate units. With the NCIF grant, LISC Green anticipated providing the project $3.6 million in financing to support the construction of this project, which is the last source the project needs to complete its capital sources. Including the proposed $3.6 million in NCIF financial assistance from LISC Green, the total amount for the project is $34 million.

21. This Texas project has secured an allocation of competitively awarded 9% LIHTC from the Texas Department of Housing and Community Affairs. This commitment requires the project to be "placed in service" by December 31, 2026. To meet this benchmark, the project needs to complete construction and lease at least one unit to a tenant. Based on the proposed construction and leasing timeline, the project needs to close on construction financing, including the proposed NCIF funded financial assistance, by June 30, 2025.

22. In Michigan, LISC Green has proposed to provide financial assistance for the new construction of a 46-home rental community. The project would propose to serve individuals and families in recovery from substance use disorders, many of whom face legal or financial barriers to stable housing. The project will have on-site wrap around services including recovery services, life skills and financial literacy, and community life activities. With the NCIF grant, LISC Green anticipated providing $4 million in financing to support the construction of this project, which is the last source the project needs to complete their capital sources. Including the proposed $4 million in NCIF financial assistance from LISC Green, the total amount for the project is $21.3 million.

23. This Michigan project has secured an allocation of competitively awarded 9% LIHTC from the Michigan State Housing Development Authority ("MSHDA") alongside a variety of commitment local subsidies. This commitment from MSHDA requires the project to commence construction by July 31, 2025 or work with MSHDA to exchange the credits, which would result in significant, unbudgeted, additional costs to the project. Without the continued availability of the NCIF grant, this project will be challenged to meet that deadline and absorb the additional costs.

24. In addition to LISC Green's projected financial assistance to housing projects, there is a pipeline of community facility and solar projects that are at immediate risk of not being built.

25. In New Jersey, LISC Green has proposed to provide financial assistance for the new construction of a community health facility to be primarily occupied by a Federally Qualified Health Center and a local YMCA. These partners are projected to provide a variety of health services to 10,000 unique individuals annually. With the NCIF grant, LISC Green anticipated providing the project $10 million in financing to support the construction of this project. Including the proposed $10 million in NCIF financial assistance from LISC Green, the total amount for the project is $40.2 million.

26. The project has been awarded an allocation of $21.79 million under New Jersey's ASPIRE tax credit program. The ASPIRE tax credit allocation has a capital commitment deadline under which the project team must deliver evidence of commitments from all financing sources by July 17, 2025. These

ASPIRE tax credits are a necessary source of subsidy for the project to be economically feasible and missing that deadline will almost certainly prevent this project from being built.

27. In Ohio, LISC Green has proposed to provide financial assistance for a solar development project that will provide electricity directly to an automobile manufacturing facility.  The project team has secured long-term ground leases for two former landfill sites which will become solar arrays producing 18.6 megawatts of electricity.  In addition, the project team has negotiated a Power Purchase Agreement with the global automaker that operates a nearby manufacturing facility and has agreed to purchase all of the electricity generated by this project.  The negotiated Power Purchase Agreement outlines that the commercial operation of the project, including the flow of electricity to the manufacturing facility, is targeted for December 31, 2025 and that the project owner should use commercially reasonable efforts to cause that to occur.  The project will take roughly 7 months to construct and get operational, so the construction capital sources need to close by May 31, 2025.  Failure to meet this timeline may result in the nullification of the existing Power Purchase Agreement and cause the project to not get built.

28. Due to the unavailability of the NCIF funding, these projects and others are delayed and at risk of falling through.

29. The freeze and ongoing uncertainty around access to the Citibank account and EPA's position impairs LISC Green's ability to operate and meet the objectives of the PFC workplan.  LISC Green had projected a total number of 20 full-time and 38 partial-time employees, ranging from compliance, lending (multi-family and single-family), accounting, operations, IT, predevelopment, and market building (technical assistance, workforce development, and developer and contractor training) roles.  Currently, LISC Green, through a service agreement with LISC, maintains 5 full-time employees who are fully funded through the NCIF award and 7 employees who are partially funded through the NCIF award.  The gap between projected and current employees is reflective of the high uncertainty regarding ongoing funding for the program and the necessary steps LISC Green took to maintain a more financially conservative posture until there was definitive resolution.  Given this gap in operational and program capacity, the ongoing uncertainty surrounding access to the Citibank account and the EPA's position is

creating obstacles that hinder our ability to execute the program at full scale. While LISC Green has the expertise, structure, and systems in place to effectively manage and implement the program, these delays are impeding our ability to fully staff critical roles and meet the ambitious targets outlined in the NCIF workplan.

30. Additionally, EPA's and Citibank's actions are impairing LISC Green's ability to enter into necessary contracts. Prior to Citibank's freeze and EPA's purported termination of PFC's award, LISC Green was negotiating a master contract with multiple competitively pre-qualified vendors for technical assistance and predevelopment services contracts related to LISC Green's obligations as a subrecipient under the grant. LISC Green was also in the process of identifying and contracting with eligible non-profit community-based organizations to expand access to workforce development training and upskilling opportunities in rural and urban communities. These services are necessary for LISC Green to achieve its goals under the workplan. However, because of the unavailability of NCIF funds, LISC Green has been forced to delay finalizing those agreements.

31. EPA's purported termination of the Award Agreement exacerbates all the harms detailed above. Indeed, if the Award Agreement terminates and LISC Green loses access to the NCIF award by virtue of its Subaward Agreement with PFC (LISC Green's sole source of funding), LISC Green will be forced to close its doors. More importantly, LISC Green would be unable to carry out the important work for which its NCIF award was made—and for which Congress appropriated the funds allotted to the NCIF program and obligated to LISC Green via PFC: to deploy "low- and zero-emission products, technologies, and services," 42 U.S.C. § 7434(c)(1), to lower Americans' utility bills, improve community health and safety, and help address the climate crisis.

I declare under penalty of perjury under the laws of the United States of America, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed this 21st day of March, 2025.

_____
John Moon