UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLIMATE UNITED FUND**<br><br>                Plaintiff,<br><br>  v.<br><br>**CITIBANK, N.A.**, *et al.*<br><br>                Defendants. | Civil Action No. 25-cv-698-TSC |
| **COALITION FOR GREEN CAPITAL**<br><br>                Plaintiff,<br><br>  v.<br><br>**CITIBANK, N.A.**, *et al.*<br><br>                Defendants. | Civil Action No. 25-cv-735-TSC |
| **POWER FORWARD COMMUNITIES, INC.**<br><br>                Plaintiff,<br><br>  v.<br><br>**CITIBANK, N.A.**, *et al.*<br><br>                Defendants. | Civil Action No. 25-cv-762-TSC |

**[PROPOSED] ORDER GRANTING PRELIMINARY INJUNCTION**

Upon consideration of Plaintiffs Climate United Fund, Coalition for Green Capital, and Power Forward Communities, Inc.'s (collectively, "Plaintiffs") motion for preliminary injunction and accompanying brief and materials, it is hereby

1

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that Defendants the U.S. Environmental Protection Agency ("EPA"), Administrator Lee Zeldin, in his official capacity as Administrator of EPA, Deputy Administrator W.C. McIntosh, in his official capacity as Acting Deputy Administrator of EPA, and others in active concert or participation therewith, are **ENJOINED** from effectuating EPA's March 11, 2025 "Notice of Termination"; it is further

**ORDERED** that Defendants EPA, Administrator Zeldin, in his official capacity as Administrator of EPA, Deputy Administrator McIntosh, in his official capacity as Acting Deputy Administrator of EPA, and others in active concert or participation therewith, are **ENJOINED** from unlawfully suspending or terminating Plaintiffs' grant awards, including by issuing a Notice of Exclusive Control, effectuating a Notice of Termination, or limiting access to funds in accounts established in connection with Plaintiffs' grants, including funds in accounts established by Plaintiffs' subgrantees, except as permitted by the applicable Account Control Agreement ("ACA"), the grant award, and applicable law; it is further

**ORDERED** that Defendants EPA, Administrator Zeldin, in his official capacity as Administrator of EPA, Deputy Administrator McIntosh, in his official capacity as Acting Deputy Administrator of EPA, and others in active concert or participation therewith, including officials at the U.S. Department of the Treasury, are **ENJOINED** from directly or indirectly impeding Citibank or from causing Citibank to deny, obstruct, delay, or otherwise limit access to funds in accounts established in connection with Plaintiffs' grants, including funds in accounts established by Plaintiffs' subgrantees, except as permitted by the applicable ACA, the grant award, and applicable law; it is further

**ORDERED** that Defendants EPA, Administrator Zeldin, in his official capacity as Administrator of EPA, and Deputy Administrator McIntosh, in his official capacity as Acting Deputy Administrator of EPA, must provide written notice of the Court's preliminary injunction to the U.S. Department of the Treasury, the Federal Bureau of Investigation, and the Office of the Deputy Attorney General at the U.S. Department of Justice; it is further

**ORDERED** that Defendant Citibank is **ENJOINED** from violating its obligations under each Plaintiff's ACA, including by failing to process, disburse, and release funds in accounts established in connection with Plaintiffs' grants, including funds in accounts established by Plaintiffs' subgrantees, in accordance with the applicable ACA, both with respect to requests already submitted and future requests; it is further

**ORDERED** that Defendant Citibank is **ENJOINED** from transferring or otherwise moving funds out of accounts established in connection with Plaintiffs' grants, including funds in accounts established by Plaintiffs' subgrantees, except as permitted by the applicable ACA, the grant award, and applicable law; it is further

**ORDERED** that the bond requirement of Federal Rule of Civil Procedure 65(c) is waived and that this injunctive relief is effective upon service.

**SO ORDERED.**

Dated: April ___, 2025

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
THE HON. TANYA S. CHUTKAN
UNITED STATES DISTRICT JUDGE

## NAMES OF PERSONS TO BE SERVED
## WITH PROPOSED ORDER UPON ENTRY

Pursuant to Local Civil Rule 7(k), below are the names and addresses of persons entitled to be notified of entry of the above Proposed Order:

K. Winn Allen
Saunders McElroy
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.,
Washington, D.C. 20004

Marcus Sacks
Kevin VanLandingham
U.S. Department of Justice
Civil Division
Corporate/Financial Section
P.O. Box 875
Ben Franklin Stations
Washington, D.C. 20044-0875

Pamela Bondi, in her official capacity as Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Edward Martin, in his official capacity as U.S. Attorney for the District of Columbia
c/o Civil Process Clerk
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530

Adam Unikowsky (D.C. Bar No. 989053)
David Robbins (D.C. Bar No. 493976)
JENNER & BLOCK LLP
1099 New York Avenue N.W.
Washington, D.C. 20001

Vincent Levy (NY 0487)
Kevin D. Benish (NY0495)
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017

Beth C. Neitzel (103611)
Jack C. Smith (1725229)
FOLEY HOAG LLP
155 Seaport Boulevard, Suite 1600
Boston, MA 02210