AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| CLIMATE UNITED FUND, et al. | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-698 |
| CITIBANK, N.A., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Coalition for Green Capital.

Date: 03/24/2025

s/ Vincent Levy
*Attorney's signature*

Vincent Levy (NY0487)
*Printed name and bar number*

Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017

*Address*

vlevy@hsgllp.com
*E-mail address*

(646) 837-5151
*Telephone number*

(646) 837-5150
*FAX number*