# The Commonwealth of Massachusetts
## SUPREME JUDICIAL COURT
### CLERK'S OFFICE FOR THE COUNTY OF SUFFOLK
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.MASS.GOV/COURTS

**ALLISON S. CARTWRIGHT**
CLERK

Telephone:
(617) 557-1100

General Email:
sjccountyclerk@sjcstate.ma.us

Bar Admission Email:
sjc.mass.bar.admission@jud.state.ma.us

March 13, 2025

Attorney Noah Christopher Shaw
Kevin Chen
Foley Hoag LLP 155 Seaport Blvd
Boston , MA  02210
kchen@foleyhoag.com

IN RE:   CERTIFICATE OF ADMISSION AND GOOD STANDING

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Noah Christopher Shaw .**  The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

*Allison S. Cartwright*
Allison S. Cartwright, Clerk
Supreme Judicial Court for the County of Suffolk

ASC/
Clearance:  <<    >> and File <<    >>
Enclosures

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **December 18, 2002**, said Court being the highest Court of Record in said Commonwealth:

## Noah Christopher Shaw

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **thirteenth** day of **March** in the year of our Lord **two thousand and twenty-five.**



ALLISON S. CARTWRIGHT, CLERK

\* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for Suffolk County