CO 249
Rev. 2/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

Cal. Infrastructure and Economic Dev. Bank, et al.
    Plaintiff(s)

vs.

Civil Action No. 25-cv-698-TSC

Citibank, N.A., et al.
    Defendant(s)

## AFFIDAVIT OF MAILING

I, __Aaron Olson_____, hereby state that:

On the 24 day of March, 2025, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

U.S. Environmental Protection Agency, Lee Zeldin, and W.C. McIntosh

| | | |
|---|---|---|
| Edward R. Martin, Jr., U.S. Attorney<br>c/o Civil Process Clerk<br>U.S. Attorney's Office for D.C.<br>601 D Street, NW<br>Washington D.C. 20530 | Attorney General Pamela Bondi<br>US Department of Justice<br>Office of the Attorney General<br>950 Pennsylvania Ave, NW<br>Washington DC 20530 | United States EPA<br>1200 Pennsylvania Ave, NW<br>Washington DC 20460 |

I have received the receipt for the certified mail, No. _-9420, AG Pamela Bondi; -9406, EPA; -9413, US Attorney (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __24__ day of __March__, __2025__.

I declare under penalty of perjury that the foregoing is true and correct.

3-25-25                                                  *(signature)*
_____                   _____
(Date)                                                   (Signature)

3/25/25
Judy M. Fusco

JUDY M FUSCO
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2030