# Exhibit A

(to the Amidon Declaration)

# 'Serious Conflicts of Interest': Biden EPA Official Oversaw $5B Grant to His Former Employer

## Jahi Wise joined George Soros's foundation shortly after disbursing the funds



*Jahi Wise speaks at a conference (Opportunity Finance Network/YouTube)*

The senior Biden administration official tasked with directing former President Joe Biden's $27 billion climate grant program oversaw a $5 billion grant from the program to his former employer, the *Washington Free Beacon* has learned.

Jahi Wise joined the Environmental Protection Agency in December 2022 as the founding director of the newly created Greenhouse Gas Reduction Fund, or GGRF, according to his LinkedIn profile. In April 2024, while Wise served in that role, the EPA announced that it would award GGRF grants totaling $20 billion to just eight nonprofits, including the Coalition for Green Capital, a Washington, D.C.-based group that received $5 billion as part of the announcement and where Wise previously worked as the director of policy. There is no indication that Wise recused himself from that process.

Wise departed the Coalition for Green Capital in January 2021 to join the White House Climate Policy Office as a special assistant to the president, a position he held until he joined the EPA less than two

years later.

The EPA's $5 billion grant to the Coalition for Green Capital and Wise's involvement is also notable because former Biden administration official David Hayes serves on the group's board of directors. Hayes rejoined the group's board in October 2022 after having served as a special assistant to the president in the White House Climate Policy Office since January 2021, meaning he and Wise were close colleagues at the White House for roughly 21 months.

After joining the Coalition for Green Capital's board, Hayes said he was "hopeful that tens of billions of dollars of additional clean power investment, focused on low-income and disadvantaged communities, lies in the immediate future of CGC." The group simultaneously appointed Cecilia Martinez, who had served as a Biden White House environmental justice official, to its board, saying the pair would be involved in its forthcoming Greenhouse Gas Reduction Fund application submission.

The revelation that Wise was involved in doling out a massive grant benefiting both his former employer and former White House colleague raises serious ethics and conflict-of-interest questions, experts told the *Washington Free Beacon*. Federal ethics laws place strict limits on officials' involvement in matters involving past employers.

It also provides fresh fodder for Trump administration officials who have set the GGRF program and its massive grants in their sights. On Tuesday, Denise Cheung, the top criminal prosecutor in the Washington, D.C., U.S. Attorney's Office, was forced to resign after she declined to open a grand jury investigation into the EPA's GGRF program funding, CNN first reported.

"The story of the Biden EPA's gold bars never stops," EPA administrator Lee Zeldin told the *Free Beacon*. "The waste and abuse was so deeply interwoven in the last administration that not only did the leaders who oversaw this not bat an eye at billions of your taxpayer dollars going towards partisan pet projects, but serious conflicts of interest were ignored. That should have raised red flags."

Zeldin—who added that he is "committed to restoring accountability in government, focusing the agency on its core mission"—announced last week that he and White House DOGE officials located the $20 billion in GGRF funds, including the Coalition for Green Capital's $5 billion grant, in a Citibank account. He said clawing back those funds is a priority and said the placement of the funds at an outside bank limits federal oversight.

The Biden EPA appears to have parked those funds at Citibank in August 2024, a first-of-its-kind arrangement at the EPA, shortly before Wise departed the agency. In September 2024, Wise joined billionaire Democratic donor George Soros's behemoth nonprofit the Open Society Institute as a "leadership in government" fellow—during the 18-month fellowship, Wise will study policies that accelerate the mobilization of public and private capital into climate projects.

The Coalition for Green Capital and Wise did not respond to requests for comment.

"For years, Protect the Public's Trust and others have been warning of the GGRF's potential for abuse, to say nothing of the greater IRA," said Michael Chamberlain, the director of watchdog group Protect the Public's Trust. "Between David Hayes, who sandwiched stints at CGC with one at the White House in which he helped create IRA climate programs, presumably including GGRF, and Jahi Wise, CGC couldn't have been better positioned for the GGRF windfall."

"The way they and others pin-balled around the Biden administration's 'green' offices and then shot back out to the climate industry should be set to *The Benny Hill Show* theme," Chamberlain added. "Unfortunately, there's nothing funny about the unheard-of billions in taxpayer dollars they helped transform into an activist slush fund. Administrator Zeldin has his work cut out for him."

Caitlin Sutherland, the executive director of ethics watchdog Americans for Public Trust, echoed Chamberlain and said Zeldin should continue to investigate GGRF grants issued during the Biden administration under Wise's leadership.

"The founding director of the EPA's Greenhouse Gas Reduction Fund awarding $5 billion to his former employer is the sort of self-dealing revolving door that has become a hallmark of green energy handouts," Sutherland told the *Free Beacon*. "Secretary Zeldin is right to set his sights on the Coalition for Green Capital as he seeks to reclaim taxpayer money."

Wise, meanwhile, emerged as a hero of Biden's climate agenda among his colleagues and media outlets given his role overseeing the GGRF program.

Danielle Deane-Ryan, a former GGRF senior adviser, said in a LinkedIn post last month that Wise's leadership was "critical to getting GGRF launched and funds obligated." And *Politico* and *Newsweek* each identified Wise as one of a handful of officials overseeing key Biden-era climate programs, though the two outlets failed to ask him about his relationship with Coalition for Green Capital in interviews conducted after the group was awarded its grant last year.

"We are well aware of the importance of this program and the scrutiny that it warrants, and we will continue to push ourselves and our program to be as radically transparent, efficient, and effective with public funds as we can," Wise told *Politico* in an April 2024 interview.

