**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CLIMATE UNITED FUND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK, N.A., *et al.*,<br><br>　　　　Defendants. | Case No. 1:25-cv-00698 (TSC) |
| COALITION FOR GREEN CAPITAL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK, N.A., *et al.*,<br><br>　　　　Defendants. | Case No. 1:25-cv-00735 (TSC) |
| POWER FORWARD COMMUNITIES, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITIBANK, N.A., *et al.*,<br><br>　　　　Defendants. | Case No. 1:25-cv-00762 (TSC) |

## DECLARATION OF KEVIN BAILEY

I, Kevin Bailey, hereby declare as follows:

　　1.　　I am the Deputy Associate Administrator for Management of the United States Environmental Protection Agency (EPA)'s Office of Congressional and

Intergovernmental Relations (OCIR). I have held this position since June 2023. In this role, I am responsible for managing EPA's congressional and gubernatorial correspondence process, including the processing of oversight letters from House and Senate Committees with oversight responsibility over EPA's functions and from individual Members of Congress.

2. Attached as **Exhibit A** is a true and correct copy of an October 18, 2023 oversight letter sent to former EPA Administrator Michael Regan by Representatives Cathy McMorris Rogers, H. Morgan Griffith, and Bill Johnson on behalf of the House Committee on Energy and Commerce.

3. Attached as **Exhibit B** is a true and correct copy of a December 6, 2024 oversight letter sent to former EPA Administrator Michael Regan by Representatives Cathy McMorris Rogers, H. Morgan Griffith, and Earl "Buddy" Carter on behalf of the House Committee on Energy and Commerce.

I HEREBY DECLARE TO THE BEST OF MY KNOWLEDGE AND BELIEF, UNDER PENALTY OF PERJURY under the laws of the United States of America, that the foregoing is true and correct.

EXECUTED this 26th day of March, 2025 at Washington, DC.

_____
Kevin Bailey