# UNITED STATES DISTRICT COURT
for the
District of Columbia

| CLIMATE UNITED FUND, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:25-cv-698 |
| CITIBANK, N.A., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Coalition for Green Capital.

Date: 03/27/2025

s/ Kevin D. Benish
*Attorney's signature*

Kevin D. Benish (NY0495)
*Printed name and bar number*

Holwell Shuster & Goldberg LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
*Address*

kbenish@hsgllp.com
*E-mail address*

(646) 837-5151
*Telephone number*

(646) 837-5150
*FAX number*