# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Climate United Fund,<br><br>                Plaintiff,<br><br>v.<br><br>Citibank, N.A., et al.,<br><br>                Defendants. | **CIVIL ACTION**<br>**1:25-cv-00698-TSC** |
| Coalition for Green Capital,<br><br>                Plaintiff,<br><br>v.<br><br>Citibank, N.A., et al.,<br><br>                Defendants. | **CIVIL ACTION**<br>**1:25-cv-00735-TSC** |
| Power Forward Communities, Inc.,<br><br>                Plaintiff,<br><br>v.<br><br>Citibank, N.A., et al.,<br><br>                Defendants. | **CIVIL ACTION**<br>**1:25-cv-00762-TSC** |
| California Infrastructure and Economic Development Bank, et al.,<br><br>                Plaintiffs,<br><br>v.<br><br>Citibank, N.A., et al.,<br><br>                Defendants. | **CIVIL ACTION**<br>**1:25-cv-00820-TSC** |

**DEFENDANTS' JOINT UNOPPOSED MOTION TO EXTEND TIME
TO RESPOND TO THE COMPLAINTS**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Citibank, N.A. and Defendants Environmental Protection Agency, EPA Administrator Lee Zeldin, and EPA Acting Deputy Administrator William Charles McIntosh ("EPA Defendants") (collectively, "Defendants") respectfully move the Court to extend the deadlines to respond to all of Plaintiffs' Complaints to **Friday, May 23, 2025**, 60 days from March 24, 2025, the date Plaintiffs California Infrastructure and Economic Development Bank, Efficiency Maine Trust, Illinois Finance Authority, and Minnesota Climate Innovation Finance Authority ("State Green Bank Plaintiffs") served their Complaint on the EPA Defendants. *See* Dkt. No. 46. Counsel for Plaintiffs have confirmed they do not oppose this motion.

There is "good cause" for the extensions under Federal Rule of Civil Procedure 6(b)(1). *See Jordan v. U.S. Dep't of Just.*, 315 F. Supp. 3d 584, 594 (D.D.C. 2018) ("[R]equests for extensions of short durations are routine in this district." (citation and quotation marks omitted)). The extension will harmonize the deadlines to respond to Plaintiffs' complaints and avoid differing deadlines to respond to similar allegations. *See McFadden v. Washington Metro. Area Transit Auth.*, 2014 WL 12776122, at *2 (D.D.C. Sept. 9, 2014) (finding good cause to grant motion for extension of time to respond to complaint in part because "the coordination of filing responsive pleadings to a lengthy complaint with multiple defendants . . . is a complicated, tedious, and time-consuming task"). Such an extension will also align Defendant Citibank, N.A.'s response deadlines with the EPA Defendants' response deadlines. *See* Fed. R. Civ. P. 12(a)(2) (noting 60-day deadline for United States agencies and officials sued in their official capacities). The motion is also unopposed.

| | |
|---|---|
| Date: March 31, 2025 | Respectfully submitted, |
| */s/ Kevin Paul VanLandingham* | */s/ K. Winn Allen* |
| Kevin Paul VanLandingham<br>Marcus S. Sacks<br>U.S. DEPARTMENT OF JUSTICE<br>P.O. Box 875, Ben Franklin Station<br>Washington, DC 20044-0875<br>Tel: 202-307-1134<br>kevin.p.vanlandingham@usdoj.gov<br>marcus.s.sacks@usdoj.gov | K. Winn Allen, P.C.<br>Saunders McElroy<br>KIRKLAND & ELLIS LLP<br>1301 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>Tel: 202-389-5000<br>winn.allen@kirkland.com<br>saunders.mcelroy@kirkland.com |
| **Counsel for Defendants United States Environmental Protection Agency, Lee Zeldin, and W.C. McIntosh** | **Counsel for Defendant Citibank, N.A.** |

## CERTIFICATE OF SERVICE

    The undersigned certifies that on this 31st day of March 2025, I caused copies of the foregoing to be served via the CM/ECF system:

                                                */s/ K. Winn Allen*
                                                K. Winn Allen, P.C.