**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CLIMATE UNITED FUND,** | |
| Plaintiff, | |
| v. | Civil Action No. 1:25-cv-00698-TSC |
| **CITIBANK, N.A.,** *et al.,* | |
| Defendants. | |
| **COALITION FOR GREEN CAPITAL,** | |
| Plaintiff, | |
| v. | Civil Action No. 1:25-cv-00735-TSC |
| **CITIBANK, N.A.,** *et al.,* | |
| Defendants. | |
| **POWER FORWARD COMMUNITIES, INC.,** | |
| Plaintiff, | |
| v. | Civil Action No. 1:25-cv-00762-TSC |
| **CITIBANK, N.A.,** *et al.,* | |
| Defendants. | |

**NOTICE OF APPEARANCE OF NOAH C. SHAW**

Please enter the appearance of Noah C. Shaw of FOLEY HOAG LLP, 1301 Avenue of the Americas, 25th Floor, New York, NY 10019, as counsel for Power Forward Communities, Inc. in the above-captioned matter.

Dated:  April 1, 2025

Respectfully submitted,

*/s/ Noah C. Shaw*
Noah C. Shaw (*admitted Pro Hac Vice*)
FOLEY HOAG LLP
1301 Avenue of the Americas
25th Floor
New York, NY 10019
Tel. (212) 812-0387
ncshaw@foleyhoag.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 1, 2025, the foregoing document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent via first class mail to those indicated as non-registered participants.

*/s/ Noah C. Shaw*
Noah C. Shaw