UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLIMATE UNITED FUND**<br><br>                    Plaintiff,<br><br>v.<br><br>**CITIBANK, N.A.**, *et al.*<br><br>                    Defendants. | Civil Action No. 25-cv-698-TSC |
| **COALITION FOR GREEN CAPITAL**<br><br>                    Plaintiff,<br><br>v.<br><br>**CITIBANK, N.A.**, *et al.*<br><br>                    Defendants. | Civil Action No. 25-cv-735-TSC |
| **POWER FORWARD COMMUNITIES, INC.**<br><br>                    Plaintiff,<br><br>v.<br><br>**CITIBANK, N.A.**, *et al.*<br><br>                    Defendants. | Civil Action No. 25-cv-762-TSC |

## NOTICE OF FILING OF SUPPLEMENTAL RECORD EVIDENCE

      Plaintiff Coalition for Green Capital ("CGC") writes to provide the Court with recent correspondence that CGC respectfully submits in connection with Plaintiffs' Consolidated Motion for Preliminary Injunction, Dkt. 33.

On March 26, 2025, EPA Defendants submitted the supplemental Declaration of Eric Amidon, Chief of Staff at EPA. Dkt. 49-3. Mr. Amidon made certain statements regarding Jahi Wise, a former employee of CGC. *See* Dkt. 49-3 ¶¶ 5-6. To the extent the Court relies upon paragraphs 5 and 6 of the supplemental Amidon declaration, CGC respectfully requests that the Court consider the attached correspondence between Ronald C. Machen, counsel to Mr. Wise, and Marc S. Sacks, counsel for EPA Defendants. *See* **Exs. A, B, C.**

Dated: April 2, 2025

Respectfully submitted:

/s/ *Vincent Levy*

Vincent Levy (NY0487)
Kevin D. Benish (NY0495)
Patrick J. Woods*
Daniel Fahrenthold (NY0603)
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
Tel.: (646) 837-5151
vlevy@hsgllp.com
*Application for admission pending

*Attorneys for Plaintiff Coalition for Green Capital*