# EXHIBIT A

WILMERHALE

March 28, 2025

Ronald C. Machen

+1 202 663 6881 (t)
+1 202 663 6363 (f)
Ronald.Machen@wilmerhale.com

*By E-mail*

Marc S. Sacks
Deputy Director
U.S. Department of Justice
Civil Division – Corporate/Financial Section
P.O. Box 875
Ben Franklin Station
Washington D.C. 20044-0875

Dear Deputy Director Sacks:

Following on our discussion yesterday, we write on behalf of our client Jahi Wise in regard to a declaration filed by the Department of Justice on March 26, 2025, in *Climate United Fund v. Citibank*, Case No. 25-cv-698 (TSC), in the District Court for the District of Columbia, in which you are counsel of record.

As part of the federal defendants' response to a motion for a preliminary injunction filed by plaintiffs in the case, the Department of Justice filed a declaration on March 26, 2025, by Eric Amidon, the Chief of Staff of the Environmental Protection Agency (EPA).  *See* Decl. of Eric Amidon, *Climate United Fund v. Citibank*, No. 25-cv-698 (TSC) (D.D.C. Mar. 26, 2025) (ECF No. 49-3).  We write to identify material inaccuracies in Mr. Amidon's declaration and to respectfully request that the Department of Justice correct the record before the Court.

Mr. Amidon's declaration incorrectly states that Mr. Wise "only recused himself from agency matters involving CGC [Coalition for Green Capital] until January 21, 2023, which was the expiration of the two-year period following employment covered by the prior administration's ethics bar."  Amidon Decl. ¶ 6.  The declaration then continues with factually inaccurate assertions that Mr. Wise's "recusal period ended before the EPA issued a Notice of Funding Opportunity (NOFO) in July 2023, before the EPA selected CGC in early 2024, and before the EPA issued a $5 billion grant award to CGC in August 2024."  *Id.*  Given this incorrect information, the declaration states that, "Under Mr. Wise's leadership, the Biden EPA's GGRF program awarded CGC billions of dollars in GGRF grant funding."  *Id.* ¶ 5.

Each of these statements in Mr. Amidon's declaration is inaccurate.  In making these assertions, the declaration confusingly appears to rely on unconfirmed and inaccurate reporting in a February 2025 news media article, rather than the documents in EPA's possession that outline the true facts of Mr. Wise's recusals.

WILMERHALE

Deputy Director Sacks
March 28, 2025
Page 2

Soon after Mr. Wise joined EPA, the agency put in place a Competition Policy Conflict of Interest Mitigation Protocol.  As we understand it, this protocol was established on December 23, 2022 and amended on January 11, 2023.  Among other restrictions, the protocol barred Mr. Wise from participating in the review, evaluation, selection, or approval of funding for applications on any Greenhouse Gas Reduction Fund (GGRF) grant competitions for which CGC submitted an application.

Mr. Wise's conflict of interest mitigation measures were communicated widely within the EPA so that others involved in the GGRF could comply with them.  We understand that numerous copies of these conflict of interest mitigation measures were distributed throughout EPA during Mr. Wise's employment and that EPA—specifically its Chief of Staff— should have ready access to these records.

We are certain that you share our desire to present the Court with an accurate record in this matter.  We respectfully request that the Department of Justice correct the record in this case by providing the complete set of Mr. Wise's conflict of interest mitigation measure documents (including the January 11, 2023, Conflict of Interest Mitigation document) to the Court and correcting the inaccuracies in Mr. Amidon's declaration.

Please do not hesitate to contact me should you need any additional information.

        Best regards,

        *Ronald C. Machen*

        Ronald C. Machen

cc:      Counsel of Record