# EXHIBIT B



|  | U.S. Department of Justice |
|---|---|
|  | Civil Division |

| **Regular Mail:** | **Express Delivery:** |
|---|---|
| P.O. Box 875 | 1100 L Street, N.W. |
| Ben Franklin Station | Room 7100 |
| Washington, D.C. 20044-0875 | Washington, D.C. 20005 |

Marc S. Sacks  Tel.: (202) 307-1104
Deputy Director  E-mail: marcus.s.sacks@usdoj.gov

March 31, 2025

**Via e-mail**
Ronald C. Machen
WilmerHale
2100 Pennsylvania Avenue NW
Washington DC 20037
Ronald.Machen@wilmerhale.com

     Re:    Jahi Wise

Dear Mr. Machen:

Thank you for your March 28, 2025 letter on behalf of Mr. Wise regarding EPA Chief of Staff Eric Amidon's March 26, 2025 declaration filed in *Climate United Fund v. Citibank*, No. 25-cv-698 (TSC). Dkt. 49-3.

We understand that Mr. Wise asserts that EPA established a Competition Policy Conflict of Interest Mitigation Protocol for Mr. Wise on December 23, 2022, which was amended on January 11, 2023.

Upon speaking with your colleague, Matt Jones, about this issue on March 27, 2025, and continuing after receipt of your letter the next day, EPA has been searching for documents and information in response to Mr. Wise's assertions.

To date, in addition to the documents you identified in your letter, we have identified a February 3, 2023 memorandum with the subject: Status of Greenhouse Gas Reduction Fund Program Conflict of Interest Mitigation for Jahi Wise. That memorandum "documents the removal of certain restrictions that were placed on Jahi Wise in the Conflict of Interest Mitigation Protocol (attached) established on December 23, 2022, and amended on January 11, 2023."

Is it your client's understanding that this February 3, 2023 memorandum is the latest-in-time document setting forth the restrictions that applied to Mr. Wise from this date forward during Mr. Wise's employment at EPA?

- 2 -

EPA continues to search for documents and information in response to Mr. Wise's assertions and we are committed to ensuring that the record before the district court is accurate. We ask again that if Mr. Wise has any documents or information that would aid EPA in its search, please provide to us as soon as possible.

Thank you.

Sincerely,

*/s/Marc S. Sacks*

Marc S. Sacks
Deputy Director
Commercial Litigation Branch

cc:     Counsel of Record