# EXHIBIT C

Case 1:25-cv-00698-TSC    Document 60-3    Filed 04/02/25    Page 1 of 3

WilmerHale

April 1, 2025

Ronald C. Machen

+1 202 663 6881 (t)
+1 202 663 6363 (f)
Ronald.machen@wilmerhale.com

*By E-mail*

Marc S. Sacks
Deputy Director
U.S. Department of Justice
Civil Division – Corporate/Financial Section
P.O. Box 875
Ben Franklin Stations
Washington D.C. 20044-0875

Dear Deputy Director Sacks:

Thank you for your efforts to identify documents describing the protocols that U.S. Environmental Protection Agency ("EPA") put into place to guard against conflicts of interest during Mr. Wise's tenure at the agency. We expect that this information will allow you to correct the inaccurate statements made to the Court in Mr. Amidon's declaration.

We are pleased to learn that you have identified a February 3, 2023 memorandum titled "Status of Greenhouse Gas Reduction Fund Program Conflict of Interest Mitigation for Jahi Wise." As we understand it, that memo broadly communicated and memorialized the ethics restrictions put in place to mitigate any concern about conflicts of interest in Mr. Wise's involvement with the Greenhouse Gas Reduction Fund ("GGRF"). As you describe it, the memorandum attached a Conflict of Interest Mitigation Protocol established on December 23, 2022, and amended on January 11, 2023.

Per our understanding, the January 11, 2023 amended Mitigation Protocol placed multiple discrete restrictions on Mr. Wise's activities in relation to the GGRF. One of these restrictions barred Mr. Wise from participating in deliberations regarding a specified set of fundamental program design elements. That restriction was to be lifted after the EPA Administrator had made the requisite decisions regarding the specific set of program design elements identified in the Mitigation Protocol. Accordingly, we understand that the February 3, 2023 memorandum memorialized the removal of that restriction because, once the Administrator made the fundamental decisions at issue without Mr. Wise's participation in early 2023, there was no longer a need to restrict Mr. Wise from participating in deliberations regarding program design elements.

Importantly, we understand that the February 3, 2023 memorandum communicated the continuation of all the remaining restrictions on Mr. Wise. Most importantly, Mr. Wise remained restricted from participating in the review, evaluation, selection, or approval of funding

**WILMERHALE**

Deputy Director Sacks
April 1, 2025
Page 2

for applications on any GGRF grant competitions in which the Coalition for Green Capital submitted an application. The establishment and continuation of these restrictions contradict the inaccurate statements in Mr. Amidon's declaration regarding Mr. Wise's role in the EPA's award of a grant to the Coalition for Green Capital.

It is our understanding that the February 3, 2023 memorandum accurately incorporates the conflicts of interest mitigation measures that applied to Mr. Wise, and that he abided by those restrictions throughout his time at EPA. It is, however, possible that the Conflict of Interest Mitigation Protocol restrictions were also reflected in other documents drafted by EPA personnel. We encourage and appreciate the EPA's continued review for documents in its possession that further memorialize Mr. Wise's recusal from GGRF program activities involving Coalition for Green Capital.

Thank you for your attention to this matter and commitment to ensuring that the Court is provided with accurate information about the scope of Mr. Wise's conflict of interest mitigation restrictions regarding GGRF program activities involving Coalition for Green Capital.

Please do not hesitate to contact me should you need any additional information.

Best regards,

*Ronald C. Machen, Jr*

Ronald C. Machen

cc: Counsel of Record