**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**CLIMATE UNITED FUND**
Plaintiff,

v.

**CITIBANK, N.A.**, *et al.*
Defendants.

**COALITION FOR GREEN CAPITAL**
Plaintiff,

v.

**CITIBANK, N.A.**, *et al.*
Defendants.

**POWER FORWARD COMMUNITIES, INC.**
Plaintiff,

v.

**CITIBANK, N.A.**, *et al.*
Defendants.

**CALIFORNIA INFRASTRUCTURE & ECONOMIC DEVELOPMENT BANK**, *et al.*,
Plaintiffs,

v.

**CITIBANK, N.A.**, *et al.*
Defendants.

Civil Action No. 25-cv-698-TSC
(and consolidated cases)

**JOINT STATUS REPORT**

Plaintiffs do not object to the Court's proposal to extend the temporary restraining order entered on March 18, 2025 until April 15, 2025.

EPA maintains that the Court lacks jurisdiction to award a TRO, but it does not object to the additional time to consider the issue.

Citibank also does not object to the proposed extension.

Dated: April 7, 2025

Respectfully submitted:

/s/ *Vincent Levy*
Vincent Levy (NY 0487)
Kevin D. Benish (NY0495)
Patrick J. Woods*
Daniel Fahrenthold (NY0603)
HOLWELL SHUSTER & GOLDBERG LLP
425 Lexington Avenue, 14th Floor
New York, NY 10017
Tel.: (646) 837-5151
vlevy@hsgllp.com
*Application for admission pending.

*Attorneys for Plaintiff Coalition for Green Capital*

/s/ *Beth C. Neitzel*
Beth C. Neitzel (103611)
Jack C. Smith (1725229)
Kevin Y. Chen (admitted *pro hac vice*)
FOLEY HOAG LLP
155 Seaport Boulevard, Suite 1600
Boston, MA 02210
Tel. (617) 832-1000
bneitzel@foleyhoag.com
jcsmith@foleyhoag.com
kchen@foleyhoag.com

Noah C. Shaw (admitted *pro hac vice*)
James M. Gross (admitted *pro hac vice*)
FOLEY HOAG LLP
1301 Ave. of the Americas, 25th Floor
New York, NY 10019
Tel.: (212) 812-0400
ncshaw@foleyhoag.com
jgross@foleyhoag.com

*Attorneys for Plaintiff Power Forward Communities*

/s/ *Adam G. Unikowsky*
Adam G. Unikowsky (989053)
Kathryn L. Wynbrandt* (1602446)
David B. Robbins (493976)
Tanner J. Lockhead* (90011928)
JENNER & BLOCK LLP
1099 New York Avenue, Suite 900
Washington, D.C. 20001
Tel.: (202) 639-6000
Fax: (202) 639-6066
aunikowsky@jenner.com
*Application for admission pending.

Gabriel K. Gillett (admitted *pro hac vice*)
Simon A. de Carvalho (admitted *pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel.: (312) 222-9350
ggillett@jenner.com
sdecarvalho@jenner.com

Allison N. Douglis (admitted *pro hac vice*)
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Tel.: (212) 891-1600
Fax: (212) 891-1699
adouglis@jenner.com

*Attorneys for Plaintiff Climate United Fund*

ROB BONTA
Attorney General of California

s/ Meghan Strong
**MEGHAN STRONG**
THEODORE A. MCCOMBS
JOHN D. ECHEVERRIA
DYLAN REDOR
MEGAN RICHARDS
Deputy Attorneys General
California Department of Justice
455 Golden Gate Avenue
San Francisco CA 94102
(415) 510-3877
meghan.strong@doj.ca.gov

*Attorneys for California Infrastructure and Economic Development Bank*

KEITH ELLISON
Minnesota Attorney General

s/ Peter N. Surdo
**PETER N. SURDO**
Special Assistant Attorney General
OLIVER LARSON
Manager, Environment and Natural Resources Division
CATHERINE RIOS-KEATING
Special Assistant Attorney General
Minnesota Attorney General's Office
445 Minnesota Street, Suite 600
651-757-1061
peter.surdo@ag.state.mn.us

*Attorneys for Minnesota Climate Innovation Finance Authority*

KWAME RAOUL
Attorney General of Illinois

s/ Jason E. James
**JASON E. JAMES**
Assistant Attorney General
MATTHEW J. DUNN
Chief, Environmental Enforcement/Asbestos Litigation Division
Office of the Attorney General of Illinois
201 W. Pointe Drive, Suite 7
Belleville, IL 62226
(217) 843-0322
jason.james@ilag.gov

*Attorneys for Illinois Finance Authority*

AARON M. FREY
Attorney General of Maine

s/ Emma Akrawi
**EMMA AKRAWI**
SCOTT W. BOAK
Assistant Attorneys General
Office of the Maine Attorney General
6 State House Station
Augusta, ME 04333
(207) 626-8800
Emma.Akrawi@maine.gov

*Attorneys for Efficiency Maine Trust*

K. Winn Allen, P.C.
Saunders McElroy
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W. Washington, D.C. 20004
Tel: (202) 389-5078
winn.allen@kirkland.com
saunders.mcelroy@kirkland.com

*Attorneys for Citibank, N.A.*

MARC S. SACKS (Ga. Bar No. 621931)
Deputy Director
KEVIN P. VANLANDINGHAM (NY Reg No. 4741799)
Assistant Director
U.S. Department of Justice Civil Division
Corporate/Financial Section
P.O. Box 875
Ben Franklin Stations Washington D.C. 20044-0875
Tel: (202) 307-1104
Email: marcus.s.sacks@usdoj.gov

*Attorneys for the United States Environmental Protection Agency*