UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLIMATE UNITED FUND**<br><br>Plaintiff,<br><br>v.<br><br>**CITIBANK, N.A.**, *et al.*<br><br>Defendants. | Civil Action No. 25-cv-698 (TSC)<br>Civil Action No. 25-cv-735 (TSC)<br>Civil Action No. 25-cv-762 (TSC)<br>Civil Action No. 25-cv-820 (TSC)<br>(Consolidated Cases) |

### ORDER

Given the recent developments discussed in the parties' filings, *see* Def.'s Notice of Suppl. Authority, ECF No. 63, Pls.' Resp., ECF Nos. 64 and 66, Def.'s Resp., ECF No. 65, the court ordered the parties to confer and submit a joint status report by April 7, 2025, 9:00PM EST, stating their positions on a brief extension of the temporary restraining order ("TRO") entered on March 18, 2025, Order, ECF No. 29, and extended on March 31, 2025, for the court to consider the new filings and developments.[1]  *See* Apr. 7, 2025 Min. Order.  The parties do not object to a brief, seven-day extension of the TRO, until April 15, 2025.[2]  *See* Apr. 7, 2025, Jt. Status Rep.

In consideration of the circumstances, and for the same reasons discussed in the court's March 31, 2025 Order, the court finds that there is good cause to briefly extend the TRO for seven

---

[1] On March 31, 2025, the court granted Plaintiffs' request to extend the TRO that was set to expire on April 1, 2025, and extended the TRO to April 7, 2025.  Although Plaintiffs requested an extension of fourteen days, the court extended the TRO by seven days.  Order, ECF No. 57.

[2] EPA Defendants maintain that the court lacks jurisdiction to award a TRO but do not object to the additional time to consider the issue.  Apr. 7, 2025, Jt. Status Rep. at 2.

days until **April 15, 2025**.  The TRO entered on March 18, 2025, ECF No. 29, remains in full force and effect.

**SO ORDERED.**

Date: April 8, 2025

                                             *Tanya S. Chutkan*
                                             TANYA S. CHUTKAN
                                             United States District Judge