AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| Climate United Fund | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:25-cv-698 |
| Citibank, N.A., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff California Infrastructure and Economic Development Bank.

Date:     04/11/2025

*Attorney's signature*

Theodore McCombs, Bar ID 316243
*Printed name and bar number*

California Department of Justice
600 West Broadway, Suite 1800
San Diego, CA 92101

*Address*

theodore.mccombs@doj.ca.gov
*E-mail address*

(619) 738-9003
*Telephone number*

(619) 645-2271
*FAX number*

## CERTIFICATE OF SERVICE

Case Name: *California Infrastructure and Economic Development Bank, et al. v. Citibank, N.A., et al.*

Case No.   **1:25-cv-00698**

I hereby certify that on <u>April 11, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

### APPEARANCE OF COUNSEL

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 11, 2025</u>, at San Francisco, California.

| G. Pang | *[signature]* |
|---|---|
| Declarant | Signature |

SA2025301171/44585402.docx