**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CLIMATE UNITED FUND,**<br><br>    Plaintiff,<br>v.<br><br>**CITIBANK, N.A.,** *et al.*<br><br>    Defendants. | Case No. 1:25-cv-00698 (TSC) |
| **COALITION FOR GREEN CAPITAL,**<br><br>    Plaintiff,<br>v.<br><br>**CITIBANK, N.A.,** *et al.*<br><br>    Defendants. | Case No. 1:25-cv-00735 (TSC) |
| **POWER FORWARD COMMUNITIES, INC.,**<br><br>    Plaintiff,<br>v.<br><br>**CITIBANK, N.A.,** *et al.*<br><br>    Defendants. | Case No. 1:25-cv-00762 (TSC) |
| **CALIFORNIA INFRASTRUCTURE AND ECONOMIC DEVELOPMENT BANK,** *et al.*<br><br>    Plaintiffs,<br>v.<br><br>**CITIBANK, N.A.,** *et al.*<br><br>    Defendants. | Case No. 1:25-cv-00820 (TSC) |

## REPORT IN RESPONSE TO APRIL 15, 2025 MINUTE ORDER

The Court entered its March 18, 2025 temporary restraining order in this case 28 days ago, pursuant to Fed. R. Civ. P. 65. The Federal Defendants are not willing to consent to a further extension of the order.

Dated: April 15, 2025

Respectfully Submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

KIRK T. MANHARDT
Director

*/s/ Marc S. Sacks*
MARC S. SACKS (Ga. Bar No. 621931)
*Deputy Director*
KEVIN P. VANLANDINGHAM (NY Reg No. 4741799)
*Assistant Director*
U.S. Department of Justice
Civil Division
Corporate/Financial Section
P.O. Box 875
Ben Franklin Stations
Washington D.C. 20044-0875
 Tel: (202) 307-1134
Email: kevin.p.vanlandingham@usdoj.gov

*Attorneys for the United States
Environmental Protection Agency*