**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CLIMATE UNITED FUND,**<br><br>                Plaintiff,<br>    v.<br><br>**CITIBANK, N.A.,** *et al.*<br><br>                Defendants. | Case No. 1:25-cv-00698 (TSC) |
| **COALITION FOR GREEN CAPITAL,**<br><br>                Plaintiff,<br>    v.<br><br>**CITIBANK, N.A.,** *et al.*<br><br>                Defendants. | Case No. 1:25-cv-00735 (TSC) |
| **POWER FORWARD COMMUNITIES, INC.,**<br><br>                Plaintiff,<br>    v.<br><br>**CITIBANK, N.A.,** *et al.*<br><br>                Defendants. | Case No. 1:25-cv-00762 (TSC) |
| **CALIFORNIA INFRASTRUCTURE AND ECONOMIC DEVELOPMENT BANK,** *et al.*<br><br>                Plaintiffs,<br>v.<br><br>**CITIBANK, N.A.,** *et al.*<br><br>                Defendants. | Case No. 1:25-cv-00820 (TSC) |

## NOTICE OF APPEAL

Pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Defendants, the Environmental Protection Agency (EPA), Lee Zeldin, in his official capacity as EPA Administrator, and W.C. McIntosh, in his official capacity as EPA Acting Deputy Administrator, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Preliminary Injunction (ECF No. 80) entered in these consolidated cases on April 15, 2025, as well as from all other interlocutory orders merged into the preliminary injunction.

Respectfully Submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

KIRK T. MANHARDT
Director

*/s/ Marc. S. Sacks*
MARC S. SACKS (Ga. Bar No. 621931)
*Deputy Director*
KEVIN P. VANLANDINGHAM (NY Reg No. 4741799)
*Assistant Director*
U.S. Department of Justice
Civil Division
Corporate/Financial Section
P.O. Box 875
Ben Franklin Stations
Washington D.C. 20044-0875
Tel: (202) 307-1134
Email: kevin.p.vanlandingham@usdoj.gov

*Attorneys for the United States
Environmental Protection Agency*

<u>Certificate of Service</u>

  I hereby certify that on April 16, 2025, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

              */s/ Marc. S. Sacks*
              MARC S. SACKS