APPEAL,CONSOL,TYPE–D

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: <u>1:25–cv–00698–TSC</u>
### *Internal Use Only*

| | |
|---|---|
| CLIMATE UNITED FUND v. CITIBANK, N.A. et al | Date Filed: 03/08/2025 |
| Assigned to: Judge Tanya S. Chutkan | Jury Demand: None |
| Member cases: | Nature of Suit: 899 Administrative |
|     1:25–cv–00735–TSC | Procedure Act/Review or Appeal of |
|     1:25–cv–00762–TSC | Agency Decision |
|     1:25–cv–00820–TSC | Jurisdiction: U.S. Government Defendant |
|     1:25–cv–00938–TSC | |
|     1:25–cv–00948–TSC | |

Related Cases:  1:25–cv–00948–TSC
                   1:25–cv–00735–TSC
                   1:25–cv–00820–TSC
                   1:25–cv–00938–TSC
                   1:25–cv–00762–TSC

Cause: 05:0706 Judicial Review of Agency Actions

**<u>Plaintiff</u>**

| | | |
|---|---|---|
| **CLIMATE UNITED FUND** | represented by | **Allison N. Douglis** |
| | | JENNER & BLOCK LLP |
| | | 1155 Avenue of the Americas |
| | | New York, NY 10036 |
| | | 212–303–2505 |
| | | Fax: 212–891–1699 |
| | | Email: adouglis@jenner.com |
| | | *PRO HAC VICE* |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **David B. Robbins** |
| | | JENNER & BLOCK LLP |
| | | 1099 New York Avenue, NW |
| | | Suite 900 |
| | | Washington, DC 20001 |
| | | 202–639–6040 |
| | | Email: drobbins@jenner.com |
| | | *ATTORNEY TO BE NOTICED* |
| | | |
| | | **Gabriel K. Gillett** |
| | | JENNER & BLOCK LLP |
| | | 353 North Clark Street |
| | | Chicago, IL 60654 |
| | | 312–840–7220 |
| | | Email: ggillett@jenner.com |
| | | *PRO HAC VICE* |

1

*ATTORNEY TO BE NOTICED*

**Kathryn L. Wynbrandt**
JENNER & BLOCK LLP
1099 New York Ave., NW
Suite 900
Washington, DC 20001
202−637−6389
Email: kwynbrandt@jenner.com
*ATTORNEY TO BE NOTICED*

**Simon De Carvalho**
JENNER & BLOCK
353 N. Clark Street
Chicago, IL 60654
312−840−7204
Email: sdecarvalho@jenner.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Tanner Lockhead**
JENNER & BLOCK LLP
1099 New York Ave., NW
Suite 900
Washington, DC 20001
202−639−3898
Email: tlockhead@jenner.com
*ATTORNEY TO BE NOTICED*

**Adam Granich Unikowsky**
JENNER & BLOCK LLP
1099 New York Avenue, NW
Suite 900
Washington, DC 20001−4412
(202) 639−6041
Email: AUnikowsky@jenner.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **POWER FORWARD COMMUNITIES, INC.**<br>*25−cv−00762−TSC* | represented by | **Beth C. Neitzel**<br>Foley Hoag LLP<br>155 Seaport Blvd<br>Suite 1600<br>Boston, MA 02210<br>(202) 663−6502<br>Email: bneitzel@foleyhoag.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**James Gross**
FOLEY HOAG
1301 Avenue of the Americas

25th Floor
New York, NY 10019
212–812–0422
Email: jgross@foleyhoag.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jack C. Smith**
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA 02210
617–832–1119
Email: jcsmith@foleyhoag.com
*ATTORNEY TO BE NOTICED*

**Kevin Chen**
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA 02210
617–832–1115
Email: kchen@foleyhoag.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Noah C. Shaw**
FOLEY HOAG LLP
1301 Avenue of the Americas
25th Floor
New York, NY 10019
518–226–9602
Email: ncshaw@foleyhoag.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**COALITION FOR GREEN CAPITAL**          represented by  **Vincent Levy**
*1:25–cv–00735–TSC*                                       HOLWELL SHUSTER & GOLDBERG
                                                          LLP
                                                          425 Lexington Avenue
                                                          14th Floor
                                                          New York, NY 10017
                                                          646–837–5120
                                                          Email: vlevy@hsgllp.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kevin D. Benish**
                                                          HOLWELL SHUSTER & GOLDBERG
                                                          LLP
                                                          425 Lexington Avenue
                                                          14th Floor

New York City, NY 10017
646–837–8349
Email: kbenish@hsgllp.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| **AAG ILLINOIS FINANCE AUTHORITY** | represented by | **Jason Elliott James** |

OFFICE OF THE ATTORNEY
GENERAL/IL
69 W. Washington St
18th Floor
Chicago, IL 60602
312–814–0660
Email: jjames@atg.state.il.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Anne Schultz Richards**
CALIFORNIA ATTORNEY GENERAL'S
OFFICE
California Department of Justice
1300 I Street Suite 125
P.O. Box 944255
Sacramento, CA 93721
916–210–7739
Email: megan.richards@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| **EFFICIENCY MAINE TRUST** | represented by | **Emma Akrawi** |
| *25–cv–820* | | |

OFFICE OF THE ATTORNEY
GENERAL/ME
6 State House Station
Augusta, ME 04333–0006
207–626–8800
Email: emma.akrawi@maine.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Megan Anne Schultz Richards**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott William Boak**
OFFICE OF THE ATTORNEY
GENERAL/ME
6 State House Station
Augusta, ME 04333–0006
207–626–8566

Email: scott.boak@maine.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MINNESOTA CLIMATE
INNOVATION FINANCE
AUTHORITY**
*25−cv−820*

represented by **Megan Anne Schultz Richards**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Oliver Larson**
MINNESOTA ATTORNEY GENERAL'S
OFFICE
445 Minnesota St.
Suite 900
St. Paul, MN 55101
651−757−1265
Email: oliver.larson@ag.state.mn.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Peter Nathaniel Surdo**
OFFICE OF THE ATTORNEY
GENERAL/MINNESOTA
445 Minnesota Street
Suite 900
St. Paul, MN 55101
(651) 757−1061
Email: Peter.Surdo@ag.state.mn.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Catherine Rios−Keating**
MINNESOTA ATTORNEY GENERAL'S
OFFICE
445 Minnesota Street
Suite 600
St. Paul, MN 55101
651−300−7302
Email: catherine.rios−keating@ag.state.mn.us
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**CALIFORNIA INFRASTRUCTURE
AND ECONOMIC DEVELOPMENT
BANK**
*25−cv−00820−TSC*

represented by **Megan Anne Schultz Richards**
CALIFORNIA ATTORNEY GENERAL'S
OFFICE
1300 I Street Suite 125
P.O. Box 944255
Sacramento, CA 93721
916−210−7739
Email: megan.richards@doj.ca.gov

