UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLIMATE UNITED FUND, ET AL.,** **Plaintiffs,** v. **CITIBANK, N.A., ET AL.** **Defendants**. | Consolidated Case No: **1:25-cv-00698 (TSC)** Case No: **1:25-cv-00820** |

**MOTION TO INTERVENE AS A DEFENDANT (CORRECTED)**

Tarek Farag (hereinafter **Farag**) (**pro se**), states the following under oath:

**1-** Farag was going to intervene in case No: 1:25-cv-00820 filed 3/19/25, after he knew about it around 3/24/25, he immediately started preparing his motion to intervene. The Court consolidated it with other similar cases, hence, his intervention could apply to the other cases.

**2-** Farag didn't confer with the Plaintiffs about his intervention due to the urgency and his belief that they must oppose it. However, he called Mr. Marc Sacks (attorney for DOJ), on 3/26/25 at 12:29 PM, on his phone number: 202-307-1104, to offer him the information to support the EPA's position and avoid intervening in the case. However, Mr. Sacks was not interested, indicating that the government lawyers will not expose the huge fraud involved in the Billions at stake.

**3-** Upon the information Farag collected during his long research on the claims that "burning fossil fuel could cause harmful global warming" (hereinafter a **Hoax**), he believes that there is an International Criminal Enterprise that use the Hoax to enrich themselves, and sometimes just to cause destruction. It includes politicians, officials, lawyers, judges, business people, etc.

**4-** The dollars disputed are **$27 billion** (not million) that can spoil most people, and **once these billions are distributed, they will be gone forever**. The plaintiffs claim "*EPA can terminate a grant only if the grantee violates the grant's terms and conditions, engages in certain illegal*

1

RECEIVED
APR 15 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

*activity, or misrepresents its eligibility status. None of these conditions is satisfied with respect to any Plaintiff—and EPA does not claim otherwise*", which is not true. The defendant Mr. Zeldin found that the billions in dispute are the result of **fraud, waste, and abuse**. Just inserting these billions that will cause inflation in the Inflation Reduction Act is illegal. In addition, it is <u>based on fraud and deception, and every one involved in recommending or approving the money should be investigated and prosecuted by the **AG Pam Bondi personally** and the **FBI Director Kash Patel**</u>.

5- Farag is an engineer having worked in many engineering fields, and did many scientific researches including his Masters and PhD in nuclear engineering. Was certified as a PE in Illinois in 1994, and have a few patents. However, he **disputes the Hoax with simple logic that a six-year-old can understand**. Farag devoted most of his time to research the effect of increasing $CO_2$ after Obama's declaration that $CO_2$ increase is causing harmful global warming. Farag finished his scientific studies, analysis, and calculations, using mainly the data contained in the technical reports generated by IPCC and NASA, which revealed serious fraud.

6- **<u>Farag proved that there is no scientific basis for the Hoax.</u>** He published his findings on May 2022, and on November 17, 2022, sent an open letter to UN Secretary General asking him to stop pushing countries into disasters due to the Hoax. However, he didn't receive any response, and the push for the hoax continued. Around February 14, 2023, Farag sent another letter to him and to many politicians and decision makers, and complained to **US AG Merrick Garland**, and to **IL AG Kwamie Raoul**. However, he didn't get any disputes to his findings, or response.

7- FARAG IS ENTITLED TO INTERVENE AS OF RIGHT

Farag meets the requirements to intervene under Rule 24(a), which provides that "the court must permit anyone to intervene" only if the person:

    (1) is given an unconditional right to intervene by a federal statute; or
    (2) claims an interest relating to the property or transaction that is the subject of the action,

>and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest.

