# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Climate United Fund**, | ) |
| Plaintiff, | ) Civil Action No. 25-cv-698 (TSC) |
| | ) Civil Action No. 25-cv-735 (TSC) |
| v. | ) Civil Action No. 25-cv-762 (TSC) |
| | ) Civil Action No. 25-cv-820 (TSC) |
| **Citibank, N.A., et al.**, | ) Civil Action No. 25-cv-938 (TSC) |
| | ) Civil Action No. 25-cv-948 (TSC) |
| Defendants. | ) **(Consolidated Cases)** |

## DEFENDANT CITIBANK, N.A.'S NOTICE OF APPEAL

Pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Defendant, Citibank, N.A., hereby appeals to the United States Court of Appeals for the District Court of Columbia Circuit from the Preliminary Injunction (ECF 80) entered in these consolidated cases on April 15, 2025, as well as from all other interlocutory orders merged into the preliminary injunction.

Dated: April 16, 2025                                   Respectfully submitted,

                                                        By:  /s/ K. Winn Allen
                                                            K. Winn Allen, P.C.
                                                            Saunders McElroy
                                                            KIRKLAND & ELLIS LLP
                                                            1301 Pennsylvania Ave., N.W.
                                                            Washington, D.C. 20004
                                                            Tel: 202.389.5078
                                                            winn.allen@kirkland.com
                                                            saunders.mcelroy@kirkland.com

                                                            *Counsel for Defendant Citibank, N.A.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on this 16th day of April 2025, I caused copies of the foregoing to be served via the Court's CM/ECF system.

/s/ K. Winn Allen
K. Winn Allen, P.C.