**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CLIMATE UNITED FUND,** | Civil Action No. 25-cv-698 (TSC) |
| | Civil Action No. 25-cv-735 (TSC) |
| Plaintiff, | Civil Action No. 25-cv-762 (TSC) |
| v. | Civil Action No. 25-cv-820(TSC) |
| | Civil Action No. 25-cv-938 (TSC) |
| **CITIBANK, N.A.,** *et al.* | Civil Action No. 25-cv-948 (TSC) |
| | (Consolidated Cases) |
| Defendants. | |

**EPA DEFENDANTS' STATUS REPORT**

On April 15, 2025 at 10:58 p.m. EST, this Court entered an order (Preliminary

Injunction, ECF No. 80) granting the Plaintiffs' Motion for Preliminary Injunction in the above-

captioned consolidated cases.  The Preliminary Injunction provides, among other things, that

"Defendants shall file a status report with the court, within 24 hours of entry of this Order,

confirming their compliance with the preliminary injunction."  ECF No. 80 at 3.  In accordance

with the Preliminary Injunction, EPA Defendants respectfully submit this status report:

1. After receiving notice from the Department of Justice of the entry of the Preliminary

   Injunction, EPA Defendants provided notice of the Preliminary Injunction to all

   employees and individuals working on EPA Defendants' behalf who are involved

   with the administration of the Plaintiffs' grant awards.

2. EPA Defendants respectfully notify the Court that, in addition to taking the above

   step to ensure compliance with the Preliminary Injunction, EPA Defendants filed a

   notice of appeal with the Court this morning (ECF No. 81) and moved for immediate

   administrative stay and for stay pending appeal in the United States Court of Appeals

for the District of Columbia Circuit.  *See Climate United Fund v. Citibank, N.A. et al.*,

Case No. 25-5122, Doc. No. 2111408, (D.C. Cir. Apr. 16, 2025).


Dated: April 16, 2025                    Respectfully Submitted,

                                         YAAKOV M. ROTH
                                         Acting Assistant Attorney General

                                         KIRK T. MANHARDT
                                         Director

                                         */s/ Marc S. Sacks*
                                         MARC S. SACKS (Ga. Bar No. 621931)
                                         *Deputy Director*
                                         KEVIN P. VANLANDINGHAM (NY Reg No. 4741799)
                                         *Assistant Director*
                                         U.S. Department of Justice
                                         Civil Division
                                         Corporate/Financial Section
                                         P.O. Box 875
                                         Ben Franklin Stations
                                         Washington D.C. 20044-0875
                                          Tel: (202) 307-1134
                                         Email: kevin.p.vanlandingham@usdoj.gov

                                         *Attorneys for the United States*
                                         *Environmental Protection Agency*