# Exhibit A

| POWER FORWARD COMMUNITIES AND SUBRECIPIENTS PENDING DISBURSEMENT INSTRUCTIONS | | | | |
|---|---|---|---|---|
| Date Submitted | Organization | Request Period Start | Request Period End | Total Amount Requested |
| 2/13/25 | LISC | 1/1/25 | 2/13/25 | $187,592.63 |
| 2/14/25 | Rewiring America | 1/1/25 | 1/31/25 | $61,482.93 |
| 2/18/25 | Rewiring America | 7/1/24 | 10/31/24 | $171,197.58 |
| 3/3/25 | Rewiring America | 7/1/24 | 12/31/24 | $126,256.24 |
| 3/6/25 | PFC | 7/1/24 | 12/31/24 | $224,765.15 |
| 3/7/25 | Rewiring America | 2/1/25 | 2/28/25 | $1,030,178.43 |
| 3/11/25 | Enterprise | 2/1/25 | 2/28/25 | $184,070.39 |
| 3/19/25 | LISC | 1/1/25 | 2/28/25 | $154,736.30 |
| 4/4/25 | LISC | 1/1/25 | 3/11/25 | $134,294.29 |
| 4/4/25 | Rewiring America | 3/1/25 | 3/11/25 | $321,274.23 |
| 4/7/25 | Enterprise | 3/1/25 | 3/11/25 | $69,637.89 |
| 4/7/25 | PFC Staff | 3/1/25 | 3/11/25 | $175,436.25 |
| 4/7/25 | PFC Staff | 3/1/25 | 3/11/25 | $185,237.08 |
| 4/8/25 | PFC Staff | 12/1/24 | 2/28/25 | $1,572,563.50 |

| TOTALS | |
|---|---|
| **Expenses Incurred Prior to Mar. 11 Purported Termination** | **$4,598,722.89** |
| **Expenses Incurred Partially Before Feb. 13 Funding Freeze** | **$3,847,137.44** |
| **Expenses Incurred Entirely Before Feb. 13 Funding Freeze** | **$771,294.53** |