IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Climate United Fund**, | ) )  Civil Action No. 25-cv-698 (TSC) |
| Plaintiff, | )  Civil Action No. 25-cv-735 (TSC) )  Civil Action No. 25-cv-762 (TSC) |
| v. | )  Civil Action No. 25-cv-820 (TSC) )  Civil Action No. 25-cv-938 (TSC) |
| **Citibank, N.A., et al.**, | )  Civil Action No. 25-cv-948 (TSC) )  **(Consolidated Cases)** |
| Defendants. | ) ) |

## DEFENDANT CITIBANK, N.A.'S UNOPPOSED MOTION TO EXTEND TIME TO RESPOND TO INCLUSIV, INC.'S COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Citibank, N.A. respectfully moves the Court to extend the deadline to respond to Plaintiff Inclusiv, Inc.'s ("Inclusiv") Complaint to **Monday, June 16, 2025**, the same date on which the EPA Defendants' response is due.  *See* Dkt. No. 97; Fed. R. Civ. P. 6 (deadline falling on Saturday, June 14, 2025 runs until the next day that is not a Saturday, Sunday, or legal holiday).  Counsel for Inclusiv confirmed that Inclusiv does not oppose this motion.

There is "good cause" for the extension under Federal Rule of Civil Procedure 6(b)(1).  *See Jordan v. U.S. Dep't of Just.*, 315 F. Supp. 3d 584, 594 (D.D.C. 2018) ("[R]equests for extensions of short durations are routine in this district." (citation and quotation marks omitted)).  The extension will harmonize Citibank's deadline to respond to Inclusiv's complaint with the EPA Defendants' deadline and avoid differing deadlines to respond to similar allegations.  *See McFadden v. Washington Metro. Area Transit Auth.*, 2014 WL 12776122, at *2 (D.D.C. Sept. 9, 2014) (finding good cause to grant motion for extension of time to respond to complaint in part

because "the coordination of filing responsive pleadings to a lengthy complaint with multiple defendants . . . is a complicated, tedious, and time-consuming task").

Date: April 22, 2025

Respectfully submitted,

*/s/ K. Winn Allen*
K. Winn Allen, P.C.
Saunders McElroy
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: 202-389-5000
winn.allen@kirkland.com
saunders.mcelroy@kirkland.com

**Counsel for Defendant Citibank, N.A.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 22nd day of April 2025, I caused copies of the foregoing to be served via the CM/ECF system:

*/s/ K. Winn Allen*  
K. Winn Allen, P.C.
