AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| Climate United Fund, et al. | ) |
| *Plaintiff* | ) |
| v. | ) |
| Citibank N.A, et al. | ) |
| *Defendant* | ) |

Case No.   25-cv-698-TSC

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Inclusiv, Inc.                                                                                                      .

Date:      04/30/2025

/s/ Jay C. Johnson
*Attorney's signature*

Jay C. Johnson DC Bar No. 487768
*Printed name and bar number*
Venable LLP
600 Massachusetts Avenue N.W.
Washington, D.C. 20001

*Address*

jcjohnson@venable.com
*E-mail address*

(202) 344-4000
*Telephone number*

(202) 344-8300
*FAX number*