UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLIMATE UNITED FUND**<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>**CITIBANK, N.A.**, *et al.*<br><br>　　　　　　　　　Defendants. | Civil Action No. 25-cv-698-TSC<br>Civil Action No. 25-cv-735-TSC<br>Civil Action No. 25-cv-762-TSC<br>Civil Action No. 25-cv-820-TSC<br>Civil Action No. 25-cv-938-TSC<br>Civil Action No. 25-cv-948-TSC<br>(Consolidated Cases) |

## AFFIDAVIT OF SERVICE

I, Adam Unikowsky, hereby state that on April 29, 2025, I caused to be sent via certified mail a copy of the summons, complaint, motion for a temporary restraining order, and accompanying documents in Civil Action No. 25-cv-698-TSC, addressed to the Defendant listed below.

U.S. Environmental Protection Agency
1200 Pennsylvania Ave. NW
Washington, DC 20460

I have received the receipt for the certified mail, No. 7018 1830 0002 1706 6477, attached hereto as Exhibit A, indicating that delivery made upon said Defendant on May 2, 2025.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 6, 2025　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　　*/s/ Adam G. Unikowsky*
　　　　　　　　　　　　　　　　　　　　Adam G. Unikowsky (989053)
　　　　　　　　　　　　　　　　　　　　JENNER & BLOCK LLP
　　　　　　　　　　　　　　　　　　　　1099 New York Avenue, Suite 900
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20001

1

Tel.: (202) 639-6000
Fax: (202) 639-6066

# Exhibit A



2