UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CLIMATE UNITED FUND**,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>**CITIBANK, N.A.**, *et al.*<br><br>　　　　　　　Defendants. | Civil Action No. 25-cv-698-TSC<br>Civil Action No. 25-cv-735-TSC<br>Civil Action No. 25-cv-762-TSC<br>Civil Action No. 25-cv-820-TSC<br>Civil Action No. 25-cv-938-TSC<br>Civil Action No. 25-cv-948-TSC<br>(Consolidated Cases) |

**STATUS REPORT BY
PLAINTIFF POWER FORWARD COMMUNITIES, INC.**

　　　　Plaintiff Power Forward Communities, Inc. ("PFC") respectfully submits this status report to update the Court on the irreparable harm that PFC and its subrecipients have suffered and will imminently suffer as a result of their ongoing inability to access their NCIF funds. On April 15, 2025, this Court entered a preliminary injunction ordering Defendant Citibank to comply with disbursement instructions submitted by PFC and its subrecipients and enjoining EPA Defendants from unlawfully interfering with PFC's and its subrecipients' access to their funds ("Order"). ECF No. 80. Defendants immediately appealed the Court's Order, and, on April 16, 2025, the D.C. Circuit issued an administrative stay of the Court's Order "insofar as it … enables or requires Citibank to release, disburse, transfer, otherwise move, or allow access to funds." Order, *Climate United Fund v. EPA*, No. 25-5122 (Apr. 16, 2025). This administrative stay remains in effect as the parties brief the appeal on an expedited basis.

　　　　PFC, accordingly, still cannot access its funding. In addition to the irreparable harm that PFC previously detailed for this Court, and from which it continues to suffer (ECF Nos. 33-31, 92), PFC attaches herein the Second Supplemental Declaration of Timothy J. Mayopoulos

explaining *additional* irreparable harm that PFC and its subrecipients recently suffered and/or will imminently suffer because they cannot access their funds. That harm includes the loss of employees due to layoffs PFC and Rewiring America (the sole corporate member of PFC subrecipient Rewiring Community Investment Fund) were forced to undertake this week.

Dated: May 12, 2025

Respectfully submitted:

/s/ *Beth C. Neitzel*
Beth C. Neitzel (103611)
Jack C. Smith (1725229)
Kevin Y. Chen (admitted *pro hac vice*)
FOLEY HOAG LLP
155 Seaport Boulevard, Suite 1600
Boston, MA 02210
Tel. (617) 832-1000
bneitzel@foleyhoag.com
jcsmith@foleyhoag.com
kchen@foleyhoag.com

Noah C. Shaw (admitted *pro hac vice*)
James M. Gross (admitted *pro hac vice*)
FOLEY HOAG LLP
1301 Ave. of the Americas, 25th Floor
New York, NY 10019
Tel.: (212) 812-0400
ncshaw@foleyhoag.com
jgross@foleyhoag.com

*Attorneys for Plaintiff Power Forward Communities, Inc.*