IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Climate United Fund**, | Civil Action No. 25-cv-698 (TSC) |
| | Civil Action No. 25-cv-735 (TSC) |
| Plaintiff, | Civil Action No. 25-cv-762 (TSC) |
| | Civil Action No. 25-cv-820 (TSC) |
| v. | Civil Action No. 25-cv-938 (TSC) |
| | Civil Action No. 25-cv-948 (TSC) |
| **Citibank, N.A., et al.**, | Civil Action No. 25-cv-1208 (TSC) |
| | **(Consolidated Cases)** |
| Defendants. | |

## DEFENDANT CITIBANK, N.A.'S NOTICE OF JOINDER TO EPA'S UNOPPOSED MOTION TO STAY COMPLAINT RESPONSE DEADLINES

Defendant Citibank, N.A. joins the EPA Defendants' Unopposed Motion to Stay Complaint Response Deadlines (ECF No. 113) for the reasons stated therein. Citibank respectfully asks that the Court grant Citibank the same relief sought by the EPA Defendants—staying the deadlines to respond to Plaintiffs' complaints in the consolidated cases pending the United States Court of Appeals for the District of Columbia Circuit's resolution of the appeal of the Court's order granting a preliminary injunction.

Date: May 22, 2025

Respectfully submitted,

*/s/ K. Winn Allen*
K. Winn Allen, P.C.
Saunders McElroy
KIRKLAND & ELLIS LLP
1301 Pennsylvania Ave., N.W.
Washington, D.C. 20004
Tel: 202-389-5000
winn.allen@kirkland.com
saunders.mcelroy@kirkland.com

***Counsel for Defendant Citibank, N.A.***

**CERTIFICATE OF SERVICE**

    The undersigned certifies that on this 22nd day of May 2025, I caused copies of the foregoing to be served via the CM/ECF system:

*/s/ K. Winn Allen*  
K. Winn Allen, P.C.
