**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**CLIMATE UNITED FUND**, *et al.*

Plaintiffs,

v.

**CITIBANK, N.A.**, *et al.*,

Defendants.

No. 25-cv-698-TSC

**NOTICE OF VOLUNTARY DISMISSAL**
**OF PLAINTIFF OPPORTUNITY FINANCE NETWORK**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Opportunity Finance Network ("OFN") hereby provides notice of its voluntary dismissal of its claims against all Defendants in the instant action without prejudice. In support, OFN states as follows:

1. OFN hereby voluntarily dismisses its claims against all Defendants in this matter.

2. On April 21, 2025, OFN filed its Complaint against Defendants in *Opportunity Finance Network v. Citibank, N.A. et al.*, No. 25-cv-1208 (D.D.C. Apr. 21, 2025), ECF No. 1.

3. On May 14, 2025, this Court granted the parties' joint motion to consolidate this case with *Climate United Fund et al. v. Citibank, N.A., et al.*, No. 1:25-cv-698-TSC (D.D.C. 2025). *See* ECF No. 16 (granting joint motion to consolidate and approving stipulation). Pursuant to that order, this Court's preliminary injunction order in *Climate United* applies to OFN.

4. This Court's preliminary injunction order in *Climate United* was later vacated by a panel of the D.C. Circuit and remanded to this Court for further proceedings. *Climate United Fund et al. v. Citibank, N.A., et al.*, No. 25-5122, 154 F.4th 809 (D.C. Cir. 2025).

5. The D.C. Circuit granted a petition for rehearing *en banc* on December 17, 2025. *Climate United*, 2025 WL 3663661 (D.C. Cir. Dec. 17, 2025). The *en banc* court then affirmed the preliminary injunction in full. *Climate United*, 2026 WL 2235002 (D.C. Cir. Aug. 4, 2026).

6. In the instant case, Defendants have not served an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A) (requiring a stipulation of dismissal to be signed by all parties only if the opposing party has served an answer or a motion for summary judgment).

7. Accordingly, OFN submits this notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

8. Consistent with Federal Rule of Civil Procedure 41(a)(1)(B), this notice seeks dismissal without prejudice.

9. OFN does not purport to seek dismissal for any other plaintiff in the consolidated case.

Dated: September 8, 2026

Respectfully submitted:

/s/ Adam G. Unikowsky

Adam G. Unikowsky (989053)
David B. Robbins (493976)
Luke C. Platzer (501274)
Tanner J. Lockhead (90011928)
JENNER & BLOCK LLP
1099 New York Avenue
Suite 900
Washington, D.C. 20001
Tel.: (202) 639-6000
Fax: (202) 639-6066
aunikowsky@jenner.com

Gabriel K. Gillett (*pro hac vice*)
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654
Tel.: (312) 222-9350
ggillett@jenner.com

*Attorneys for Plaintiff*
*Opportunity Finance Network*