Wise and the EPA never stated that he had recused himself from the matter involving the Coalition for Green Capital.

Overall, the GGRF is the single largest non-tax investment within the 2022 Inflation Reduction Act. The program was created by Democrats to act as a green bank, directing billions of dollars in taxpayer funds to intermediaries, which then finance green energy and environmental justice projects across the United States.

The GGRF was immediately criticized by Republican lawmakers and energy experts after it was established, with experts warning that its size and scope could lead to significant government waste and abuse. They also argued that, while massive, the program would have little impact on climate change.

"The system is corrupt in the sense that there's an enormous amount of self dealing that's going on," Benjamin Zycher, a senior fellow at the American Enterprise Institute, said in an interview. "It really has nothing to do with climate as a practical matter because there's no evidence of a crisis and, even if there was, these programs would make undetectable differences anyway."

Zycher authored a report in December 2022 that concluded the "obvious objective" of the GGRF program is "the provision of large subsidies to favored interest groups."

# Exhibit B

(to the Amidon Declaration)



NEWSLETTERS          ACCOUNT

# A $20 Billion Slush Fund— Paid by You to Progressive Nonprofits



(ILLUSTRATION BY *THE FREE PRESS*, IMAGES VIA GETTY)

It appears the billions didn't revitalize anything—except the coffers of a range of environmental nonprofits associated with former Obama and Biden administration officials.

## By Madeleine Rowley

**03.04.25 — U.S. Politics**

💬 22     🤍 26

The Department of Justice is investigating the [Greenhouse Gas Reduction Fund](), a $27 billion program that was part of Joe Biden's $740 billion Inflation Reduction Act. Created in the spring of 2023, and managed by the Environmental Protection Agency, the fund was

supposed to be a "first-of-its-kind" program to address the climate crisis while revitalizing communities that it considered "historically left behind."

But it appears little of the $27 billion revitalized anything—except the coffers of a range of environmental nonprofits associated with former Obama and Biden administration officials.

"The Biden administration used so-called 'climate equity' to justify handouts of billions of dollars to their far-left friends," Lee Zeldin, the Trump administration's new EPA administrator, told *The Free Press*. "It is my utmost priority to get a handle on every dollar that went out the door in this scheme and once again restore oversight and accountability over these funds. This rush job operation is riddled with conflicts of interest and corruption."

A *Free Press* investigation reveals that of the $27 billion, $20 billion was rushed out the door to eight nonprofit groups after Biden lost the election—but before President Donald Trump took office. As one former EPA official put it on a secretly recorded video, it was akin to "tossing gold bars off the Titanic."

The eight groups were allocated sums ranging from $400 million to $6.9 billion. Several of them were formed in August of 2023, just one month after the grant applications went live in July of 2023, when it became clear that large nine- and 10-figure grants would be up for grabs. The boards and staff of these eight groups include Democratic donors, people with connections to the Obama and Biden administrations, and prominent Democrats like Stacey Abrams. (She was senior counsel for Rewiring America, which was set to receive $489 million from the Greenhouse Gas Reduction Fund.)

"These are some of the biggest grants to individual organizations in American history," said Judge Glock, a senior fellow at the Manhattan Institute who wrote a book about [federal bailouts](#).

Moreover, the eight groups, the biggest of which are the [Climate United](#) fund and [Coalition for Green Capital](#), which received grants of $6.9 billion and [$5 billion](#), respectively, have been empowered by the EPA to choose the hundreds of smaller nonprofit organizations across the country that will do the climate change work. They will get loans, not grants, which they are supposed to repay. There is nothing in the Greenhouse Gas Reduction Fund that calls for oversight of those loans.

"This clearly was intended from its beginning to be a slush fund," Glock told *The Free Press*. "The goal was to give them money with minimal strings and allow them to lend it to people they favored. It is an absolutely wild program. I haven't seen the likes of in previous government-lending history."

In addition to asking the Justice Department to investigate the Greenhouse Gas Reduction Fund, Zeldin is also attempting to [claw back](#) the $20 billion, most of which resides in about 129 accounts at Citibank —accounts the Trump administration froze in February to try and prevent the groups from drawing on it. An EPA source told *The Free Press* that $3.1 billion was drawn down before the freeze took place, leaving $16.9 billion still residing at Citibank. The recipient accounts were set up between November and December 2024, after Election Day. (A Citibank spokesman declined to comment.)

This could prove difficult, however. According to a source familiar with the situation, the contracts with the eight groups contain a trigger clause that will cause the money to be immediately released if the Trump administration attempts to recoup it.

In the mainstream media, the events surrounding the investigation into the Greenhouse Gas Reduction Fund have been characterized as another example of the Trump administration halting worthy climate change efforts—while running roughshod over the rule of law. When Denise Cheung, a veteran prosecutor in the U.S. Attorney's office in Washington, D.C., was told to freeze the Citibank account and begin an investigation, she refused, saying there was not "sufficient evidence" to undertake such actions. **In her resignation letter,** she said that prosecutors were looking into the possibility of "conspiracy to defraud the United States," and "wire fraud."

In its story about Cheung's resignation, *The **Washington Post*** wrote, "Prosecutors warned that such steps by the Trump administration without adequate evidence or legal basis were a misuse of the Justice Department's powers." In a **follow-up** story published late last week, Stefan D. Cassella, an asset forfeiture expert, told *The Post* that the government's attempt to prevent the release of billions of dollars in grants was "extraordinary and probably unprecedented."