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Meghan Strong**
DEPARTMENT OF JUSTICE– CA
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102
415–510–3877
Fax: 415–703–5480
Email: meghan.strong@doj.ca.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Theodore A.B. McCombs**
OFFICE OF THE ATTORNEY
GENERAL
600 West Broadway Ste. 1800
San Diego, CA 92101
619–738–9000
Email: theodore.mccombs@doj.ca.gov
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JUSTICE CLIMATE FUND**              represented by   **Eric F. Citron**
ZIMMER, CITRON & CLARKE LLP
130 Bishop Allen Drive
Cambridge, DC 02139
617–821–6006
Email: eric@zimmercitronclarke.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**CITIBANK, N.A.**                    represented by   **Kenneth Winn Allen**
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 389–5000
Fax: (202) 389–5200
Email: winn.allen@kirkland.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Saunders Lee McElroy**
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave, NW
Washington, DC 20004
202–389–3081

6

Email: saunders.mcelroy@kirkland.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **UNITED STATES ENVIRONMENTAL PROTECTION AGENCY** | represented by | **Kevin Paul VanLandingham** |

U.S. DEPARTMENT OF JUSTICE
P.O. Box 875, Ben Franklin Station
Washington, DC 20044–0875
(202) 307–1134
Email: kevin.p.vanlandingham@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marcus S Sacks**
DOJ–CIV
Poc Agostinho, Jean
1100 L St., N.W.
8142
Washington, DC 20530
202–307–1104
Email: marcus.s.sacks@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **LEE ZELDIN**<br>*in his official capacity as*<br>*ADMINISTRATOR, UNITED STATES*<br>*ENVIRONMENTAL PROTECTION*<br>*AGENCY* | represented by | **Kevin Paul VanLandingham**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Marcus S Sacks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Movant**

| | | |
|---|---|---|
| **TAREK FARAG**<br>*TERMINATED: 04/15/2025* | represented by | **TAREK FARAG**<br>411 N. Warwick Ave<br>Westmont, IL 60559<br>(630)709–3965<br>PRO SE |

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2025 | 1 | COMPLAINT against CITIBANK, N.A., UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN ( Filing fee $ 405 receipt number ADCDC–11528517) filed by CLIMATE UNITED FUND. (Attachments: # 1 Civil Cover Sheet, # 2 Summons – CITIBANK, N.A., # 3 Summons – UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, # 4 Summons – LEE ZELDIN, # 5 Summons – ATTORNEY GENERAL PAMELA BONDI, # 6 Summons – US |

| | | |
|---|---|---|
| | | ATTORNEY GENERAL EDWARD R. MARTIN, JR.)(Unikowsky, Adam) (Entered: 03/08/2025) |
| 03/10/2025 | 2 | MOTION for Temporary Restraining Order by CLIMATE UNITED FUND. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Elizabeth Bafford in Support, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Proposed Order)(Unikowsky, Adam) Modified docket text on 3/10/2025 (mg). (Entered: 03/10/2025) |
| 03/10/2025 | 3 | ENTERED IN ERROR.....LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by CLIMATE UNITED FUND (Unikowsky, Adam) Modified on 3/10/2025 (zsl). (Entered: 03/10/2025) |
| 03/10/2025 | | Case Assigned to Judge Tanya S. Chutkan. (zsl) (Entered: 03/10/2025) |
| 03/10/2025 | 4 | SUMMONS (5) Issued Electronically as to All Defendants, U.S. Attorney and U.S. Attorney General (Attachment: # 1 Notice and Consent)(zsl) (Entered: 03/10/2025) |
| 03/10/2025 | | NOTICE OF NEW CASE ERROR regarding 3 LCvR 26.1 Certificate of Disclosure – Corporate Affiliations/Financial Interests. The following error(s) need correction: Blank/Incomplete/Missing form. Form filed as fillable PDF. Please file form in a non–fillable PDF format. (zsl) (Entered: 03/10/2025) |
| 03/10/2025 | 5 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by CLIMATE UNITED FUND (Unikowsky, Adam) (Entered: 03/10/2025) |
| 03/10/2025 | | MINUTE ORDER: The parties are hereby ORDERED to appear for an in–person hearing on the 2 Motion for Temporary Restraining Order on March 12, 2025, at 4:00 PM in Courtroom 9 before Judge Tanya S. Chutkan. Upon consideration of the parties' proposed briefing schedule, it is further ORDERED that Defendants' Reply is due on March 12, 2025, at 12:00 PM. Plaintiff shall notify counsel for Defendants of the contents of this Minute Order. Signed by Judge Tanya S. Chutkan on 3/10/2025. (zcll) (Entered: 03/10/2025) |
| 03/10/2025 | | MINUTE ORDER: The court will provide access for the public to telephonically attend the hearing scheduled for March 12, 2025, at 4:00 PM. The hearing can be accessed by dialing the Toll–Free Number: 833–990–9400 (Meeting ID: 493633106). It is hereby ORDERED that the attendees using the public access telephone line shall adhere to the following: persons remotely accessing court proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting any court proceedings (including those held by telephone or videoconference). Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the presiding Judge. Signed by Judge Tanya S. Chutkan on 3/10/2025. (zcll) (Entered: 03/10/2025) |
| 03/10/2025 | 6 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Gabriel K. Gillett, Filing fee $ 100, receipt number ADCDC–11531560. Fee Status: Fee Paid. by CLIMATE UNITED FUND. (Attachments: # 1 Declaration in Support, # 2 Certificate of Good Standing, # 3 Proposed Order)(Unikowsky, Adam) (Entered: 03/10/2025) |
| 03/10/2025 | 7 | NOTICE of Appearance by Kenneth Winn Allen on behalf of CITIBANK, N.A. (Allen, Kenneth) (Entered: 03/10/2025) |
| 03/10/2025 | 8 | |