Under the first scenario, Farag has unconditional right and duty to intervene to protect the public interests and stop the fraud; in addition, without his intervention those billions will be lost forever. Under the second scenario, a petitioner must meet four criteria to intervene as of right: "(1) timely application; (2) an interest relating to the subject matter of the action; (3) potential impairment, as a practical matter, of that interest by the disposition of the action; and (4) lack of adequate representation of the interest by the existing parties to the action." Reich v. ABC/York-Estes Corp.,64 F.3d 316, 321 (7th Cir. 1995). Consistent with all other federal courts of appeal, the Ninth Circuit applies this test broadly in favor of intervention:

>*"A liberal policy in favor of intervention serves both efficient resolution of issues and broadened access to the courts. By allowing parties with a practical interest in the outcome of a particular case to intervene, we often prevent or simplify future litigation involving related issues; at the same time, we allow an additional interested party to express its views before the court"*.[ United States v. City of L.A., Cal., 288 F.3d 391, 397-98 (9th Cir. 2002)].

Thus, courts assess a motion to intervene "primarily by practical considerations, not technical distinctions." [Sw. Ctr. for Biological Diversity v. Berg, 268 F.3d 810, 818 (9th Cir. 2001)]. As discussed below, Farag meets each of the requirements for intervention as of right.

**(1) Farag's motion to intervene is timely.** Case No: 1:25-cv-820 was filed on 3/19/25, and Farag (pro se) knew about it 3/24/25, and it was consolidated with other cases on 3/25/25, and he tried to finish preparing his motion on Friday 3/28/25, which is practically "instantaneous".

**(2) Farag has an interest relating to the subject matter of the action**. The interest requirement of Rule 24(a) is "*primarily a practical guide to disposing of lawsuits by <u>involving as many apparently concerned persons</u> as is compatible with efficiency and due process*."[ Nuesse v. Camp, 385 F.2d 694, 700 (D.C. Cir. 1967); see Wilderness Soc'y v. U.S. Forest Serv., 630 F.3d 1173, 1179 (9th Cir. 2011)]. Accordingly, no specific legal or equitable interest need be

3

established for the Rule 24 test to be satisfied. Because those billions belong to the public and Farag, not to the politician or the plaintiffs, and the real issues are the Hoax's fraud and corruption that Farag has the **right and duty to intervene and fight them**. Additionally, to satisfy the relationship requirement (interest), an applicant must show that resolution of the plaintiff's claims will affect the applicant. The impact of these cases, goes **far beyond its parties**. One simple example for Farag's damages due to enforcing the Hoax, he is **paying about 16% on top of his electric bill for zero emission, carbon free energy**, etc., as shown here. Farag believes that the EPA, under the previous administration, was wasting our money to phony organizations to enforce the Hoax.

| TAXES & FEES | | $23.01 |
|---|---|---|
| Environmental Cost Recovery Adj | 590 kWh X 0.00022 | $0.13 |
| Renewable Portfolio Standard | 590 kWh X 0.00502 | $2.96 |
| Zero Emission Standard | 590 kWh X 0.00195 | $1.15 |
| Carbon-Free Energy Resource Adj | 590 kWh X 0.01608 | $9.49 |
| Energy Efficiency Programs | 590 kWh X 0.00366 | $2.16 |
| Energy Transition Assistance | 590 kWh X 0.00072 | $0.42 |
| Franchise Cost | $43.81 X 2.91100% | $1.28 |
| State Tax | | $1.95 |
| Municipal Tax | | $3.47 |
| Service Period Total | | $107.44 |

Thank you for your payment of $78.89 on January 8, 2024

**(3) Without Farag's intervention there will be a serious potential irreparable harm to his interests.** The test for impairment under Rule 24 focuses on practical effects. "*If an absentee would be substantially affected in a practical sense by the determination made in an action, he should, as a general rule, be entitled to intervene - -.*" [ Fed. R. Civ. P. 24 advisory committee's note, quoted in Citizens for Balanced Use, 647 F.3d at 898]. Farag's intervention is to stop paying extra money on his electric bill, or subsidize other energy sources, to enforce the Hoax.

**(4) There is a lack of adequate representation of Farag's interests by the existing parties**. The burden of demonstrating inadequate representation is minimal. Farag needs only to <u>show that his interests are different from the existing parties' interests</u> such that their representation may be inadequate. The Court must consider:

*(1) whether the interest of a present party is such that it will undoubtedly make all the*

*intervenor's arguments;*

*(2) whether the present party is capable and willing to make such arguments; and*

*(3) whether the would-be intervener would offer any necessary elements to the proceedings that other parties would neglect.*[ Citizens for Balanced Use, 647 F.3d at 898; Trbovich v. United Mine Workers of Am., 404 U.S. 528, 538 n.10 (1972); Sw. Ctr. for Biological Diversity, 268 F.3d at 823; Nuesse, 385 F.2d at 703].