However, even a cursory review of the eight groups that received the $20 billion suggests that such an unprecedented action could well be justified. At a recent hearing by the House Committee on Energy and Commerce, committee chairman Brett Guthrie, a Kentucky Republican, said, "Some of the funding recipients are led by political allies of the Biden administration, raising questions over whether they were rewarded funds because they were the most deserving applicant, or decisions were driven by other factors."

At the same hearing, Nicole Murley, the EPA's acting inspector general, testified that her office had "concerns regarding whether proper internal controls have been employed to vet funding recipients and

project proposals and to monitor recipient use and management of those funds."

By all appearances, these eight groups and a handful of smaller groups nestled underneath them are largely made up of green banks and housing nonprofits that pivoted to climate change because that is what the Biden administration was funding. Here's what we know about the groups that were allocated the $20 billion in taxpayer money to "finance clean technology deployment" in low-income and disadvantaged communities.

1. Climate United fund is the biggest recipient with **$6.9 billion** of the Greenhouse Gas Reduction Fund. It is a coalition of three nonprofits that joined together in June of 2023 to make a play for this money. Its CEO is Beth Bafford, who served in the Obama administration as a special assistant in the Office of Management and Budget for the Affordable Care Act. Climate United's chief strategy officer, Phil Aroneanu, was a "strategic advisor" to the U.S. Department of Energy during the last two years of the Biden administration. Board members include Dolores Huerta, a Democratic activist, and Mindy Lubber, the CEO of sustainability nonprofit Ceres. When Biden signed his $2.1 trillion infrastructure bill in 2021, Lubber was among those invited to the ceremony.

   a. Community Preservation Corporation, one of the three organizations in the Climate United fund, was allocated $2.4 billion of its haul, money it says it will use to "finance carbon-reducing improvement to multifamily housing nationwide." Before the existence of the Greenhouse Gas Reduction Fund, it described its mission as combating "community deterioration, promoting the general welfare, and lessening the burdens of government by providing … financing for affordable housing

projects." Its CEO, Rafael Cestero, made almost $1.5 million in salary in 2023, the last year for which its federal filings are available. He was the housing commissioner in New York City for two years when Michael Bloomberg was mayor, and has been with Community Preservation Corporation since 2012. Former president John Cannon was the head of multifamily production and sales for Freddie Mac, the government-run mortgage finance company, for most of the Obama administration. Vice President of Asset Management Christina Morrison worked at the much bigger government-run mortgage finance company, Fannie Mae, from 2009 until 2018.

2. Coalition for Green Capital was allocated **$5 billion**, despite its total expenditures in 2023 of only $2.42 million. Its former policy director, Jahi Wise, left that post in 2021 to join Biden's Climate Policy office, where he oversaw the Greenhouse Gas Reduction Fund. The coalition is made up of 18 green banks, nonprofits, and state development authorities. According to *The Daily Signal*, CFGC's CEO, Richard Kauffman, has donated more than $600,000 to Democrats since 2020. Kauffman was the senior adviser to former U.S. Department of Energy Secretary Steven Chu for two years during the Obama administration and was Andrew Cuomo's "energy czar," when Cuomo was the governor of New York. He was reportedly in the running to be energy secretary had Kamala Harris won the election. Other Coalition board members include Nadia El Mallakh, a member of the Joint Office of Energy and Transportation's federal advisory committee during the Biden administration; former Fannie Mae CEO Hugh R. Frater; and Cecilia Martinez, formerly the senior director for Environmental Justice at the White House Council on Environmental Quality in the Biden administration. (She now works for Jeff Bezos's Earth Fund.) Steve

Jobs's widow, Laurene Powell Jobs, is the board chair for one of the coalition's nonprofits called Elemental Excelerator Inc. The Coalition for Green Capital describes its mission as attempting to "halt climate change by accelerating clean energy technologies."

3. Power Forward Communities was granted $2 billion. It comprises five nonprofits, including Enterprise Community Partners, Local Initiatives Support Corporation, Rewiring America, United Way Worldwide, and Habitat for Humanity. Power Forward Communities became a registered nonprofit in August 2023, shortly after the Biden administration announced the Greenhouse Gas Reduction Fund application period. According to documents obtained by *The Free Press*, Power Forward Communities fund lists 22 employees who make more than $150,000; its CEO, Tim Mayopoulos, the former CEO of Fannie Mae during the Obama administration, makes $810,000. In a fact sheet posted to its website last week, the nonprofit coalition announced that $74 million of its Greenhouse Gas Reduction Fund money was set to "build or preserve" more than 900 homes in Iowa, Michigan, Texas, Massachusetts, and Washington. Another $500 million is supposed to go towards investing in rural communities.

   a. Enterprise Community Partners is slated to receive **$598 million** as its portion of the Power Forward Communities grant. It describes itself as an affordable housing nonprofit. Shaun Donovan, its CEO, was the former secretary of Housing and Urban Development and director of the Office of Management and Budget during the Obama administration. Enterprise's former CEO, Priscilla Almodovar, became CEO of Fannie Mae in 2022. Her salary topped $2.2 million before she left for the government-sponsored mortgage finance company. According to its latest tax forms (again, from 2023), Enterprise's revenues

reached $110 million that year, with over $23 million of that coming from government grants, with 10 employees on staff making over $200,000. Last December, MacKenzie Scott, ex-wife of Jeff Bezos, donated $65 million to Enterprise Community Partners in one of her largest gifts to date.

b. Rewiring America, an "electrification nonprofit," is another member of the Power Forward Communities coalition. Established in August of 2023—again, shortly after the Greenhouse Gas Reduction Fund was announced—it was allocated nearly $490 million in grants from Power Forward Communities. Its goal, according to its website, is to replace appliances that use fossil fuels with electric ones. CEO Ari Matusiak was a special assistant and director of Private Sector Engagement during the Obama administration and donated nearly $10,000 towards Kamala Harris's presidential campaign. In March 2023, former Georgia gubernatorial candidate Stacey Abrams joined the nonprofit as special counsel.

c. Local Initiatives Support Corporation, (LISC), a nonprofit intermediary that provides capital to low-income communities, was granted $590 million as part of the Power Forward Communities allocation. Its board chairman is Robert Rubin, who was President Bill Clinton's Treasury Secretary. Ruth Jones Nichols, an executive vice president, was the senior adviser to the Secretary of the Department of Housing and Urban Development during the Biden administration. Its 2023 financial disclosure forms show that 41 executives at LISC make $200,000 or more.