|  |  | NOTICE of Appearance by Saunders Lee McElroy on behalf of CITIBANK, N.A. (McElroy, Saunders) (Entered: 03/10/2025) |
|---|---|---|
| 03/10/2025 |  | RESOLVED.....NOTICE of Provisional/Government Not Certified Status re 7 NOTICE of Appearance by Kenneth Winn Allen on behalf of CITIBANK, N.A. (Allen, Kenneth).<br><br>Your attorney renewal/government certification has not been received. As a result, your membership with the U.S. District & Bankruptcy Courts for the District of Columbia is not in good standing, and you are not permitted to file. Pursuant to Local Civil Rule 83.9, you must immediately correct your membership status by following the appropriate instructions on this page of our website: https://www.dcd.uscourts.gov/attorney–renewal.<br><br>Please be advised that the presiding judge in this case has been notified that you are currently not in good standing to file in this court. Renewal Due by 3/17/2025. (zhcn) Modified on 3/12/2025 (zhcn). (Entered: 03/11/2025) |
| 03/11/2025 | 9 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Allison N. Douglas, Filing fee $ 100, receipt number ADCDC–11534156. Fee Status: Fee Paid. by CLIMATE UNITED FUND. (Attachments: # 1 Declaration in Support, # 2 Certificate of Good Standing, # 3 Proposed Order)(Unikowsky, Adam) (Entered: 03/11/2025) |
| 03/11/2025 | 10 | NOTICE of Appearance by Marcus S Sacks on behalf of UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN (Sacks, Marcus) (Entered: 03/11/2025) |
| 03/11/2025 | 11 | NOTICE of Appearance by Kevin Paul VanLandingham on behalf of UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN (VanLandingham, Kevin) (Entered: 03/11/2025) |
| 03/11/2025 | 12 | LCvR 26.1 CERTIFICATE OF DISCLOSURE of Corporate Affiliations and Financial Interests by CITIBANK, N.A. (McElroy, Saunders) (Entered: 03/11/2025) |
| 03/11/2025 | 13 | NOTICE *OF GRANT TERMINATION* by UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN (Attachments: # 1 Exhibit 1)(Sacks, Marcus) (Entered: 03/11/2025) |
| 03/11/2025 |  | MINUTE ORDER: GRANTING Motions for Leave to Appear Pro Hac Vice as to 6 Gabriel K. Gillett and 9 Allison N. Douglas. Gabriel K. Gillett and Allison N. Douglas are hereby admitted *pro hac vice* to represent Plaintiff Climate United Fund in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a).** Click for instructions. Signed by Judge Tanya S. Chutkan on 3/11/2025. (lcer) (Entered: 03/11/2025) |
| 03/12/2025 | 14 | Memorandum in opposition to re 2 Motion for TRO, filed by CITIBANK, N.A.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Text of Proposed Order)(Allen, Kenneth) (Entered: 03/12/2025) |
| 03/12/2025 | 15 | SEALED MOTION FOR LEAVE TO FILE DOCUMENT UNDER SEAL filed by CITIBANK, N.A. (This document is SEALED and only available to authorized persons.) (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(Allen, Kenneth) (Entered: 03/12/2025) |

| 03/12/2025 | 16 | Memorandum in opposition to re 2 Motion for TRO, filed by UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN. (Attachments: # 1 Declaration Schindel, # 2 Exhibit Exs. to Schindel Decl.)(VanLandingham, Kevin) (Entered: 03/12/2025) |
|---|---|---|
| 03/12/2025 | 17 | RESPONSE re 13 Notice (Other) filed by CLIMATE UNITED FUND. (Unikowsky, Adam) (Entered: 03/12/2025) |
| 03/12/2025 | 18 | NOTICE of Appearance by Allison N. Douglis on behalf of CLIMATE UNITED FUND (Douglis, Allison) (Entered: 03/12/2025) |
| 03/12/2025 | 19 | NOTICE of Appearance by David B. Robbins on behalf of CLIMATE UNITED FUND (Robbins, David) (Entered: 03/12/2025) |
| 03/12/2025 | 20 | NOTICE of Appearance by Gabriel K. Gillett on behalf of CLIMATE UNITED FUND (Gillett, Gabriel) (Entered: 03/12/2025) |
| 03/12/2025 | | MINUTE ORDER: Upon consideration of Defendant Citibank's 15 Motion for Leave to File Under Seal, the court GRANTS the motion for the reasons asserted. Signed by Judge Tanya S. Chutkan on 3/12/2025. (lcer) (Entered: 03/12/2025) |
| 03/12/2025 | 21 | SEALED Exhibit re 14 Memorandum in opposition filed by CITIBANK, N.A.. (This document is SEALED and only available to authorized persons.)(zjm) Modified on 3/18/2025 to add docket link (zjm). (Entered: 03/13/2025) |
| 03/12/2025 | | Minute Entry for proceedings held before Judge Tanya S. Chutkan: Motion Hearing held on 3/12/2025 re 2 MOTION for Temporary Restraining Order filed by CLIMATE UNITED FUND held and concluded. Minute Order forthcoming. Court Reporter Janice Dickman. (ztl) (Entered: 03/13/2025) |
| 03/14/2025 | 22 | TRANSCRIPT OF PROCEEDINGS before Judge Tanya S. Chutkan held on March 12, 2025; Page Numbers: 1–44. Date of Issuance: March 14, 2025. Court Reporter: Janice Dickman, Telephone number: 202–354–3267, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/4/2025. Redacted Transcript Deadline set for 4/14/2025. Release of Transcript Restriction set for 6/12/2025.(Dickman, Janice) (Entered: 03/14/2025) |
| 03/14/2025 | | MINUTE ORDER: Following the Motion Hearing held on 3/12/2025, it is hereby ORDERED that Plaintiff's request for Leave to Amend its Complaint is due by Monday, March 17, 2025, by 5:00PM EST. It is further ORDERED that by Monday, March 17, 2025, by 5:00PM EST, Federal Defendants shall file a declaration |