Farag is interested in **eliminating his payments to enforce the Hoax and to stop the fraud**. Citibank is interested in following the banking rules. **The EPA's lawyers** are pursuing a dangerous direction as shown in their opposition in case 1:25-cv-698 [Doc 16, pg 8, 9, 22]. Instead of attacking the fraud, which is the root of the problem as Mr. Zeldin stated, **they are opening a window for the plaintiffs to snatch those billions, and more, and fly with them.** They are **weakening** the position of the EPA as if it is interested only in **having control.** This is also evident from Mr. Sacks refusal to receive Farag's evidence to prove the fraud. **They** even assert the right of the plaintiffs to get those billions, which would help the **plaintiffs prove that they could succeed on the merits**. Here are some statements of the EPA's lawyers: "*EPA explained that the existing grants lacked adequate controls and should be re-awarded under new agreements that ensure the EPA retains adequate oversight*", "*EPA has announced that it **intends to redeploy that money** consistent with Congress's authorization*", "*EPA has concluded that the existing regime provides inadequate oversight and controls*", and "EPA's directive to Citibank was not a final agency action". Farag is wondering if the named EPA's Attorneys: Yaakov Roth, Marc S. Sacks, Kirk T. Manhardt, and Kevin P. Vanlandingham, all agreed on the stated statements!

8- **ALTERNATIVELY, FARAG IS ENTITLED TO PERMISSIVE INTERVENTION.**

As with intervention as of right, permissive intervention is construed liberally in favor of the moving party [ City of L.A., 288 F.3d at 397–98]. Permissive intervention should be allowed under Fed. R. Civ. P. 24(b) as long as the applicant for intervention establishes that "*(1) it shares a common question of law or fact with the main action; (2) its motion is timely; and (3) the court*

*has an independent basis for jurisdiction over the applicant's claims.*"[Donnelly, 159 F.3d at 412]. Under this standard, neither the inadequacy of representation nor a direct interest in the subject matter of the action need be shown.[ Kootenai Tribe of Idaho v. Veneman, 313 F.3d 1094, 1108 (9th Cir. 2002), overruled in part on other grounds by Wilderness Soc'y, 630 F.3d at 1178]. Farag shares a common question of fact "burning fossil fuel does not cause global warming", and of law as to the fraud in allocating those billions. His motion is timely as explained before, and will not prejudice the existing parties. Farag's intervention will **save the Court's time and resources by ending the cases before their start,** which is by itself**, a reason for the Court to grant his motion to intervene**. Once Farag is allowed to intervene, the Court can hold a hearing to find the **scientific facts about the Hoax.** He believes that **within few minutes,** after the plaintiffs clarify their meanings of global warming, greenhouse gases, CO2 absorption, etc., Farag **will prove to the Court, beyond any doubt**, that the Hoax is a hoax. Additionally, **<u>Farag would be the entity in this litigation with scientific knowledge that will aid the Court's</u>** understanding of the issues in these cases that may not be made by other parties.

9- If this Court were to deny Farag's motion to intervene as of right, permissive intervention should be granted [Freedom from Religion Found., Inc. v. Geithner, 644 F.3d 836, 844 (9th Cir. 2011)].

10- For the foregoing reasons, Farag respectfully requests that this Honorable Court grant his intervention as of right under Fed. R. Civ. P. 24(a); and/or as a permissive intervention under Fed. R. Civ. P. 24(b); and for other relief as proper.