4. Opportunity Finance Network (OFN) was awarded nearly **$2.3 billion** to disburse federal funds for "projects that reduce emissions

of greenhouse gases and other air pollutants in low-income and disadvantaged communities." Its CEO, Harold Pettigrew Jr., who began at OFN in June 2023, a month before the Greenhouse Gas Reduction Fund application period, made $250,000 that year. Biden appointed him to the U.S. Treasury Community Development Advisory Board in 2021 while he was the CEO of another Washington, D.C., community development nonprofit. In May 2024, OFN met with the Biden administration, where White House officials "reiterated the critical role" that groups like OFN play in "ensuring that federal investments and community finance policies can be leveraged to unlock the economic potential of communities," according to a readout of the meeting. According to its latest federal filing, in 2023, it disbursed just $31 million—a far cry from the $2.3 billion it was expected to hand out under the EPA program.

5. Inclusiv, a nonprofit that provides "green lending" grants for credit unions, was granted $1.8 billion. Its CEO, Cathie Mahon, was a founding board member of the Justice Climate Fund, which received $940 million from the Greenhouse Gas Reduction Fund. Inclusiv's former senior vice president, Susanne James, worked as a director for George Soros's Open Society Foundation until 2021. Prior to the existence of the Greenhouse Gas Reduction Fund, Inclusiv's stated mission was far afield from climate change: it was "to help low- and moderate-income people and communities achieve financial independence through credit unions."

6. Justice Climate Fund was allocated $940 million. It was started by a group called the Community Builders of Color Coalition specifically to get a piece of the Greenhouse Gas Reduction Fund, which the groups said it would use to "create a clean and just energy transition for their communities." In the plan it submitted to win the grant, it describes itself as a nonprofit created by "experienced,

Black, Indigenous, and people of color (BIPOC)-led organizations," that would use the money to fund 180,000 projects to reduce carbon-dioxide emissions by over 5 million metric tons—primarily by making buildings more energy efficient, financing electric vehicles, and installing over 8,000 charging stations."

7. **Appalachian Community Capital**, which **was allocated $500 million**, is headed by CEO Donna Gambrell, who was a director of a Treasury Department advisory board from 2007-2011. (It was the same board that Pettigrew was appointed to, but the two did not overlap.) According to Appalachian Community Capital's latest **tax forms** from 2023, the nonprofit had only received around $2.7 million in government grants before being granted $500 million by the Greenhouse Gas Reduction Fund in 2024.

8. **Native CDFI Network:** This coalition of native American nonprofits has been around since 2015. Before being **allocated $400 million**, it had never expended more than $1.2 million in a single year.



In addition to their connections to the Obama and Biden administrations, a number of these executives are connected primarily because they sit on each other's boards. For example, Appalachian Community Capital CEO Donna Gambrell served as Opportunity Finance Network's board chair in 2023, and Christina Travers, CFO of Local Initiatives Support Corporation , was also on OFN's board in 2023.



Although most of the $20 billion remains frozen in those Citibank accounts, the EPA considers the funds to have been expended since the money no longer resides with the agency. Among the questions Zeldin

wants answered is: How much ex-parte communication went on between Biden's EPA and the groups that got the money? What assurances did the agency have that the money would be spent wisely? And were any crimes committed in the awarding of the money?

Judge Glock says that there are few, if any, safeguards that ensure that the funds are both spent wisely and that the small community groups that are supposed to receive loans from the big eight will pay the money back.

"There's not really a lot of requirements within the Greenhouse Gas Reduction Fund to show that this lending is actually working. And these groups can pretty much do what they will with it, and that's very dangerous," Glock told *The Free Press*.

"The money is certainly down the drain," Glock continued. "The plans are focused on lending to very small and low-return projects. But that's precisely the sort of project that is less likely to pay off and is less less likely to make a full return to the lender, and is less likely to make any significant impacts on the client. And they're going to require an obscene amount of overhead while making a negligible impact on natural emissions."

Glock had a prediction. If the nonprofits ultimately wind up with the funds, "We're going to see obvious defaults, and we're going to see real scandals."



***For more federal government investigations, read Madeleine Rowley's pieces "[When Elon Musk Offers Government Buyouts](#)" and "[Inside Biden's Billion-Dollar Broadband Boondoggle](#)."***

*The Free Press earns a commission from any purchases made through all book links in this article.*

## Madeleine Rowley

Madeleine Rowley is an investigative reporter covering immigration, financial corruption, and politics. She is a 2023-2024 Manhattan Institute Logos Fellow with previous bylines in *The Free…*

TAGS:   DOGE   POLITICS   NONPROFITS   ENVIRONMENT

💬 MAKE A COMMENT    🤍 LIKE ARTICLE    ⬆️ SHARE ARTICLE

# Comments

**COMMUNITY GUIDELINES**

Write a comment...