| | | |
|---|---|---|
| | | addressing the basis for the grant termination, *see* ECF No. 13 , including the proffer of evidence discussed at the hearing. Signed by Judge Tanya S. Chutkan on 3/14/2025. (lcer) (Entered: 03/14/2025) |
| 03/16/2025 | | MINUTE ORDER: The parties in No. 25−cv−698, No. 25−cv−735, and No. 25−cv−762, are hereby ORDERED to appear for an in−person motion hearing on the 2 Motion for Temporary Restraining Order on March 17, 2025, at 12:00 PM in Courtroom 9 before Judge Tanya S. Chutkan. The court will provide access for the public to telephonically attend the hearing. The hearing can be accessed by dialing the Toll−Free Number: 833−990−9400 (Meeting ID: 493633106). It is hereby ORDERED that the attendees using the public access telephone line shall adhere to the restrictions outlined in the March 10, 2025, Minute Order. Signed by Judge Tanya S. Chutkan on 3/16/2025. (lcer) (Entered: 03/16/2025) |
| 03/17/2025 | 23 | NOTICE of Proposed Order re 2 by CLIMATE UNITED FUND (Attachments: # 1 Proposed Order Granting Temporary Restraining Order)(Unikowsky, Adam) Modified on 3/19/2025 to add docket link (zjm). (Entered: 03/17/2025) |
| 03/17/2025 | 24 | AMENDED COMPLAINT against CITIBANK, N.A., UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN filed by CLIMATE UNITED FUND.(Unikowsky, Adam) (Entered: 03/17/2025) |
| 03/17/2025 | 25 | NOTICE *of Declaration* by UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN (Attachments: # 1 Declaration of Eric Amidon)(VanLandingham, Kevin) (Entered: 03/17/2025) |
| 03/17/2025 | 26 | NOTICE *to the Court* by CLIMATE UNITED FUND (Unikowsky, Adam) (Entered: 03/17/2025) |
| 03/17/2025 | | Minute Entry for proceedings held before Judge Tanya S. Chutkan: Motion Hearing held on 3/17/2025 re 2 MOTION for Temporary Restraining Order filed by CLIMATE UNITED FUND. Pursuant to Federal Rule of Civil Procedure 42(a), the Court will consolidate the Civil Cases 25−698, 25−735, 25−762. Minute Order Forthcoming. Court Reporter Jeff Hook. (ztl) (Entered: 03/18/2025) |
| 03/18/2025 | 27 | TRANSCRIPT OF MOTION HEARING before Judge Tanya S. Chutkan held on March 17, 2025. Page Numbers: 1 − 45. Date of Issuance: March 18, 2025. Court Reporter: Jeff Hook. Telephone number: 202−354−3373. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi−page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty−one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/8/2025. Redacted Transcript Deadline set for 4/18/2025. Release of Transcript Restriction set for 6/16/2025.(Hook, Jeff) (Entered: 03/18/2025) |

| 03/18/2025 | 28 | MEMORANDUM OPINION re: Plaintiff's 2 Motion for Temporary Restraining Order. Signed by Judge Tanya S. Chutkan on 3/18/2025. (lcer) (Main Document 28 replaced on 3/19/2025) (zsmc). (Entered: 03/18/2025) |
|---|---|---|
| 03/18/2025 | 29 | ORDER GRANTING in part and DENYING in part Plaintiff's 2 Motion for Temporary Restraining Order. See Order for details. Signed by Judge Tanya S. Chutkan on 3/18/2025. (lcer) (Entered: 03/18/2025) |
| 03/19/2025 | 30 | Joint STATUS REPORT by CLIMATE UNITED FUND. (Unikowsky, Adam) (Entered: 03/19/2025) |
| 03/19/2025 | | MINUTE ORDER: Upon consideration of the parties' 30 Joint Status Report, the court adopts and sets the following deadlines: Plaintiffs shall file their motions for a preliminary injunction by March 21, 2025. Defendants shall file an answer to the motions by March 26, 2025. Plaintiffs shall reply by March 28, 2025. For the reasons stated in the 30 Joint Status Report, Plaintiffs shall file a single consolidated opening brief with a 60–page limit and a single consolidated reply brief with a 30–page limit.<br><br>The court will hold a hearing on Plaintiffs' motions on Wednesday, April 2, 2025, at 12:00 PM in Courtroom 9 before Judge Tanya S. Chutkan. The court will provide access for the public to telephonically attend the hearing. Signed by Judge Tanya S. Chutkan on 3/19/2025. (lcer) (Entered: 03/19/2025) |
| 03/20/2025 | | MINUTE ORDER: The court will provide access for the public to telephonically attend the hearing scheduled for April 2, 2025. The hearing can be accessed by dialing the Toll–Free Number: 833–990–9400 (Meeting ID: 493633106). It is hereby ORDERED that the attendees using the public access telephone line shall adhere to the following: persons remotely accessing court proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting any court proceedings (including those held by telephone or videoconference). Violation of these prohibitions may result in sanctions, including removal of court–issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the presiding Judge. Signed by Judge Tanya S. Chutkan on 3/20/2025. (smc) (Entered: 03/20/2025) |
| 03/20/2025 | | MINUTE ORDER: As noticed in the March 17 hearing, *see* March 17, 2025 Min. Order, the court will consolidate cases 25–cv–698, 25–cv–735, and 25–cv–762 pursuant to Federal Rule of Civil Procedure 42(a). All filings and papers related to the consolidated cases shall be filed in the lead case: 25–cv–698. It is further ORDERED that the parties shall NOT "spread the text" when filing documents in the lead cases. Signed by Judge Tanya S. Chutkan on 3/20/2025. (lcer) Modified on 3/21/2025 (zsmc). (Entered: 03/20/2025) |
| 03/20/2025 | 31 | STATUS REPORT by CITIBANK, N.A.. (Allen, Kenneth) (Entered: 03/20/2025) |
| 03/20/2025 | | Cases Consolidated: The following cases have been consolidated with this case: 25–cv–00762–TSC and 25–cv–00735–TSC pursuant to 03/10/20025 Minute Order. From this date forward, all pleadings shall be filed ONLY in this case. Parties are advised NOT to elect the SPREAD TEXT option when filing in ECF, as this will result in repetitive docketing. (zjm) (Entered: 03/20/2025) |
| 03/21/2025 | 32 | NOTICE of Appearance by James Gross on behalf of POWER FORWARD COMMUNITIES, INC. (Gross, James) (Entered: 03/21/2025) |
| 03/21/2025 | 33 | |