Respectfully submitted this 15th day of April 2025,

*[signature]*

TAREK FARAG, pro se.
411 N Warwick Ave, Westmont, IL 60559
630 709 3965
tarekfarag@comcast.net

**6**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLIMATE UNITED FUND, ET AL.,** **Plaintiffs,** v. **CITIBANK, N.A., ET AL.** **Defendants**. | Consolidated Case No: **1:25-cv-00698 (TSC)** Case No: **1:25-cv-00820** |

### FARAG'S PLEADINGS TO ACCOMPANY HIS MOTION TO INTERVENE

The movant Tarek Farag, pro se (hereinafter Farag), states the following:

**1-** Farag is in complete agreement with the current EPA's Director Mr. Lee Zeldin's findings that the billions in dispute are the result of **fraud, waste, and abuse**. Mr. Zeldin didn't get the time to collect enough evidence to criminally prosecute the perpetrators, and was right to refer the investigations to the DOJ and the FBI. However, Farag has already the required evidence that the previous administration **refused to act upon**, and he is fulfilling his duties to protect the public's interest by presenting them and intervening.

**2-** The Congress allocated those billion based on a big lie (Hoax) that "burning fossil fuel is causing harmful global warming", and wrongfully characterizing $CO_2$ as a pollutant, which **were disputed** by two distinguished professors in their testimonies before Congress **April 2022** .

**3-** During his research, Farag submitted a FOIA request to the EPA [Tracking Number EPA-2022-001766, Requester Name Dr. TAREK FARAG, Submitted Date 01/05/2022], requesting the following (the format is exactly the same):

> "Please provide all the SCIENTIFIC: data, reports, analysis, experiments, studies, etc. that show the GOOD and BAD effects of the: "MAN-MADE-CLIMATE-CHANGES", and support its existence or its future existence, according to which the agency and the US government concluded and/or recommended and/or ACTED and/or joined national or international organizations to COMBAT this man-made climate changes.
> Note: Most of the requested materials could be in electronic format, I accept its delivery by

*email to save time and money."*

EPA responded on 1/31/2022 (hopkins.daniel@epa.gov) that **they have ZERO <u>scientific proofs to support the Hoax.</u>**

4- Farag's scientific studies, analysis, and calculations using mainly the data contained in the technical reports generated by IPCC (UN Intergovernmental Panel on Climate Change) and NASA revealed serious errors. <u>No one should be misguided by the large number of the people (or their degrees) that participated in those reports</u>. As Galileo said "*In questions of science, the authority of a thousand is not worth the humble reasoning of a single individual*".

5- The main greenhouse gas is water vapor, which is impossible to remove and necessary for life. $CO_2$ is not a pollutant, and is necessary for plant growth, without it, life will die.

6- The theory that $CO_2$ traps (absorbs) most of the IR (Infra-Red) energy emitted from the earth's surface is flawed. The earth emits a wide spectrum of IR most of its energy is in the 3 to 100 micrometer range. $CO_2$ has limited absorption bands at (2, 2.7, 4.3, and 15 μm). Water vapor, which has much more concentration, absorbs 30 times the IR energy as $CO_2$. $CO_2$ is continuously absorbed and recycled by the <u>plants</u> producing carbohydrates and releasing Oxygen.

7- The data on page 935 of IPCC's "Earth's Energy Budget, Climate Feedbacks and Climate Sensitivity", stated "*As a result, there is a radiative imbalance at the TOA in the clear-sky energy budget (Figure 7.2, lower panel), suggesting that the <u>**Earth would warm substantially**</u> if there were no clouds*". Which <u>reveals that increasing greenhouse gases will reduce Sun's energy reaching the Earth's surface</u>, **causing Global Cooling not warming**, in direct contravention of its own stated global warming theory. IPCC stated "*A comparison of the upper and lower panels in Figure 7.2 shows that without clouds, 47 W m–2 less solar radiation is reflected back to space globally (53 ± 2 W m–2 instead of 100 ± 2 W m–2), while 28 W m–2 more thermal radiation is emitted to space (267 ± 3 W m–2 instead of 239 ± 3 W m–2). As a result, there is a 20 W m–2*