**22 more comments…**

# More in DOGE



## EXCLUSIVE: Inside the U.S. Mint's Scramble to Conceal DEI Personnel

The bureau hid its five DEI staffers from Trump—and then...

💬 600    🤍 378    ...

JOSH CODE — 02.27.25



## Is This What America Voted For?

The early polling suggests Trump is going too far, too...

💬 1,235    🤍 259    ...

RUY TEIXEIRA — 02.26.25





# Emperor Elon, Don't Give Us Ebola

Turns out, in slashing federal funding, the head of DOGE is getting rid of some good stuff. Like disease prevention.

💬 58    🤍 23    ...

**Nellie Bowles — 02.28.25**



## How the U.S. Government Controls Ukrainian Media

USAID funded the vast majority of 'independent' medi...

💬 333    🤍 320    ...

TANYA LUKYANOVA — 02.18.25



## Kemi Badenoch: 'I Don't Think DOGE Is Radical Enough'

The Tory leader on J.D. Vance's 'truth bomb,' backdoor...

💬 95    🤍 250    ...

BARI WEISS — 02.18.25

# FOR FREE
# PEOPLE.

Γ          CAREERS          SHOP          PODCASTS          VIDEO          EVENTS

©2025 THE FREE PRESS. ALL RIGHTS RESERVED.

POWERED BY SUBSTACK.

PRIVACY · TERMS · COLLECTION NOTICE

3/4/25, 1:37 PM
A $20 Billion Slush Fund — Paid for by Our Children — for Left-Wing NGOs.
Case 1:25-cv-00698-TSC    Document 49-4    Filed 03/26/25    Page 20 of 31

# Exhibit C

(to the Amidon Declaration)

# Did Stacey Abrams Receive $2 Billion From Taxpayers?

A nonprofit group that Abrams advises helped form a separate group that in 2023 received a $2 billion federal grant.



*Stacey Abrams speaks onstage during the Cherokee County Reproductive Freedom Rally at Thrive Canton on October 9, 2024, in Canton, Georgia. (Photo by Paras Griffin/Getty Images)*

Internet users have claimed that Stacey Abrams, a two-time former Democratic gubernatorial candidate in Georgia, personally collected $2 billion in federal taxpayer funding. "Stacey Abrams caught trying to steal a gigantic $2 BILLION from taxpayers," one right-wing influencer tweeted on X. "The huge scandal revolves around funds earmarked for a group linked to the biggest election denier ever." One X account suggested Abrams might face jail time. "The Democrats wanted to make Stacey Abrams the next big thing," the user tweeted. "Now she might be going to prison for a $2 billion laundering scam."

Abrams is an adviser to a group that received funding authorized via the Inflation Reduction Act of 2022 but she did not receive $2 billion personally.

The rumors began after the Trump administration's new Environmental Protection Agency (EPA) administrator, former New York GOP Rep. Lee Zeldin, announced on February 13 that the federal agency found "billions of taxpayer dollars" in climate grants held in a bank account formed by former President Joe Biden's White House administration. That funding, authorized from the Inflation Reduction Act, awarded a total of $20 billion to eight nonprofit organizations for investments in a slew of clean energy initiatives, including $2 billion to Power Forward Communities, a group linked to Abrams.

Dinesh D'Souza, a right-wing activist and creator of *2,000 Mules*—a documentary movie that made false and misleading claims about voter fraud in the 2020 presidential election—attempted to connect the $2 billion in federal funding to bogus theories about the 2020 election, tweeting, "Who would pay Stacey Abrams $2 billion for climate change? No one," he answered. "But was the money really for that?" he added. "Or was it a payoff for helping to rig the 2020 election?"

Power Forward Communities received a $2 billion grant in August 2024 from the EPA's National Clean Investment Fund—allocated from the Inflation Reduction Act—to help "affordably decarbonize American homes," according to a press release from the nonprofit. It was formed in October 2023 by five separate nonprofit groups—including Rewiring America, where Abrams serves as "senior advisor." Records from usaspending.gov, the federal government's official online resource for tracking funding data, confirm that Power Forward Communities received the $2 billion EPA grant.

"Thrilled to be part of Rewiring America and the Power Forward Communities coalition," Abrams tweeted in October 2023, in response to a separate tweet announcing Power Forward Communities' formation. "This is how we expand access to clean energy—by prioritizing housing, equity and resilience." Abrams first joined Rewiring America as "senior counsel" in March 2023, according to a press release that has since been removed from its website. However, Rewiring America referred to Abrams' position earlier this month as a "senior advisor." Abrams' personal website also states that she is a "senior advisor and consultant" for Rewiring America.

Power Forward Communities stated in a press release announcing the grant that "Rewiring America will orchestrate financing, financial assistance, and technical assistance to homeowners in specific markets, and will offer nationwide planning tools and resources, including cost savings and carbon emissions abatement projections to support household electrification at the single-family level."

There have been legitimate issues raised regarding the Biden administration's funding of Power Toward Communities. As the *Washington Free Beacon* reported last week, Power Forward Communities had reported a total of $100 for both its "total revenue" and "net assets" in its 2023 tax return. GuideStar, a website that tracks public information for nonprofit organizations, notes that the Internal Revenue Service granted tax-exempt status to Power Forward Communities only in 2024. But claims that Abrams personally received $2 billion in government funding are false.

*If you have a claim you would like to see us fact check, please send us an email at* factcheck@thedispatch.com. *If you would like to suggest a correction to this piece or any other* Dispatch *article, please email* corrections@thedispatch.com.