| | | |
|---|---|---|
| | | MOTION for Preliminary Injunction by CLIMATE UNITED FUND. (Attachments: # 1 Memorandum in Support, # 2 Declaration of Elizabeth Bafford, # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Declaration of Vincent Levy, # 15 Exhibit A, # 16 Exhibit B, # 17 Exhibit C, # 18 Exhibit D, # 19 Exhibit E, # 20 Exhibit F, # 21 Exhibit G, # 22 Exhibit H, # 23 Exhibit I, # 24 Exhibit J, # 25 Declaration of Stephen Brown, # 26 Declaration of Jessica Buendia, # 27 Declaration of Eli Hopson, # 28 Declaration of Richard Kauffman, # 29 Declaration of Shaun Donovan, # 30 Declaration of Ari Matusiak, # 31 Declaration of Timothy J. Mayopoulos, # 32 Declaration of John Moon, # 33 Text of Proposed Order)(Unikowsky, Adam) (Entered: 03/21/2025) |
| 03/24/2025 | 34 | NOTICE of Appearance by Kevin Chen on behalf of POWER FORWARD COMMUNITIES, INC. (Chen, Kevin) (Entered: 03/24/2025) |
| 03/24/2025 | 35 | NOTICE of Appearance by Beth C. Neitzel on behalf of POWER FORWARD COMMUNITIES, INC. (Neitzel, Beth) (Entered: 03/24/2025) |
| 03/24/2025 | 36 | NOTICE of Appearance by Jack C. Smith on behalf of POWER FORWARD COMMUNITIES, INC. (Smith, Jack) (Entered: 03/24/2025) |
| 03/24/2025 | 37 | NOTICE of Appearance by Vincent Levy on behalf of COALITION FOR GREEN CAPITAL (Levy, Vincent) (Entered: 03/24/2025) |
| 03/25/2025 | 38 | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Noah C. Shaw, Filing fee $ 100, receipt number ADCDC–11565216. Fee Status: Fee Paid. by POWER FORWARD COMMUNITIES, INC.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Neitzel, Beth) (Entered: 03/25/2025) |
| 03/25/2025 | | Cases Consolidated: The following cases have been consolidated with this case: 25–cv–00820–TSC. From this date forward, all pleadings shall be filed ONLY in this case. Parties are advised NOT to elect the SPREAD TEXT option when filing in ECF, as this will result in repetitive docketing. (zjm) (Entered: 03/25/2025) |
| 03/26/2025 | | NOTICE OF ERROR regarding 38 MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Noah C. Shaw, Filing fee $ 100, receipt number ADCDC–11565216. Fee Status: Fee Paid.. The following error(s) need correction: Pro Hac Vice motion must be accompanied by a Certificate of Good Standing issued within the last 30 days (LCvR 83.2(c)(2)). Please file certificate as an Errata (zjm) (Entered: 03/26/2025) |
| 03/26/2025 | 39 | ERRATA *Certificate of Good Standing* by POWER FORWARD COMMUNITIES, INC. re 38 Motion for Leave to Appear Pro Hac Vice,. (Attachments: # 1 Errata Certificate of Good Standing)(Neitzel, Beth) (Entered: 03/26/2025) |
| 03/26/2025 | 40 | NOTICE of Appearance by Jason Elliott James on behalf of ILLINOIS FINANCE AUTHORITY (James, Jason) (Entered: 03/26/2025) |
| 03/26/2025 | 41 | NOTICE of Appearance by Emma Akrawi on behalf of EFFICIENCY MAINE TRUST (Akrawi, Emma) (Entered: 03/26/2025) |
| 03/26/2025 | 42 | NOTICE of Appearance by Scott William Boak on behalf of EFFICIENCY MAINE TRUST (Boak, Scott) (Entered: 03/26/2025) |
| 03/26/2025 | 43 | NOTICE of Appearance by Catherine Rios–Keating on behalf of MINNESOTA CLIMATE INNOVATION FINANCE AUTHORITY (Rios–Keating, Catherine) (Entered: 03/26/2025) |

| 03/26/2025 | 44 | NOTICE of Appearance by Meghan Strong on behalf of CALIFORNIA INFRASTRUCTURE AND ECONOMIC DEVELOPMENT BANK Associated Cases: 1:25–cv–00698–TSC, 1:25–cv–00820–TSC(Strong, Meghan) (Entered: 03/26/2025) |
|---|---|---|
| 03/26/2025 | 45 | NOTICE of Appearance by Oliver Larson on behalf of MINNESOTA CLIMATE INNOVATION FINANCE AUTHORITY (Larson, Oliver) (Entered: 03/26/2025) |
| 03/26/2025 | 46 | AFFIDAVIT of Mailing re 1 COMPLAINT by MINNESOTA CLIMATE INNOVATION FINANCE AUTHORITY *RE SUMMONS AND COMPLAINT*. (Attachments: # 1 Certificate of Service)(Rios–Keating, Catherine) Modified on 3/27/2025 to correct event/add docket link (zjm). (Entered: 03/26/2025) |
| 03/26/2025 | 47 | NOTICE of Appearance by Megan Anne Schultz Richards on behalf of CALIFORNIA INFRASTRUCTURE AND ECONOMIC DEVELOPMENT BANK (Richards, Megan) (Entered: 03/26/2025) |
| 03/26/2025 | 48 | RESPONSE re 33 MOTION for Preliminary Injunction filed by CITIBANK, N.A.. (Attachments: # 1 Text of Proposed Order)(Allen, Kenneth) (Entered: 03/26/2025) |
| 03/26/2025 | 49 | Memorandum in opposition to re 33 Motion for Preliminary Injunction,,, filed by UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN. (Attachments: # 1 Declaration Declaration of Dan Coogan, # 2 Exhibit Exhibits to Coogan Declaration, # 3 Declaration Declaration of Eric Amidon, # 4 Exhibit Exhibits to Amidon Declaration, # 5 Declaration Declaration of Gregg Treml, # 6 Declaration Declaration of Kevin Bailey, # 7 Exhibit Exhibits to Bailey Declaration)(Sacks, Marcus) (Entered: 03/26/2025) |
| 03/27/2025 | 50 | NOTICE of Appearance by Peter Nathaniel Surdo on behalf of MINNESOTA CLIMATE INNOVATION FINANCE AUTHORITY (Surdo, Peter) (Entered: 03/27/2025) |
| 03/27/2025 | 51 | NOTICE of Appearance by Kevin D. Benish on behalf of COALITION FOR GREEN CAPITAL (Benish, Kevin) (Entered: 03/27/2025) |
| 03/28/2025 | 52 | MOTION for Temporary Restraining Order –– *Extending Existing Temporary Restraining Order,* by COALITION FOR GREEN CAPITAL. (Attachments: # 1 Text of Proposed Order)(Levy, Vincent) (Entered: 03/28/2025) |
| 03/28/2025 | 53 | REPLY to opposition to motion re 33 Motion for Preliminary Injunction,,, *in Support* filed by CLIMATE UNITED FUND. (Unikowsky, Adam) (Entered: 03/28/2025) |
| 03/30/2025 | | MINUTE ORDER: GRANTING Motion for Leave to Appear Pro Hac Vice as to 38 Noah C. Shaw. Noah C. Shaw is hereby admitted *pro hac vice* to represent Plaintiff Power Forward Communities, Inc. in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** Click for instructions. Signed by Judge Tanya S. Chutkan on 3/30/2025. (lcer) (Entered: 03/30/2025) |
| 03/31/2025 | 54 | Unopposed MOTION for Extension of Time to File Answer by CITIBANK, N.A.. (Allen, Kenneth) (Entered: 03/31/2025) |
| 03/31/2025 | 55 | RESPONSE re 33 MOTION for Preliminary Injunction by CITIBANK, N.A.. (Attachments: # 1 Text of Proposed Order)(Allen, Kenneth) Modified on 4/2/2025 to correct event/docket text (zjm). (Entered: 03/31/2025) |
| 03/31/2025 | 56 | |