*radiative imbalance at the TOA in the clear-sky energy budget (Figure 7.2, lower panel),* **_suggesting_** *that the* <u>*Earth would warm substantially if there were no clouds*</u>". The 20 W/m2 IPCC estimated is a factual number not a feeling and IPCC should not use the word "suggesting". In contrast, on page 1022, IPCC stated "*Scientists have made significant progress over the past decade and are now more confident that changes in clouds will amplify, rather than offset, global warming in the future*". There is no basis for their statement of "more confident" since it did not specify the magnitude or the direction of their predicted changes. In contrast, on page 1022, IPCC stated "*Scientists have made significant progress over the past decade and are now more confident that changes in clouds will amplify, rather than offset, global warming in the future*". There is no basis for their statement of "<u>more confident</u>" since it did not specify the magnitude or the direction of their predicted changes and the statement by itself is not scientific because there is always uncertainty.

**8-** IPCC is showing two diagrams in page 934 (shown here as Fig 1 and Fig 2) that represent gross scientific errors:

    8-1 The Earth's surface in "All Sky" receives 160 W/m2 of the Sun's energy while emitting 398 W/m2 (not adding evaporation and sensible heat), which is more than the stated Sun's incoming energy of 160 W/m2 at the Earth's surface and the 340 W/m2 at TOA. This is not logically or scientifically possible, it is fraud (a child wouldn't miss).

    8-2. The Earth's atmosphere absorbs a total of 399 W/m2 (80+160+ 398-239 = 399), which means that the Earth is dangerously HEATING with energy MORE THAN THE INCOMING SUN'S ENERGY, which is not logically or scientifically possible.

    8-3. Having this incorrect information for many years without correction or explanation is highly unprofessional, because it misleads people to wrong conclusions and actions. Many people trusted these reports and used their data without confirming its veracity.



**Fig 1- IPCC's schematic representation of the global mean energy budget of the Earth**



**Fig 2- IPCC's schematic representation of the global mean energy budget of the Earth without considerations of cloud effects**

10

**9-** Both IPCC and NASA manipulated 10 years data to prove their Global Warming Hoax, instead of changing their models to agree with the measurements [IPCC (935) "*is not sufficient to quantify - -, the CERES EBAF reflected solar and emitted thermal TOA fluxes were **adjusted**, - - **to ensure** that the net TOA flux for **July 2005 to June 2015** was **consistent with the estimated** Earth's energy balance for the same period - -"*].

**10-** Most of the references IPCC uses are its own that could be similarly misstated.

**11-** Increasing CO2 will increase vegetative growth on the earth, which is a very desirable thing. According to NASA "*Studies have shown that higher concentrations of atmospheric carbon dioxide affect crops in two important ways: they boost crop yields by increasing the rate of photosynthesis, which spurs growth, and they reduce the amount of water crops lose through transpiration - - and thus increased water-use efficiency*". The CO2- Coalition quantified the increase in crop biomass, resulting from adding 300 ppm CO2, to be from 41% to 77.8%.

**12-** Increasing CO2 levels from 400 to 800 ppm, will cool the Earth. Assume that the average proficiency of photosynthetic is 4.5%, the green land is 32% of Earth's land, which is 29% of Earth's total surface area, and the Sun's energy reaching Earth's surface is 160 W/m2. Then the plants are storing about 0.668 W/m2 (.045 x .32 x 0.29 x 160 = 0.668). Assuming that CO2 is doubled to 800 ppm, which would result in 55% to 104% increase in biomass of plants of an average of 79.5%. This means that increasing CO2 to 800 ppm would make the plants store an additional 79.5% of energy, i.e., 0.53 W/m2 (0.795 x 0.668 = 0.53), which would cool the Earth's surface with a total amount of 1.198 W/m2. However, if we assume that sea plants (planktons) will have growth similar to land plants of an average 79.5%, and the entire water surface is occupied with sea plants, we get an energy storage of 5.11 W/m2 (0.045 efficiency x 0.71 water area x 160 = 5.11). Increasing CO2 to 800 ppm, would give us additional storage of 4.06 W/m2 (5.11 x .795). Adding land and water extra storage; we get 4.73 W/m2. This would reduce the

temperature by storing those extra Sun's energy, like a battery, instead of becoming heat.