# Exhibit D

(to the Amidon Declaration)



March 7, 2025

TO:     The Honorable Lee Zeldin
        Administrator
        U.S. Environmental Protection Agency
        1200 Pennsylvania Avenue N.W.
        Washington, D.C. 20460

        Mr. David Warrington
        Counsel to the President
        The White House
        1600 Pennsylvania Avenue, NW
        Washington, D.C. 20500

        Office of the Inspector General
        U.S. Environmental Protection Agency
        1200 Pennsylvania Avenue N.W. (2140T)
        Washington, D.C. 20460

Re:     **Former Special Assistant to the President for Climate Policy David Hayes's
        Apparent Ethics Breaches Related to the Greenhouse Gas Reduction Fund.**


Dear Administrator Zeldin and Mr. Warrington,

*The following complaint was originally submitted on June 27, 2024. Recent events have given
this complaint added relevance and heightened the need to investigate. Administrator Zeldin and
his team [report](#) to have discovered the Biden administration rushed $20 billion in energy
subsidies out the door and "parked" it with an outside financial institution before inauguration
day in a scheme he alleged to be "the first of its kind in EPA history…purposefully designed to
obligate all of the money in a rush job with reduced oversight." These funds appear to be
connected to the Greenhouse Gas Reduction Fund (GGRF) at the center of the original
complaint. Another recent article [reported](#) that among the largest recipients of GGRF money was
the Coalition for Green Capital, which was the former employer of the EPA's GGRF director
Jahi Wise, and also counts as one of its board members Mr. Wise's former close EPA colleague
David Hayes. Mr. Hayes is the subject of the following complaint. To supplement the original
request, we respectfully ask for the investigation to search agency communications with the
White House that may have been protected by the previous administration.*

**Original Complaint**

President Thomas Jefferson stated, "When a man assumes a public trust, he should consider
himself as public property." Regrettably, there are public officials who not only fail to treat
themselves as public property but treat their offices and powers as private property instead.

# PROTECT the PUBLIC'S TRUST

Protect the Public's Trust (PPT) is a nonpartisan organization dedicated to promoting ethics in government and restoring the public's trust in government officials.

We call your attention to a disturbing development in a problem Inspector General O'Donnell is already familiar with: potential ethics violations in the Environmental Protection Agency's ("EPA") distribution of funds under the Greenhouse Gas Reduction Fund ("GGRF").[1]

Based on recent reporting, there is reason to believe that former White House Special Assistant to the President for Climate Policy David Hayes may have breached his ethics obligations by engaging in influence peddling to funnel billions of dollars in Greenhouse Gas Reduction Fund ("GGRF") funds to an organization where he serves as board member.

To uphold the integrity of the White House and the EPA, avoid a loss of public trust in the government's mission and impartiality, and ensure tens of billions of dollars of taxpayer dollars are not misdirected for private gain, we request that you immediately investigate Mr. Hayes's conduct.

## I.    Factual Background

Mr. Hayes joined the board of the Coalition for Green Capital ("CGC"),[2] a "nonprofit consortium of 'green banks,'" between the Obama and Biden administrations.[3] He returned to CGC's board after leaving the Biden White House.[4]

Mr. Hayes entered the Biden administration in January 2021, where he served as Special Assistant to the President for Climate Policy, where his portfolio included working "with the National Climate Advisor and the National Climate Task Force on issues ranging from reducing greenhouse gas emissions to accelerating the United States' transition to energy sources like offshore wind and other projects."[5] As Mr. Hayes put it, one of his chief accomplishments was "establish[ing] the first-ever[] 'whole of government' effort to improve the United States'

---

[1] Statement of Sean W. O'Donnell, Inspector General, U.S. Environmental Protection Agency, to House Subcommittee on Oversight and Investigations Committee on Energy and Commerce hearing titled "Follow the Money: Oversight of President Biden's Massive Spending Spree," EPA Office of the Inspector General (March 29, 2023),
https://d1dth6e84htgma.cloudfront.net/O_Donnell_Testimony_OI_Spending_Hearing_3_29_23_c1d82efafa.pdf?updated_at=2023-03-27T20:07:19.729Z.
[2] *David Hayes to serve as special assistant to the president for climate policy*, NYU Law News (Jan. 14, 2021), https://www.law.nyu.edu/news/david-hayes-biden-special-assistant-president-climate.
[3] Nick Pope, *Shortlist For EPA's Multi-Billion Dollar 'Green' Fund Features Groups With Deep Connections to Biden Admin, Dems*, Daily Caller News Foundation (Nov. 15, 2023), https://dailycaller.com/2023/11/15/epa-green-fund-biden-admin-connections/.
[4] *Coalition for Green Capital Welcomes Four New Board Members Ahead of Greenhouse Gas Reduction Fund Application Submission*, Coalition for Green Capital (Sep. 25, 2023), https://coalitionforgreencapital.com/coalition-for-green-capital-welcomes-four-new-board-members-ahead-of-greenhouse-gas-reduction-fund-application-submission/.
[5] David Hayes, *Stanford's David Hayes Advocates 'Whole Government' Approach to Promote 'Climate Resilience*, Stanford Law School (December 5, 20233), https://law.stanford.edu/2022/12/05/stanfords-david-hayes-advocates-whole-of-government-approach-to-promote-climate-resilience/.