| | | |
|---|---|---|
| | | Memorandum in opposition to re <u>33</u> Motion for Preliminary Injunction,,, *(Opposition to Subgrantee Plaintiffs' Motion for Preliminary Injunction)* filed by UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN. (VanLandingham, Kevin) (Entered: 03/31/2025) |
| 03/31/2025 | <u>57</u> | ORDER granting Plaintiffs' <u>52</u> Motion to Extend Temporary Restraining Order. Signed by Judge Tanya S. Chutkan on 3/31/2025. (lcer) (Entered: 03/31/2025) |
| 04/01/2025 | <u>58</u> | MOTION for Leave to Appear Pro Hac Vice :Attorney Name– Simon A. de Carvalho, Filing fee $ 100, receipt number ADCDC–11581763. Fee Status: Fee Paid. by CLIMATE UNITED FUND. (Attachments: # <u>1</u> Declaration, # <u>2</u> Certificate of Good Standing, # <u>3</u> Text of Proposed Order)(Unikowsky, Adam) (Entered: 04/01/2025) |
| 04/01/2025 | <u>59</u> | NOTICE of Appearance by Noah C. Shaw on behalf of POWER FORWARD COMMUNITIES, INC. (Shaw, Noah) (Entered: 04/01/2025) |
| 04/02/2025 | | MINUTE ORDER: GRANTING Motion for Leave to Appear Pro Hac Vice as to <u>58</u> Simon A. de Carvalho. Simon A. de Carvalho is hereby admitted *pro hac vice* to represent Plaintiff Climate United Fund in this matter. **Counsel should register for e–filing via PACER and file a notice of appearance pursuant to LCvR 83.6(a)** <u>Click for instructions</u>. Signed by Judge Tanya S. Chutkan on 4/2/2025. (lcer) (Entered: 04/02/2025) |
| 04/02/2025 | <u>60</u> | NOTICE *of Filing of Supplemental Record Evidence* by COALITION FOR GREEN CAPITAL re <u>33</u> Motion for Preliminary Injunction,,, (Attachments: # <u>1</u> Exhibit A––Correspondence dated March 28, 2025, # <u>2</u> Exhibit B––Correspondence dated March 31, 2025, # <u>3</u> Exhibit C––Correspondence dated April 1, 2025)(Levy, Vincent) (Entered: 04/02/2025) |
| 04/02/2025 | <u>61</u> | NOTICE of Appearance by Simon De Carvalho on behalf of CLIMATE UNITED FUND (De Carvalho, Simon) (Entered: 04/02/2025) |
| 04/02/2025 | | MINUTE ORDER: GRANTING Defendants' <u>54</u> Joint Unopposed Motion to Extend Time. Defendants' responses to Plaintiffs' complaints are due by May 23, 2025. Signed by Judge Tanya S. Chutkan on 4/2/2025. (lcer) Modified on 4/2/2025 to edit language (zcll). (Entered: 04/02/2025) |
| 04/02/2025 | | Minute Entry for proceedings held before Judge Tanya S. Chutkan: Motion Hearing held on 4/2/2025 re <u>33</u> MOTION for Preliminary Injunction filed by CLIMATE UNITED FUND. The Court takes the arguments under advisement. Ruling forthcoming. (Court Reporter Bryan Wayne.) (zcll) (Entered: 04/02/2025) |
| 04/02/2025 | <u>62</u> | TRANSCRIPT OF PRELIMINARY INJUNCTION HEARING before Judge Tanya S. Chutkan held on April 2, 2025; Page Numbers: 1–108. Date of Issuance: 4/2/2025. Court Reporter: Bryan A. Wayne. Transcripts may be ordered by submitting the <u>Transcript Order Form</u> <br><br> For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter. <br><br> **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made |