**13-** As Einstein said, "If you can't explain it to a six-year-old, you don't understand it yourself", Farag is stating some facts here so that a <u>six-year-old can understand that the Hoax is a hoax</u>:

    **a.** Increasing $CO_2$ in the atmosphere will result in absorbing the IR radiated from the earth in a shorter distance, not increase the amount of energy radiated/absorbed, especially if we assume that $CO_2$ is a strong absorber. This is similar to the visible distance when driving at night with little fog, using car light. When the fog increases the visible distance will decrease, due to the increase in the absorption, not the car light intensity will increase.

    **b.** One molecule of water vapor absorbs IR energy much more than one molecule of $CO_2$. For each $CO_2$ molecule, there are about 2500 molecules of other gasses, including water that could be about 1000. If you have 1000 gm of sugar with 1 gm of salt, is adding additional 1 gm of salt can change the taste? Similarly, doubling $CO_2$ would have negligible effect.

    **c.** NASA and IPCC are untruly saying that the Earth's surface receives about 160 W/m2, but emits about 400 W/m2. Can I give you every morning $160 and you give me every night $398? When you expose your hand at night to the radiation coming from the Earth's surface, would you feel heat more than twice that during the day (ratio 398:160)!

    **d.** When I give you $159 and tell you that they are $160, you count them many times with high accuracy to find them $159, would you believe that I gave you $160, or you consider that I'm cheating? This is what NASA and IPCC are doing, adjusting the measurements to agree with their faulty models. Additionally, if I tell you that millions of experts, scientists, news sources, lawyers, judges, etc. counted them and certified that the money is $160, and we accuse you of lying, would you agree with us or you become certain that we are - - - - ?

**14-** Granting Farag's intervention should not delay the adjudication of the case, it will expedite it. The Court can hold a hearing to find the **scientific facts about the Hoax,** which will prove that the Hoax is a hoax**, w**hich could end the litigations before their start.

**15-** Farag would like to ask the Court to allow him to file his documents electronically, and receive the previous and future filings electronically to his email: tarekfarag@comcast.net.

WHEREFORE, Tarek Farag, respectfully requests that this Honorable Court grant the following:

1) Declare that the claims that burning fossil fuel generating $CO_2$ could cause global warming has no scientific basis, and the Man-Made-Global-Warming and the Zero-Carbon emission are destructive non-scientific issues.

2) Invalidate all the administrative orders, laws, subsidiaries, etc. to combat Man-Made-Global-Warming, or promote Zero-Carbon emission, that are not based on solid science.

3) Take any additional actions this Honorable Court sees as proper and just.

Respectfully submitted this 15th day of April 2025,

TAREK FARAG
Proposed Intervener, pro se.
411 N Warwick Ave, Westmont, IL 60559
630 709 3965
tarekfarag@comcast.net

## CERTIFICATE OF SERVICE

I certify that on 4/15/2025, I served the foregoing pleadings of Tarek Farag, by email to the listed emails attached, and relying on the Court Clerk to file the pleadings and serve all the parties on record electronically.

        Respectfully submitted,

*[signature]*

TAREK FARAG, pro se.
411 N Warwick Ave, Westmont, IL 60559
Phone: 630 709 3965
Email: tarekfarag@comcast.net

List of Emails served:
marcus.s.sacks@usdoj.gov, vlevy@hsgllp.com, bneitzel@foleyhoag.com, jcsmith@foleyhoag.com, kchen@foleyhoag.com, ncshaw@foleyhoag.com, jgross@foleyhoag.com, aunikowsky@jenner.com, ggillett@jenner.com sdecarvalho@jenner.com, adouglis@jenner.com, meghan.strong@doj.ca.gov, peter.surdo@ag.state.mn.us, jason.james@ilag.gov, Emma.Akrawi@maine.gov

## VERIFICATION BY CERTIFICATION

Under penalties as provided by law, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true and correct.

Dated: April 15, 2025            *[signature]*

Signed: TAREK FARAG, pro se.

411 N Warwick Ave, Westmont, IL 60559
Phone: 630 709 3965
Email: tarekfarag@comcast.net