PROTECT the
PUBLIC'S TRUST

resilience in the face of climate change."[6] Significantly, as a leader of the Biden administration's climate policy, "he assisted in developing and implementing climate-related provisions of the IRA [Inflation Reduction Act] and the IIJA [Infrastructure Investment and Jobs Act]."[7]

As a senior leader on climate issues within the White House, Mr. Hayes was at the top of the pyramid that crafted the Biden administration's climate policies and the legislative and regulatory effort that funded the GGRF with $27 billion under the IRA and IIJA. Now, under the National Clean Investment Fund ("NCIF"), $14 billion in GGRF funds will be granted to selected applicant organizations to "establish national clean financing institutions [in order to] deliver accessible, affordable financing for clean technology projects nationwide" by "partnering with private-sector investors, developers, community organizations, and others to deploy projects [and] mobilize private capital at scale."[8]

Mr. Hayes departed the White House in October 2022 and rejoined the board of CGC shortly thereafter.[9] He also joined the Natural Resources Defense Council ("NRDC") as a Senior Fellow.[10] NRDC is a partner with CGC and is an organization with business before the EPA, including litigation against EPA over regulations, commenting on the EPA's proposed rules, and lobbying on environmental issues within the EPA's jurisdiction.

After Mr. Hayes left the White House, his return to CGC was announced in a press release also publicizing that CGC was applying for GGRF funds.[11] In addition to Mr. Hayes's return, CGC announced that it was welcoming other notable new board members "ahead of [its] Greenhouse Gas Reduction Fund application submission."[12]

---

[6] *Id.*

[7] *Make or Break: Transforming U.S. Infrastructure to Meet Climate Goals*, UCLA Law, https://law.ucla.edu/academics/centers/emmett-institute-climate-change-environment/make-or-break-transforming-us-infrastructure-meet-climate-goals.

[8] *National Clean Investment Fund*, Environmental Protection Agency, https://www.epa.gov/greenhouse-gas-reduction-fund/national-clean-investment-fund.

[9] Robin Bravender, *Senior White House climate official steps down*, E & E News (Sep. 30, 2022), https://www.eenews.net/articles/senior-white-house-climate-official-steps-down/; *Coalition for Green Capital Welcomes Four New Board Members Ahead of Greenhouse Gas Reduction Fund Application Submission*, Coalition for Green Capital (Sep. 25, 2023), https://coalitionforgreencapital.com/coalition-for-green-capital-welcomes-four-new-board-members-ahead-of-greenhouse-gas-reduction-fund-application-submission/.

[10] *David J. Hayes Joins NRDC as a Senior Fellow*, NRDC (Jan. 12, 2023), https://www.nrdc.org/press-releases/david-j-hayes-joins-nrdc-senior-fellow.

[11] *Coalition for Green Capital Welcomes Four New Board Members Ahead of Greenhouse Gas Reduction Fund Application Submission*, Coalition for Green Capital (Sep. 25, 2023), https://coalitionforgreencapital.com/coalition-for-green-capital-welcomes-four-new-board-members-ahead-of-greenhouse-gas-reduction-fund-application-submission/.

[12] *Id.*



EPA recently announced that CGC had been selected to receive $5 billion in GGRF funds from NCIF.[13]

## II.    Mr. Hayes's Ethics Obligations

As a senior adviser within the White House, Mr. Hayes was, and remains, bound by a stringent set of ethics policies designed to prevent conflicts of interest and corruption. These policies stem from statutes, executive orders, and federal regulations.

### *18 U.S.C. § 207 Prohibits Exploitation of Revolving Door Employment*

Under federal criminal law, certain kinds of revolving door influence-peddling are prohibited. 18 U.S.C. § 207(a) prohibits former officers and employees of the executive branch from knowingly making communications to "any officer or employee of any department, agency, [or] court" with "the intent to influence" its decision in connection with matters in which 1) the United States has "a direct and substantial interest," 2) the former officer or employee "participated personally and substantially," and 3) "involved a specific party or specific parties" at the time of their participation.

18 U.S.C. 207(c) further restricts influence peddling by placing a one-year restriction on former executive branch officers and employees prohibiting them from knowingly making communications to officers and employees of their former department or agency with the intent to influence "official action" by any of its officers or employees.

### *The Biden Administration's Executive Order on Ethics Commitments*
### *by Executive Branch Personnel*

On the very day President Biden assumed power, his administration announced its Executive Order on Ethics Commitments by Executive Branch Personnel (hereinafter, the "Pledge"), which required "every appointee in every executive agency" in the Biden administration to sign a pledge committing them to avoid certain ethics violations.[14] Among these commitments were prohibitions on revolving door influence peddling:[15]

> 2.  *Revolving Door Ban — All Appointees Entering Government*.  I will not for a period of 2 years from the date of my appointment participate in any particular matter involving specific parties that is directly and substantially related to my former employer or former clients, including regulations and contracts.

---

[13] Nick Pope, *'The Swamp Is Getting Deeper': EPA Awards Billions From Biden's Landmark Climate Bill To Orgs Loaded With Dem Insiders*, Daily Caller News Foundation (Apr. 4, 2024), https://dailycaller.com/2024/04/04/biden-epa-billions-grants-green-groups-democrat-ties/.
[14] *Executive Order on Ethics Commitments by Executive Branch Personnel*, The White House (Jan. 20, 2021), https://www.whitehouse.gov/briefing-room/presidential-actions/2021/01/20/executive-order-ethics-commitments-by-executive-branch-personnel/.
[15] *Id*.

**PROTECT the PUBLIC'S TRUST**

. . .

4. *Revolving Door Ban — Appointees Leaving Government.* If, upon my departure from the Government, I am covered by the post-employment restrictions on communicating with employees of my former executive agency set forth in section 207(c) of title 18, United States Code, and its implementing regulations, I agree that I will abide by those restrictions for a period of 2 years following the end of my appointment. I will abide by these same restrictions with respect to communicating with the senior White House staff.