| | | |
|---|---|---|
| | | available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 4/23/2025. Redacted Transcript Deadline set for 5/3/2025. Release of Transcript Restriction set for 7/1/2025.(Wayne, Bryan) (Entered: 04/02/2025) |
| 04/04/2025 | 63 | NOTICE OF SUPPLEMENTAL AUTHORITY by UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN (Attachments: # 1 Exhibit Order, Dept. of Ed v. Cal. (Sup. Ct.))(VanLandingham, Kevin) (Entered: 04/04/2025) |
| 04/05/2025 | 64 | RESPONSE re 63 NOTICE OF SUPPLEMENTAL AUTHORITY *regarding Dept of Education v. California (U.S. Apr. 4, 2025)* filed by COALITION FOR GREEN CAPITAL. (Levy, Vincent) (Entered: 04/05/2025) |
| 04/07/2025 | 65 | RESPONSE re 64 Response to Document filed by CITIBANK, N.A.. (Allen, Kenneth) (Entered: 04/07/2025) |
| 04/07/2025 | | MINUTE ORDER: Given EPA Defendants' 63 Notice of Supplemental Authority, Plaintiffs' 64 Response, and Defendant Citibank's 65 Response, as well as the recent developments discussed in the filings, it is hereby ORDERED that the parties shall confer and file a joint status report by 9:00PM EST tonight stating their positions on a brief extension of the temporary restraining order –– to April 15, 2025 –– for the court to consider the new filings. Signed by Tanya S. Chutkan on 4/7/2025. (lcer) (Entered: 04/07/2025) |
| 04/07/2025 | 66 | RESPONSE re 63 NOTICE OF SUPPLEMENTAL AUTHORITY filed by CALIFORNIA INFRASTRUCTURE AND ECONOMIC DEVELOPMENT BANK. (Strong, Meghan) (Entered: 04/07/2025) |
| 04/07/2025 | 67 | Joint STATUS REPORT by COALITION FOR GREEN CAPITAL. (Levy, Vincent) (Entered: 04/07/2025) |
| 04/08/2025 | 68 | NOTICE of Appearance by Tanner Lockhead on behalf of CLIMATE UNITED FUND (Lockhead, Tanner) (Entered: 04/08/2025) |
| 04/08/2025 | 69 | NOTICE of Appearance by Kathryn L. Wynbrandt on behalf of CLIMATE UNITED FUND (Wynbrandt, Kathryn) (Entered: 04/08/2025) |
| 04/08/2025 | 70 | ORDER extending 29 Temporary Restraining Order to April 15, 2025. See Order for details. Signed by Judge Tanya S. Chutkan on 4/8/2025. (lcer) (Entered: 04/08/2025) |
| 04/09/2025 | 71 | REPLY re 63 NOTICE OF SUPPLEMENTAL AUTHORITY . *(Reply to Plaintiffs' Responses to U.S. Notice of Supplemental Authority)* filed by UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN. (Attachments: # 1 Exhibit A)(VanLandingham, Kevin) Modified on 4/11/2025 to correct docket link (zjm). (Entered: 04/09/2025) |
| 04/09/2025 | 72 | MOTION to Intervene by TAREK FARAG. (zjm) (Main Document 72 replaced on 4/15/2025) (zjm). (Entered: 04/11/2025) |
| 04/11/2025 | 73 | NOTICE of Appearance by Theodore A.B. McCombs on behalf of CALIFORNIA INFRASTRUCTURE AND ECONOMIC DEVELOPMENT BANK (McCombs, Theodore) (Entered: 04/11/2025) |

| | | |
|---|---|---|
| 04/14/2025 | 74 | Memorandum in opposition to re 72 Motion to Intervene *STATE GREEN BANK PLAINTIFFS' OPPOSITION TO TAREK FARAG'S MOTION TO INTERVENE* filed by CALIFORNIA INFRASTRUCTURE AND ECONOMIC DEVELOPMENT BANK, EFFICIENCY MAINE TRUST, ILLINOIS FINANCE AUTHORITY, MINNESOTA CLIMATE INNOVATION FINANCE AUTHORITY. (Richards, Megan) (Entered: 04/14/2025) |
| 04/15/2025 | 75 | Emergency MOTION to Stay *Pending Appeal (Contingent)* by UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN. (Attachments: # 1 Text of Proposed Order, # 2 Declaration, # 3 Exhibit)(Sacks, Marcus) (Entered: 04/15/2025) |
| 04/15/2025 | | MINUTE ORDER: Given Federal Defendant's 75 Contingent Emergency Motion for Stay Pending Appeal, Plaintiffs are hereby ORDERED to file a joint response or their respective responses to Defendant's Motion no later than today, April 15, 2025, at 7:00PM EST. FURTHER, the court is considering extending the 29 Temporary Restraining Order by one day, until April 16, 2025, to consider the 75 Contingent Emergency Motion. If any party objects to the one–day extension, the party shall submit a report (or a joint status report with any other objecting party, to the extent possible) stating its objection by today, April 15, 2025, at 6:00PM EST. (lcer) (Entered: 04/15/2025) |
| 04/15/2025 | | Cases Consolidated. The following cases have been consolidated with this case: 25–cv–00938–TSC and 25–cv–00948–TSC. From this date forward, all pleadings shall be filed ONLY in this case. Parties are advised NOT to elect the SPREAD TEXT option when filing in ECF, as this will result in repetitive docketing. (zjm) (Entered: 04/15/2025) |
| 04/15/2025 | 76 | STATUS REPORT by UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN. (Sacks, Marcus) (Entered: 04/15/2025) |
| 04/15/2025 | 77 | RESPONSE re 75 Emergency MOTION to Stay *Pending Appeal (Contingent)* filed by CALIFORNIA INFRASTRUCTURE AND ECONOMIC DEVELOPMENT BANK. (Strong, Meghan) (Entered: 04/15/2025) |
| 04/15/2025 | 78 | Memorandum in opposition to re 75 Motion to Stay filed by JUSTICE CLIMATE FUND. (Attachments: # 1 Exhibit A)(Citron, Eric) (Entered: 04/15/2025) |
| 04/15/2025 | 79 | RESPONSE re 75 Emergency MOTION to Stay *Pending Appeal (Contingent)* filed by COALITION FOR GREEN CAPITAL. (Attachments: # 1 Bafford Declaration, # 2 Exhibit A)(Levy, Vincent) (Entered: 04/15/2025) |
| 04/15/2025 | | MINUTE ORDER: DENYING 72 Motion to Intervene as a Defendant. Movant has not made a showing that he satisfies the requirements to intervene as of right under Fed. R. Civ. P. 24(a) because he (1) is not given an unconditional right to intervene by any federal statute, and (2) does not claim an interest relating to any property of transaction that is the subject of the action and is not so situated that disposing of the action may as a practical matter impair or impede his ability to protect that interest. The Court will not exercise its discretion to grant permissive intervention under Rule 24(b)(1) because movant does not have a claim or defense that shares with the main action a common question of law or fact. The Clerk of the Court shall send a copy of this Minute Order to *pro se* Movant. Signed by Judge Tanya S. Chutkan on 4/15/2025. (lcer) (Entered: 04/15/2025) |
| 04/15/2025 | 80 | |

| | | ORDER GRANTING Plaintiffs' 33 Motion for Preliminary Injunction and DENYING EPA Defendant's 75 Contingent Emergency Motion for Stay Pending Appeal. See Order for details. Memorandum Opinion forthcoming. Signed by Judge Tanya S. Chutkan on 4/15/2025. (lcer) (Entered: 04/15/2025) |
|---|---|---|
| 04/16/2025 | 81 | NOTICE OF APPEAL TO DC CIRCUIT COURT by UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, LEE ZELDIN. Fee Status: No Fee Paid. Parties have been notified. (Sacks, Marcus) (Entered: 04/16/2025) |