### *Executive Orders 12674 and 12731 Prohibit Conflict of Interests*

Executive Orders 12674 and 12731 establish a set of "Principles of Ethical Conduct for Government Officers and Employees,"[16] including the following:[17]

- Employees shall not use public office for private gain.[18]
- Employees shall act impartially and not give preferential treatment to any private organization or individual.[19]
- Employees shall endeavor to avoid any actions creating the appearance that they are violating the law or the ethical standards promulgated pursuant to this order.[20]
- Employees shall not engage in financial transactions using nonpublic Government information or allow the improper use of such information to further any private interest.[21]

### *Regulatory Restrictions on Gifts and Conflicts of Interest*

Federal ethics regulations prohibit an employee from using "his public office for his own private gain . . . or for the private gain of friends, relatives, or persons with whom the employee is affiliated in a nongovernmental capacity, including nonprofit organizations of which the employee is an officer or member, and persons with whom the employee has or seeks employment or business relations."[22] The regulation establishes the following prohibitions:[23]

- An official may not use his position, title, or any authority associated with his office in a manner that "could reasonably be construed to imply that his agency or the Government sanctions or endorses his personal activities or those of another."

---

[16] Exec. Order No. 12674.
[17] *Id.*
[18] *Id.*
[19] *Id.*
[20] *Id.*
[21] Exec. Order No. 12731.
[22] 5 C.F.R. § 2635.702
[23] 5 C.F.R. § 2635.702(b)-(d)

## PROTECT the PUBLIC'S TRUST

- An official may not use his position, title, or any authority associated with his office to endorse any products, service, or enterprise, with limited exceptions for conduct directly related to his agency's work.
- An official must recuse himself or seek approval from relevant ethics authorities when performance of his duties would affect the financial interests of a friend, relative, or person with whom he is affiliated in a nongovernmental capacity.

### III.    Mr. Hayes Appears to Have Violated His Ethical Obligations

There is reason to investigate whether Mr. Hayes violated some or all of his ethical duties.

The optics of Mr. Hayes's entrance into the Biden administration and departure from it are troubling. Mr. Hayes left CGC's board for a relatively brief stint in the White House and presumably worked at the highest level on the very GGRF program from which CGC sought funding upon his return. This timing is suspect considering CGC itself publicly announced his return to its board as part of its effort to obtain GGRF funding.[24]

In doing so, Mr. Hayes appears to have violated several of his ethics obligations.

First, Mr. Hayes appears to have violated the Pledge by leaving CGC's board to work on creating the GGRF. The second provision of the Pledge prohibited Mr. Hayes from participating in "any particular matter involving specific parties that is directly and substantially related to" his former employment with CGC within 2 years from the date of his appointment.[25] Considering that his tenure at the White House lasted less than 2 years and he directly worked on creating a funding program to which CGC would be applying for funding, Mr. Hayes's work may have violated this restriction

Second, Mr. Hayes's work on climate policy and creating the GGRF during his time in the White House appears to have violated restrictions on using public service for private gain. Mr. Hayes left CGC's board to work in the White House on matters directly pertaining to CGC's billion-dollar interests in GGRF funds and left the White House to rejoin CGC just in time for it to apply for billions in GGRF funds. This situation raises concerns that Mr. Hayes misused his public service for CGC's private gain. The "Principles of Ethical Conduct for Government Officers and Employees" prohibited Mr. Hayes from using his public office for CGC's benefit, giving preferential treatment to CGC, or using nonpublic government information to further CGC's private interest. A reasonable inference that can be drawn from Mr. Hayes's seamless move from

---

[24] *Coalition for Green Capital Welcomes Four New Board Members Ahead of Greenhouse Gas Reduction Fund Application Submission*, Coalition for Green Capital News (Sep. 25, 2023), https://coalitionforgreencapital.com/coalition-for-green-capital-welcomes-four-new-board-members-ahead-of-greenhouse-gas-reduction-fund-application-submission/.

[25] *See* the Pledge.



setting up GGRF funding to re-joining CGC as it applied for that funding is that Mr. Hayes may have violated these restrictions.

Third, Mr. Hayes may have violated the prohibitions on peddling influence after public service if he had contact with government officials. Under 18 U.S.C. 207(a) and (c), Mr. Hayes was prohibited from contacting officials and employees within the administration to influence its decisions on any matter, including the GGRF's funding awards. Section 4 of the Pledge extends these restrictions in both duration and scope, further prohibiting Mr. Hayes from trying to influence senior White House staff.[26] Mr. Hayes's senior position at the White House and immediate return to CGC raises serious concerns that he may have violated these restrictions by using his connections to influence the GGRF application process in CGC's favor if he had any contact with government officials.

Similar influence peddling concerns apply to Mr. Hayes's role as a senior fellow at NRDC. Mr. Hayes joined NRDC within three months of leaving the White House. As an organization with business before the EPA and a mission and interests affected by the kind of White House climate policies that Mr. Hayes helped lead, there is a distinct possibility that Mr. Hayes may have used his connections to the Biden administration on NRDC's behalf.

## IV.    Conclusion

As outlined above, the nature and circumstances of Mr. Hayes's roles with CGC, NRDC, and the Biden White House raise obvious and serious questions about his conduct.

Accordingly, we call for an immediate and comprehensive investigation into Mr. Hayes's potential ethics violations and the GGRF funding process.

Sincerely,

Michael Chamberlain
Director
Protect the Public's Trust

---

[26] *See* the Pledge.