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CLIMATE UNITED FUND,**<br><br>              Plaintiff,<br>    v.<br><br>**CITIBANK, N.A.,** *et al.*<br><br>           Defendants. | Case No. 1:25-cv-00698 (TSC) |
| **COALITION FOR GREEN CAPITAL,**<br><br>              Plaintiff,<br>    v.<br><br>**CITIBANK, N.A.,** *et al.*<br><br>           Defendants. | Case No. 1:25-cv-00735 (TSC) |
| **POWER FORWARD COMMUNITIES, INC.,**<br><br>              Plaintiff,<br>    v.<br><br>**CITIBANK, N.A.,** *et al.*<br><br>           Defendants. | Case No. 1:25-cv-00762 (TSC) |
| **CALIFORNIA INFRASTRUCTURE AND ECONOMIC DEVELOPMENT BANK,** *et al.*<br><br>              Plaintiffs,<br>v.<br><br>**CITIBANK, N.A.,** *et al.*<br><br>           Defendants. | Case No. 1:25-cv-00820 (TSC) |

19

## **NOTICE OF APPEAL**

Pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Defendants, the

Environmental Protection Agency (EPA), Lee Zeldin, in his official capacity as EPA

Administrator, and W.C. McIntosh, in his official capacity as EPA Acting Deputy Administrator,

hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the

Preliminary Injunction (ECF No. 80) entered in these consolidated cases on April 15, 2025, as

well as from all other interlocutory orders merged into the preliminary injunction.

Respectfully Submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

KIRK T. MANHARDT
Director

*/s/ Marc. S. Sacks*
MARC S. SACKS (Ga. Bar No. 621931)
*Deputy Director*
KEVIN P. VANLANDINGHAM (NY Reg No. 4741799)
*Assistant Director*
U.S. Department of Justice
Civil Division
Corporate/Financial Section
P.O. Box 875
Ben Franklin Stations
Washington D.C. 20044-0875
Tel: (202) 307-1134
Email: kevin.p.vanlandingham@usdoj.gov

*Attorneys for the United States*
*Environmental Protection Agency*

2

Certificate of Service

 I hereby certify that on April 16, 2025, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.


*/s/ Marc. S. Sacks*
MARC S. SACKS

3

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **CLIMATE UNITED FUND**<br><br>        Plaintiff,<br><br>    v.<br><br>**CITIBANK, N.A.**, *et al.*<br><br>        Defendants. | Civil Action No. 25-cv-698 (TSC)<br>Civil Action No. 25-cv-735 (TSC)<br>Civil Action No. 25-cv-762 (TSC)<br>Civil Action No. 25-cv-820 (TSC)<br>Civil Action No. 25-cv-938 (TSC)<br>Civil Action No. 25-cv-948 (TSC)<br>(Consolidated Cases) |

## ORDER

For the reasons set forth in the forthcoming Memorandum Opinion, Plaintiffs' Motion for Preliminary Injunction, ECF No. 33, is **GRANTED**. It is further **ORDERED** that EPA Defendants' Contingent Motion for Stay Pending Appeal, ECF No. 75, is **DENIED** without prejudice.[1]  It is further

**ORDERED** that Defendants the U.S. Environmental Protection Agency ("EPA"), Administrator Lee Zeldin, in his official capacity as Administrator of EPA, Deputy Administrator W.C. McIntosh, in his official capacity as Acting Deputy Administrator of EPA, (collectively, "EPA Defendants"), and others in active concert or participation therewith, are **ENJOINED** from effectuating EPA's March 11, 2025 "Notice of Termination"; it is further

---

[1] EPA Defendants filed their motion prematurely, filing a "contingent" motion before the court ruled on the pending motions for preliminary injunction. ECF No. 75. If after reviewing the court's Order and forthcoming Memorandum Opinion, EPA Defendants believe that a stay pending appeal is warranted, they may make a request consistent with Federal Rule of Appellate Procedure 8. In consideration of EPA Defendants' position and Defendant Citibank's silence on the issue, Defendant Citibank is **ORDERED** to refrain from releasing any funding disbursements until **Thursday, April 17, 2025, at 2:00PM EST**.

1

**ORDERED** that EPA Defendants, and others in active concert or participation therewith, are **ENJOINED** from unlawfully suspending or terminating Plaintiffs' grant awards, including by issuing a Notice of Exclusive Control, effectuating a Notice of Termination, or limiting access to funds in accounts established in connection with Plaintiffs' grants, including funds in accounts established by Plaintiffs' subgrantees, except as permitted by the applicable Account Control Agreement ("ACA"), the grant award, the relevant regulations, and applicable law, including any administrative procedures mandated by the Administrative Procedure Act ("APA"); it is further

**ORDERED** that EPA Defendants, and others in active concert or participation therewith, including officials at the U.S. Department of the Treasury, are **ENJOINED** from directly or indirectly impeding Defendant Citibank or from causing Defendant Citibank to deny, obstruct, delay, or otherwise limit access to funds in accounts established in connection with Plaintiffs' grants, including funds in accounts established by Plaintiffs' subgrantees, except as permitted by the applicable ACA, the grant award, the relevant regulations, and applicable law, including any administrative procedures mandated by the APA; it is further

**ORDERED** that Defendant Citibank is **ENJOINED** from transferring or otherwise moving funds out of accounts established in connection with Plaintiffs' grants, including funds in accounts established by Plaintiffs' subgrantees, except as permitted by the applicable ACA, the grant award, the relevant regulations, and applicable law, including any administrative procedures mandated by the APA; it is further

**ORDERED** that Defendant Citibank must disburse any funds properly incurred before the mid-February suspension of Plaintiffs' funds;

**ORDERED** that the bond requirement of Federal Rule of Civil Procedure 65(c) is waived and that this preliminary injunction is effective upon service; it is further

**ORDERED** that Defendants shall file a status report with the court, within 24 hours of entry of this Order, confirming their compliance with the preliminary injunction; it is further

**ORDERED** that this preliminary injunction remains in effect pending further orders from this Court.

Memorandum Opinion to follow.

Date: April 15, 2025

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge

3